# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | March 19, 2020 |
| **TIME:** | 10:30 A.M. |
| **DOCKET NUMBER(S):** | CV-19-6471 (DLI) |
| **NAME OF CASE(S):** | **MCDONALD'S CORP. V. VANDERBILT ATLANTIC HOLDINGS LLC** |
| **FOR PLAINTIFF(S):** | Walsh |
| **FOR DEFENDANT(S):** | Koh, Meister |
| **NEXT CONFERENCE(S):** | **JUNE 1, 2020 AT 11:00 A.M., BY PHONE** |
| **FTR/COURT REPORTER:** | 10:37 - 11:00 (AT&T) |

## RULINGS FROM TELEPHONE CONFERENCE:

For the reasons discussed on the record, Plaintiff's Letter Motion for Discovery [13] is denied at this time.
Discovery is stayed pending resolution of Defendant's Motion to Compel Arbitration.
The Court will hold a further telephone conference on June 1, 2020 at 11:00 a.m. and will reassess the need for discovery again at that time.