**EXHIBIT 5**

Message

**From:** Devora Mondrowitz [devora@reliableabstract.net]
**Sent:** 11/21/2017 4:33:41 PM
**To:** Brad Bassuk [bbassuk@westermanllp.com]; Murray Schneier [MSchneier@EisemanLevine.com]
**Cc:** Rivky Sicherman [rivky@reliableabstract.net]; 'Sam Rottenberg' [sam.rottenberg@gmail.com]
**Subject:** RE: 840 Atlantic Avenue
**Attachments:** image001.jpg; Acris Memo of Lease.pdf

Please see attached.

Thanks,
Devora Mondrowitz
Reliable Abstract Co., LLC
266 Broadway, Suite 304
Brooklyn, NY 11211
P: 718.438.0786
E: devora@reliableabstract.net

**From:** Brad Bassuk [mailto:bbassuk@westermanllp.com]
**Sent:** Tuesday, November 21, 2017 11:31 AM
**To:** Devora Mondrowitz <devora@reliableabstract.net>; Murray Schneier <MSchneier@EisemanLevine.com>
**Cc:** Rivky Sicherman <rivky@reliableabstract.net>; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Avenue

Devora,

Please revise the consideration to 7 million instead of 10 million and send revised ACRIS forms asap.

**From:** Devora Mondrowitz [mailto:devora@reliableabstract.net]
**Sent:** Tuesday, November 21, 2017 11:13 AM
**To:** Brad Bassuk; Murray Schneier
**Cc:** Rivky Sicherman; 'Sam Rottenberg'
**Subject:** RE: 840 Atlantic Avenue

Please provide his SSN

Thanks,
Devora Mondrowitz
Reliable Abstract Co., LLC
266 Broadway, Suite 304
Brooklyn, NY 11211
P: 718.438.0786
E: devora@reliableabstract.net

**Exhibit P5**

**From:** Brad Bassuk [mailto:bbassuk@westermanllp.com]
**Sent:** Tuesday, November 21, 2017 11:09 AM
**To:** Devora Mondrowitz <devora@reliableabstract.net>; Murray Schneier <MSchneier@EisemanLevine.com>
**Cc:** Rivky Sicherman <rivky@reliableabstract.net>; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Avenue

Tax id # for M.M.B. Associates is ▮▮▮▮▮▮▮▮  Grantor name is Anthony Musto.

Brad I. Bassuk, Esq.
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP
1201 RXR Plaza, Uniondale, New York 11556
Tel.: 516-622-9200 ext. 355
Fax.: 516-622-9212
E-mail: bbassuk@westermanllp.com
www.westermanllp.com

 Please consider the environment before printing this email.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding tax-related penalties under federal, state or local tax law or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Devora Mondrowitz [mailto:devora@reliableabstract.net]
**Sent:** Tuesday, November 21, 2017 10:33 AM
**To:** Murray Schneier
**Cc:** Rivky Sicherman; Brad Bassuk; 'Sam Rottenberg'
**Subject:** RE: 840 Atlantic Avenue

Please find Acris forms for the memo of lease attached hereto.

Thanks,
Devora Mondrowitz
Reliable Abstract Co., LLC
266 Broadway, Suite 304
Brooklyn, NY 11211
P: 718.438.0786
E: devora@reliableabstract.net

**From:** Murray Schneier [mailto:MSchneier@EisemanLevine.com]
**Sent:** Tuesday, November 21, 2017 10:28 AM
**To:** Devora Mondrowitz <devora@reliableabstract.net>
**Cc:** Rivky Sicherman <rivky@reliableabstract.net>; Brad Bassuk <bbassuk@westermanllp.com>; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Avenue

Yes.

Murray Schneier
Eiseman Levine Lehrhaupt & Kakoyiannis
805 Third Avenue

New York, New York 10022
Phone: 212-752-1000
fax:    212-355-4608
email:  mschneier@eisemanlevine.com

***************Important Notice************** This electronic mail is intended only for the use of the addressee(s) named herein and may contain legally privileged and confidential information If you are not the intended recipient of this electronic mail, you are hereby notified that any dissemination, distribution or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system. Thank you.

**From:** Devora Mondrowitz [mailto:devora@reliableabstract.net]
**Sent:** Tuesday, November 21, 2017 10:26 AM
**To:** Murray Schneier <MSchneier@EisemanLevine.com>
**Cc:** Rivky Sicherman <rivky@reliableabstract.net>
**Subject:** RE: 840 Atlantic Avenue

Please find acris for ground lease attached hereto. Will you be recording a memo of lease too?


Thanks,
Devora Mondrowitz
Reliable Abstract Co., LLC
266 Broadway, Suite 304
Brooklyn, NY 11211
P: 718.438.0786
E: devora@reliableabstract.net

**From:** Rivky Sicherman
**Sent:** Tuesday, November 21, 2017 10:11 AM
**To:** Devora Mondrowitz <devora@reliableabstract.net>
**Subject:** Fwd: 840 Atlantic Avenue


Sent from my iPhone

**From:** Murray Schneier <MSchneier@EisemanLevine.com>
**Sent:** Tuesday, November 21, 2017 10:10:07 AM
**To:** chany@reliableabstract.com; Rivky Sicherman
**Subject:** 840 Atlantic Avenue

We need the acris forms done asap for the ground lease transaction.

This is holding up our deal.

The fmv is $10 million, so state transfer tax is $40,000 and no nyc tax on ground leases but have to fill out form.

Please call me when you are in.

Thanks,
Murray

Murray Schneier

VA 021572

Eiseman Levine Lehrhaupt & Kakoyiannis
805 Third Avenue
New York, New York 10022
Phone: 212-752-1000
fax:    212-355-4608
email:  mschneier@eisemanlevine.com

***************Important Notice************** This electronic mail is intended only for the use of the addressee(s) named herein and may contain legally privileged and confidential information If you are not the intended recipient of this electronic mail ,you are hereby notified that any dissemination, distribution or copying of this electronic mail is strictly prohibited.  If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system.  Thank you.

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of _____ } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____547 VANDERBILT AVENUE_____, _____, _____  
Street Address Unit/Apt.

_____BROOKLYN_____ New York, _____1122_____ _____1_____ (the "Premises");  
Borough                                                                         Block                                Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| Signature of Grantor | Signature of Grantee |

Sworn to before me                                           Sworn to before me  
this _____ day of _____ 20 ___     this _____ day of _____ 20 ___

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES

201711210017101

VA 021574

## Applicable properties compliant with the Smoke Detector requirement

| Street Address | Unit/Apt | Borough | Block | Lot |
| --- | --- | --- | --- | --- |
| N/A PACIFIC STREET | | BROOKLYN | 1122 | 68 |
| 847 PACIFIC STREET | | BROOKLYN | 1122 | 71 |

2017112100117101

VA 021575



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
59-17 Junction Boulevard
Flushing, NY  11373-5108

www.nyc.gov/dep

## Customer Registration Form for Water and Sewer Billing

### Property and Owner Information:

(1) Property receiving service: BOROUGH: BROOKLYN    BLOCK: 1122    LOT: 1

(2) Property Address: 547 VANDERBILT AVENUE, BROOKLYN, NY 11238

(3) Owner's Name: VANDERBILT ATLANTIC HOLDINGS LLC

Additional Name:

### Affirmation:

 Your water & sewer bills will be sent to the property address shown above.

### Customer Billing Information:

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

### Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:

Signature: _____ Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

**SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES**

BCS-7CRF-ACRIS  REV. 8/08

2017112100117101

VA 021576



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY   11373-5108

## Customer Registration Form for Water and Sewer Billing

| Borough | Block | Lot | Street | City | State | Zip |
|---|---|---|---|---|---|---|
| BROOKLYN | 1122 | 68 | N/A  PACIFIC STREET | NY | NY | 00000 |
| BROOKLYN | 1122 | 71 | 847  PACIFIC STREET | NY | NY | 11238 |

201711210011710105

VA 021577



# REAL PROPERTY TRANSFER TAX RETURN
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

NEW YORK CITY DEPARTMENT OF FINANCE
NYC - RPT
Department of Finance

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

## GRANTOR

- **Name:** M.M.B. ASSOCIATES, LLC
- **Grantor is a(n):** (check one) ☐ individual ☐ partnership ☐ corporation ☑ single member LLC ☐ multiple member LLC (see instructions) ☐ other _____
- **Telephone Number:**
- **Permanent mailing address after transfer (number and street):** C/O CROSSTOWN COMPANIES, 97-77 QUEENS BOULEVARD, S
- **City and State:** REGO PARK, NY
- **Zip Code:** 11374
- **Single member's name if grantor is a single member LLC:** ANTHONY MUSTO

SOCIAL SECURITY NUMBER ___ OR EMPLOYER IDENTIFICATION NUMBER ___
SINGLE MEMBER EIN OR SSN ___

## GRANTEE

- **Name:** VANDERBILT ATLANTIC HOLDINGS LLC
- **Grantee is a(n):** (check one) ☐ individual ☐ partnership ☐ corporation ☑ single member LLC ☐ multiple member LLC (see instructions) ☐ other _____
- **Telephone Number:**
- **Permanent mailing address after transfer (number and street):** 390 BERRY STREET, SUITE 201
- **City and State:** BROOKLYN, NY
- **Zip Code:** 11249
- **Single member's name if grantee is a single member LLC:** SIMON DUSHINSKY

SOCIAL SECURITY NUMBER ___ OR EMPLOYER IDENTIFICATION NUMBER ___
SINGLE MEMBER EIN OR SSN ___

## PROPERTY LOCATION

LIST EACH LOT SEPARATELY. ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 547 VANDERBILT AVENUE | | BROOKLYN | 1122 | 1 | 1 | 3,760 | 404,550.00 |
| N/A PACIFIC STREET | | BROOKLYN | 1122 | 68 | 0 | 1 | 31,500.00 |

See Attachment for additional BBL

- **DATE OF TRANSFER TO GRANTEE:** 11/21/2017
- **PERCENTAGE OF INTEREST TRANSFERRED:** 100 %

## CONDITION OF TRANSFER. See Instructions

● Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules 1 and 2 **must** be completed for all transfers.

a. ☑ ..... Arms length transfer
b. ☐ ..... Transfer in exercise of option to purchase
c. ☐ ..... Transfer from cooperative sponsor to cooperative corporation
d. ☐ ..... Transfer by referee or receiver (complete Schedule A)
e. ☐ ..... Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule I)
f. ☐ ..... Deed in lieu of foreclosure (complete Schedule C)
g. ☐ ..... Transfer pursuant to liquidation of an entity (complete Schedule D)
h. ☐ ..... Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
i. ☐ ..... Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
j. ☐ ..... Gift transfer not subject to indebtedness
k. ☐ ..... Gift transfer subject to indebtedness
l. ☐ ..... Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
m. ☐ ..... Transfer to a governmental body
n. ☐ ..... Correction deed

o. ☐ ..... Transfer by or to a tax exempt organization (complete Schedule G)
p. ☐ ..... Transfer of property partly within and partly without NYC
q. ☐ ..... Transfer of successful bid pursuant to foreclosure
r. ☐ ..... Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
s. ☐ ..... Transfer wholly or partly exempt as a mere change of identity or form of ownership. Complete Schedule M)
t. ☐ ..... Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
u. ☐ ..... Other transfer in connection with financing (describe): _____
v. ☐ ..... A grant or assignment of a leasehold interest in a tax-free NY area
w. ☐ ..... Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
x. ..... Reserved
y. ..... Reserved
z. ☑ ..... Other (describe) MEMORANDUM OF LEASE

1

NYC-RPT - Rev. 03.24.2017

201711210011710105

VA 021578

**PROPERTY LOCATION**  **ATTACHMENT**

| Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 847 PACIFIC STREET | | BROOKLYN | 1122 | 71 | 0 | 1 | 109,350.00 |

201711210011710105

VA 021579

● **TYPE OF PROPERTY** (✓)

a. ☐ .......... 1-3 family house
b. ☐ .......... Individual residential condominium unit
c. ☐ .......... Individual cooperative apartment
d. ☐ .......... Commercial condominium unit
e. ☐ .......... Commercial cooperative
f. ☐ .......... Apartment building
g. ☐ .......... Office building
h. ☐ .......... Industrial building
i. ☐ .......... Utility
j. ☑ .......... OTHER. (describe):
   MULTIPLE PROPERTIES

● **TYPE OF INTEREST** (✓)

Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer.

|   | REC. |   | NON REC. |
|---|---|---|---|
| a. | ☐ | Fee.................................................. | ☐ |
| b. | ☐ | Leasehold Grant ............................ | ☑ |
| c. | ☐ | Leasehold Assignment or Surrender ........ | ☐ |
| d. | ☐ | Easement ....................................... | ☐ |
| e. | ☐ | Subterranean Rights ....................... | ☐ |
| f. | ☐ | Development Rights ........................ | ☐ |
| g. | ☐ | Stock ............................................. | ☐ |
| h. | ☐ | Partnership Interest ........................ | ☐ |
| i. | ☐ | OTHER. (describe): ........................ | ☐ |

## SCHEDULE 1 - DETAILS OF CONSIDERATION

COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 12.
ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.

| | | |
|---|---|---|
| 1. Cash................................................................................................ ● 1. | | 0 00 |
| 2. Purchase money mortgage............................................................. ● 2. | | 0 00 |
| 3. Unpaid principal of pre-existing mortgage(s)................................. ● 3. | | 0 00 |
| 4. Accrued interest on pre-existing mortgage(s)................................ ● 4. | | 0 00 |
| 5. Accrued real estate taxes.............................................................. ● 5. | | 0 00 |
| 6. Amounts of other liens on property................................................ ● 6. | | 0 00 |
| 7. Value of shares of stock or of partnership interest received......... ● 7. | | 0 00 |
| 8. Value of real or personal property received in exchange............... ● 8. | | 0 00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee.................................................. ● 9. | | 0 00 |
| 10. Other (describe): _____ ● 10. | | 0 00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions)........................................ ● 11. | $ | 0 00 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital settlements and transfers of property to a business entity in return for an interest in the entity.

## SCHEDULE 2 - COMPUTATION OF TAX

| A. | **Payment** | Pay amount shown on line 15 - *See Instructions* | Payment Enclosed |
|---|---|---|---|
| 1. | Total Consideration (from line 11, above)................................................ ● 1. | | 0 00 |
| 2. | Excludable liens (see instructions)........................................................... ● 2. | | 0 00 |
| 3. | Consideration (line 1 less line 2).............................................................. ● 3. | | 0 00 |
| 4. | Tax Rate (see instructions)....................................................................... ● 4. | | 0 % |
| 5. | HDFC Exemption (see Schedule L, line 15) .............................................. ● 5. | | 0 00 |
| 6. | Consideration less HDFC Exemption (line 3 less line 5) .......................... ● 6. | | 0 00 |
| 7. | Percentage change in beneficial ownership (see instructions) ................ ● 7. | | 100 % |
| 8. | Taxable consideration (multiply line 6 by line 7)....................................... ● 8. | | 0 00 |
| 9. | Tax (multiply line 8 by line 4)..................................................................... ● 9. | | 0 00 |
| 10. | Credit (see instructions)............................................................................ ● 10. | | 0 00 |
| 11. | Transfer tax previously paid (see Schedule L, line 18).............................. ● 11. | | 0 00 |
| 12. | Tax due (line 9 less line 10 and 11) (if the result is negative, enter zero)... ● 12. | | 0 00 |
| 13. | Interest (see instructions).......................................................................... ● 13. | | 0 00 |
| 14. | Penalty (see instructions).......................................................................... ● 14. | | 0 00 |
| 15. | **Total Tax Due** (add lines 12, 13 and 14)................................................. ● 15. | $ | 0 00 |

Form NYC-RPT                                                                                                                          Page 4

## GRANTOR'S ATTORNEY ▼

| Name of Attorney | | Telephone Number ( ) | |
|---|---|---|---|
| Address (number and street) | | City and State | Zip Code |
| EMPLOYER IDENTIFICATION NUMBER | ☐ - ☐     OR | SOCIAL SECURITY NUMBER | ☐ - ☐ - ☐ |

## GRANTEE'S ATTORNEY ▼

| Name of Attorney | | Telephone Number ( ) | |
|---|---|---|---|
| Address (number and street) | | City and State | Zip Code |
| EMPLOYER IDENTIFICATION NUMBER | ☐ - ☐     OR | SOCIAL SECURITY NUMBER | ☐ - ☐ - ☐ |

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

**GRANTOR**

Sworn to and subscribed to

before me on this _____ day

of _____, _____.

EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER [redacted]

M.M.B. ASSOCIATES, LLC

Name of Grantor

Signature of Notary         Signature of Grantor

Notary's stamp or seal

**GRANTEE**

Sworn to and subscribed to

before me on this _____ day

of _____, _____.

EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER [redacted]

VANDERBILT ATLANTIC HOLDINGS LLC

Name of Grantee

Signature of Notary         Signature of Grantee

Notary's stamp or seal

2017112100117101

VA 021581

TP-584 (4/13)  New York State Department of Taxation and Finance

# Combined Real Estate Transfer Tax Return, Credit Line Mortgage Certificate, and Certification of Exemption from the Payment of Estimated Personal Income Tax

*Recording office time stamp*

See Form TP-584-I, Instructions for Form TP-584, before completing this form. Print or type.

## Schedule A — Information relating to conveyance

**Grantor/Transferor**
- [ ] Individual
- [ ] Corporation
- [ ] Partnership
- [ ] Estate/Trust
- [x] Single member LLC
- [ ] Other

Name: M.M.B. ASSOCIATES, LLC
Mailing address: C/O CROSSTOWN COMPANIES, 97-77 QUEENS BOULEVARD, S
City: REGO PARK   State: NY   ZIP code: 11374
Single member's name if grantor is a single member LLC: MUSTO, ANTHONY

Social security number: [redacted]
Social security number: [redacted]
Federal EIN: [redacted]
Single member EIN or SSN: [redacted]

**Grantee/Transferee**
- [ ] Individual
- [ ] Corporation
- [ ] Partnership
- [ ] Estate/Trust
- [x] Single member LLC
- [ ] Other

Name: VANDERBILT ATLANTIC HOLDINGS LLC
Mailing address: 390 BERRY STREET, SUITE 201
City: BROOKLYN   State: NY   ZIP code: 11249
Single member's name if grantee is a single member LLC: DUSHINSKY, SIMON

Social security number: [redacted]
Social security number: [redacted]
Federal EIN: [redacted]
Single member EIN or SSN: [redacted]

### Location and description of property conveyed

| Tax map designation - Section, block & lot (include dots and dashes) | SWIS code (six digits) | Street address | City, town, or village | County |
|---|---|---|---|---|
| 3 - 1122 - 1 | 650000 | 547 VANDERBILT AVENUE | NEW YORK | BROOKLYN / KINGS |

**Type of property conveyed** (check applicable box)
1. [ ] One- to three-family house
2. [ ] Residential cooperative
3. [ ] Residential condominium
4. [ ] Vacant land
5. [ ] Commercial/Industrial
6. [ ] Apartment building
7. [ ] Office building
8. [x] Other MULTIPLE PROPERTIES

Date of conveyance: 11 / 21 / 2017

Percentage of real property conveyed which is residential real property _____0.00 %

**Condition of conveyance** (check all that apply)

a. [ ] Conveyance of fee interest
b. [ ] Acquisition of a controlling interest (state percentage acquired _____%)
c. [ ] Transfer of a controlling interest (state percentage transferred _____%)
d. [ ] Conveyance to cooperative housing corporation
e. [ ] Conveyance pursuant to or in lieu of foreclosure or enforcement of security interest (attach Form TP-584.1, Schedule E)
f. [ ] Conveyance which consists of a mere change of identity or form of ownership or organization (attach Form TP-584.1, Schedule F)
g. [ ] Conveyance for which credit for tax previously paid will be claimed (attach Form TP-584.1, Schedule G)
h. [ ] Conveyance of cooperative apartment(s)
i. [ ] Syndication
j. [ ] Conveyance of air rights or development rights
k. [ ] Contract assignment
l. [ ] Option assignment or surrender
m. [ ] Leasehold assignment or surrender
n. [x] Leasehold grant
o. [ ] Conveyance of an easement
p. [ ] Conveyance for which exemption from transfer tax claimed (complete Schedule B, Part III)
q. [ ] Conveyance of property partly within and partly outside the state
r. [ ] Conveyance pursuant to divorce or separation
s. [x] Other (describe) MEMORANDUM OF LEASE

| For recording officer's use | Amount received | Date received | Transaction number |
|---|---|---|---|
| | Schedule B., Part I $ | | |
| | Schedule B., Part II $ | | |

2017112100117301 05

VA 021582

**TP - 584  Location and description of property conveyed**                                                   **ATTACHMENT**

| Tax map designation | | | Address | City/village | Town | County |
| --- | --- | --- | --- | --- | --- | --- |
| Section | Block | Lot | | | | |
| 3 | 1122 | 68 | N/A PACIFIC STREET | NEW YORK | | BROOKLYN / KINGS |
| 3 | 1122 | 71 | 847 PACIFIC STREET | NEW YORK | | BROOKLYN / KINGS |

20171210011730105

VA 021583

Case 1:19-cv-06471-DLI-ST   Document 62-4   Filed 06/24/22   Page 16 of 20 PageID #: 1445

Page 2 of 4   TP-584 (4/13)

## Schedule B — Real estate transfer tax return (Tax Law, Article 31)

**Part I – Computation of tax due**

| | | |
|---|---|---|
| 1 Enter amount of consideration for the conveyance *(if you are claiming a total exemption from tax, check the exemption claimed box, enter consideration and proceed to Part III)* ☐ **Exemption claimed** | 1. | 7,000,000 00 |
| 2 Continuing lien deduction *(see instructions if property is taken subject to mortgage or lien)* | 2. | 0 00 |
| 3 Taxable consideration *(subtract line 2 from line 1)* | 3. | 7,000,000 00 |
| 4 Tax: $2 for each $500, or fractional part thereof, of consideration on line 3 | 4. | 28,000 00 |
| 5 Amount of credit claimed for tax previously paid *(see instructions and attach Form TP-584.1, Schedule G)* | 5. | 0 00 |
| 6 Total tax due* *(subtract line 5 from line 4)* | 6. | 28,000 00 |

**Part II – Computation of additional tax due on the conveyance of residential real property for $1 million or more**

| | | |
|---|---|---|
| 1 Enter amount of consideration for conveyance *(from Part I, line 1)* | 1. | 7,000,000 00 |
| 2 Taxable consideration *(multiply line 1 by the percentage of the premises which is residential real property, as shown in Schedule A)* | 2. | 0 00 |
| 3 Total additional transfer tax due* *(multiply line 2 by 1% (.01))* | 3. | 0 00 |

**Part III – Explanation of exemption claimed on Part I, line 1** *(check any boxes that apply)*

The conveyance of real property is exempt from the real estate transfer tax for the following reason:

a. Conveyance is to the United Nations, the United States of America, the state of New York, or any of their instrumentalities, agencies, or political subdivisions (or any public corporation, including a public corporation created pursuant to agreement or compact with another state or Canada) ............................................................................................................................... a ☐

b. Conveyance is to secure a debt or other obligation ......................................................................................................... b ☐

c. Conveyance is without additional consideration to confirm, correct, modify, or supplement a prior conveyance ............ c ☐

d. Conveyance of real property is without consideration and not in connection with a sale, including conveyances conveying realty as bona fide gifts ................................................................................................................................................. d ☐

e. Conveyance is given in connection with a tax sale ......................................................................................................... e ☐

f. Conveyance is a mere change of identity or form of ownership or organization where there is no change in beneficial ownership. (This exemption cannot be claimed for a conveyance to a cooperative housing corporation of real property comprising the cooperative dwelling or dwellings.) Attach Form TP-584.1, Schedule F ............................................. f ☐

g. Conveyance consists of deed of partition .......................................................................................................................... g ☐

h. Conveyance is given pursuant to the federal Bankruptcy Act .......................................................................................... h ☐

i. Conveyance consists of the execution of a contract to sell real property, without the use or occupancy of such property, or the granting of an option to purchase real property, without the use or occupancy of such property ............................... i ☐

j. Conveyance of an option or contract to purchase real property with the use or occupancy of such property where the consideration is less than $200,000 and such property was used solely by the grantor as the grantor's personal residence and consists of a one-, two-, or three-family house, an individual residential condominium unit, or the sale of stock in a cooperative housing corporation in connection with the grant or transfer of a proprietary leasehold covering an individual residential cooperative apartment ........................................................................................................................................................ j ☐

k. Conveyance is not a conveyance within the meaning of Tax Law, Article 31, section 1401(e) *(attach documents supporting such claim)* ........................................................................................................................................................ k ☐

*The total tax (from Part I, line 6 and Part II, line 3 above) is due within 15 days from the date conveyance. Please make check(s) payable to the county clerk where the recording is to take place. If the recording is to take place in the New York City boroughs of Manhattan, Bronx, Brooklyn, or Queens, make check(s) payable to the **NYC Department of Finance**. If a recording is not required, send this return and your check(s) made payable to the **NYS Department of Taxation and Finance**, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

201711210011730105

VA 021584

## Schedule C — Credit Line Mortgage Certificate (Tax Law, Article 11)

Complete the following only if the interest being transferred is a fee simple interest.

I (we) certify that: *(check the appropriate box)*

1. [✓] The real property being sold or transferred is not subject to an outstanding credit line mortgage.

2. [ ] The real property being sold or transferred is subject to an outstanding credit line mortgage. However, an exemption from the tax is claimed for the following reason:

    [ ] The transfer of real property is a transfer of a fee simple interest to a person or persons who held a fee simple interest in the real property (whether as a joint tenant, a tenant in common or otherwise) immediately before the transfer.

    [ ] The transfer of real property is (A) to a person or persons related by blood, marriage or adoption to the original obligor or to one or more of the original obligors or (B) to a person or entity where 50% or more of the beneficial interest in such real property after the transfer is held by the transferor or such related person or persons (as in the case of a transfer to a trustee for the benefit of a minor or the transfer to a trust for the benefit of the transferor).

    [ ] The transfer of real property is a transfer to a trustee in bankruptcy, a receiver, assignee, or other officer of a court.

    [ ] The maximum principal amount secured by the credit line mortgage is $3,000,000 or more, and the real property being sold or transferred is **not** principally improved nor will it be improved by a one- to six-family owner-occupied residence or dwelling.

    **Please note:** for purposes of determining whether the maximum principal amount secured is $3,000,000 or more as described above, the amounts secured by two or more credit line mortgages may be aggregated under certain circumstances. See TSB-M-96(6)-R for more information regarding these aggregation requirements.

    [ ] Other *(attach detailed explanation)*.

3. [ ] The real property being transferred is presently subject to an outstanding credit line mortgage. However, no tax is due for the following reason:

    [ ] A certificate of discharge of the credit line mortgage is being offered at the time of recording the deed.

    [ ] A check has been drawn payable for transmission to the credit line mortgagee or his agent for the balance due, and a satisfaction of such mortgage will be recorded as soon as it is available.

4. [ ] The real property being transferred is subject to an outstanding credit line mortgage recorded in _____ (insert liber and page or reel or other identification of the mortgage). The maximum principal amount of debt or obligation secured by the mortgage is _____. No exemption from tax is claimed and the tax of _____ is being paid herewith. *(Make check payable to county clerk where deed will be recorded or, if the recording is to take place in New York City but not in Richmond County, make check payable to the **NYC Department of Finance**.)*

## Signature (both the grantor(s) and grantee(s) must sign)

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

| Grantor signature | Title | Grantee signature | Title |
|---|---|---|---|
| | | | |

| Grantor signature | Title | Grantee signature | Title |
|---|---|---|---|
| | | | |

**Reminder:** Did you complete all of the required information in Schedules A, B, and C? Are you required to complete Schedule D? If you checked e, f, or g in Schedule A, did you complete Form TP-584.1? Have you attached your check(s) made payable to the county clerk where recording will take place or, if the recording is in the New York City boroughs of Manhattan, Bronx, Brooklyn, or Queens, to the **NYC Department of Finance**? If no recording is required, send your check(s), made payable to the **Department of Taxation and Finance**, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

201711210011730I

VA 021585

## Signature (both the grantor(s) and grantee(s) must sign)

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

| Grantor signature | Title | Grantee signature | Title |
|---|---|---|---|
| Grantor signature | Title | Grantee signature | Title |

2017112100117301

VA 021586

## Schedule D - Certification of exemption from the payment of estimated personal income tax (Tax Law, Article 22, section 663)

Complete the following only if a fee simple interest or a cooperative unit is being transferred by an individual or estate or trust.

If the property is being conveyed by a referee pursuant to a foreclosure proceeding, proceed to Part II, and check the second box under Exemptions for nonresident transferor(s)/seller(s) and sign at bottom.

**Part I** - New York State residents

If you are a New York State resident transferor(s)/seller(s) listed in Schedule A of Form TP-584 (or an attachment to Form TP-584), you must sign the certification below. If one or more transferors/sellers of the real property or cooperative unit is a resident of New York State, each resident transferor/seller must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all resident transferors/sellers.

### Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Note:** A resident of New York State may still be required to pay estimated tax under Tax Law, section 685(c), but not as a condition of recording a deed.

**Part II** - Nonresidents of New York State

If you are a nonresident of New York State listed as a transferor/seller in Schedule A of Form TP-584 (or an attachment to Form TP-584) but are not required to pay estimated personal income tax because one of the exemptions below applies under Tax Law, section 663(c), check the box of the appropriate exemption below. If any one of the exemptions below applies to the transferor(s)/seller(s), that transferor(s)/seller(s) is not required to pay estimated personal income tax to New York State under Tax Law, section 663. Each nonresident transferor/seller who qualifies under one of the exemptions below must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all nonresident transferors/sellers.

If none of these exemption statements apply, you must complete Form IT-2663, *Nonresident Real Property Estimated Income Tax Payment Form*, or Form IT-2664, *Nonresident Cooperative Unit Estimated Income Tax Payment Form*. For more information, see *Payment of estimated personal income tax*, on page 1 of Form TP-584-I.

### Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ (see instructions).
    Date        Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Certification of resident transferor(s)/seller(s)**

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

**Exemption for nonresident transferor(s)/seller(s)**

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions:

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ (Date) to _____ (Date) *(see instructions)*.

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

2017112100117301

VA 021588