# EXHIBIT 6

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2017121100539001007E1523 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 6

| **Document ID:** 2017121100539001 | **Document Date:** 11-30-2017 | **Preparation Date:** 12-26-2017 |
|---|---|---|
| **Document Type:** MEMORANDUM OF LEASE | | |
| **Document Page Count:** 4 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| RELIABLE ABSTRACT CO. LLC.<br>266 BROADWAY, SUITE 304<br>RK-177596<br>BROOKLYN, NY 11211<br>718-438-0786<br>DEVORA@RELIABLEABSTRACT.NET | EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS<br>MURRAY D. SCHNEIER, ESQ.<br>805 THIRD AVENUE<br>NEW YORK, NY 10022 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1122 | 1 Entire Lot | | 547 VANDERBILT AVENUE |

    **Property Type:** COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1122 | 68 Entire Lot | | N/A PACIFIC STREET |

    **Property Type:** COMMERCIAL REAL ESTATE

☒ Additional Properties on Continuation Page

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____Year_____ Reel____ Page_____ or File Number_____

**PARTIES**

| LESSOR: | LESSEE: |
|---|---|
| M.M.B. ASSOCIATES, LLC<br>C/O CROSSTOWN COMPANIES, 97-77 QUEENS BOULEVARD, S<br>REGO PARK, NY 11374 | VANDERBILT ATLANTIC HOLDINGS LLC<br>390 BERRY STREET, SUITE 201<br>BROOKLYN, NY 11249 |

**FEES AND TAXES**

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 100.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 28,000.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | Recorded/Filed 12-26-2017 12:35 | |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): | |
| Recording Fee: | $ | 63.00 | 2017000469919 | |
| Affidavit Fee: | $ | 0.00 | *Annette M Hill* | |
| | | | ***City Register Official Signature*** | |

Exhibit P6

Case 1:19-cv-06471-DLI-ST   Document 62-5   Filed 06/24/22   Page 3 of 11 PageID #: 1452

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2017121100539001007C17A3 |

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**   PAGE 2 OF 6

**Document ID:** 2017121100539001      Document Date: 11-30-2017      Preparation Date: 12-26-2017
Document Type: MEMORANDUM OF LEASE

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1122 | 71 | Entire Lot | 847 PACIFIC STREET |

**Property Type:** COMMERCIAL REAL ESTATE

## **MEMORANDUM OF LEASE**

THIS MEMORANDUM OF LEASE (the "Memorandum") is entered into as of November 30, 2017 (the "Effective Date") by and between M.M.B. Associates, LLC ("Landlord"), having an address at c/o Crosstown Companies, 97-77 Queens Boulevard, Suite 1120, Rego Park, New York 11374 and Vanderbilt Atlantic Holdings LLC, a New York limited liability company ("Tenant"), having an address at 390 Berry Street, Suite 201, Brooklyn, New York 11249.

1. *Premises.* Landlord owns the parcel of real property commonly known as 840 Atlantic Avenue, Brooklyn, New York 11238, more particularly described in Exhibit A (the "Premises").

2. *Lease.* Landlord and Tenant entered into a Lease for the Premises with an effective date of November 30, 2017 (the "Lease").

3. *Demise of Tenant's Premises.* For good and valuable consideration, Landlord has demised the Premises to Tenant as described in the Lease.

4. *Term.* The "Commencement Date" is November 30, 2017. The Term of the Lease began on the Commencement Date and expires on the day prior to the ninety-ninth (99th) anniversary of the last day of the calendar month in which the Commencement Date occurs, unless the Lease is terminated earlier, as provided therein.

5. *Successors and Assigns.* The Lease and this Memorandum will bind and benefit the parties and their successors and permitted assigns. The foregoing is not intended to, and is not to be construed so as to, affect any restrictions or limitations on assignment or other transfers pursuant to the Lease.

6. *Further Assurances.* Each party agrees to execute, acknowledge (where necessary), and deliver such further documents, and perform such further acts, as may be reasonably necessary to achieve the intent of the parties as expressed in the Lease and this Memorandum. If the Lease terminates, then Tenant will execute, acknowledge (where necessary), and deliver such documents that are required by Landlord or by any title insurance, abstract company, or institutional lender to remove this Memorandum of record.

7. *Counterparts.* This Memorandum may be executed in counterparts.

**[Executions on Following Page]**

IN WITNESS WHEREOF, Landlord and Tenant have executed this Memorandum as of the Effective Date.

| LANDLORD | TENANT |
|---|---|
| M.M.B. Associates, LLC | Vanderbilt Atlantic Holdings LLC |
| By: _Anthony Musto_ (signature) | By: _____ |
| Its: Managing Member | Its: _____ |
| Date Executed: 11/30/17 | Date Executed: _____ |

## ACKNOWLEDGEMENTS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF  New York  )

On the 30th day of November in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Anthony Musto, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

k

14

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF            )

On the _____ day of _____ in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Simon Dushinsky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

IN WITNESS WHEREOF, Landlord and Tenant have executed this Memorandum as of the Effective Date.

| LANDLORD | TENANT |
|---|---|
| M.M.B. Associates, LLC | Vanderbilt Atlantic Holdings LLC |
| By: _____ | By: _____ Simon Dushinsky |
| Its: _____ | Its: Member |
| Date Executed: _____ | Date Executed: 11/17/17 |

## ACKNOWLEDGEMENTS

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF            )

On the ____ day of _____ in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Anthony Musto, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF New York )

On the 17th day of November in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Simon Dushinsky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

SHIMING LI
Notary Public - State of New York
NO. 01LI6225656
Qualified in New York County
My Commission Expires 7/16/19

Exhibit A

### SCHEDULE A:

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point at the corner formed by the intersection of the Southerly side of ATLANTIC AVENUE, (as now open and in use, 120.00 feet wide) with the easterly side of VANDERBILT AVENUE (as now open and in use, 100.00 feet wide);

RUNNING THENCE: Easterly along the southerly side of ATLANTIC AVENUE, 170.00 feet;

THENCE: Southerly at right angles to the southerly side of ATLANTIC AVENUE, 200.00 feet to the northerly side of PACIFIC STREET (as now open and in use, 70.00 feet wide);

THENCE: Westerly at right angles to the last mentioned line and along the northerly side of PACIFIC STREET, 75.00 feet;

THENCE: Northerly at right angles to the northerly side of PACIFIC STREET, 100.00 feet;

THENCE: Westerly at right angles to the last mentioned line, 50.00 feet;

THENCE: Southerly at right angles to the last mentioned line, 100.00 feet to the northerly side of PACIFIC STREET;

THENCE: Westerly at right angles to the last mentioned line and along the northerly side of PACIFIC STREET, 45.00 feet to the easterly side of VANDERBILT AVENUE;

THENCE: northerly at right angles to the northerly side of PACIFIC STREET and along the easterly side of VANDERBILT AVENUE, 200.00 feet to the place or point of BEGINNING

Block 1122
Lot 1, 68 + 71

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE (the "Memorandum") is entered into as of November 30, 2017 (the "Effective Date") by and between M.M.B. Associates, LLC ("Landlord"), having an address at c/o Crosstown Companies, 97-77 Queens Boulevard, Suite 1120, Rego Park, New York 11374 and Vanderbilt Atlantic Holdings LLC, a New York limited liability company ("Tenant"), having an address at 390 Berry Street, Suite 201, Brooklyn, New York 11249.

1. *Premises.* Landlord owns the parcel of real property commonly known as 840 Atlantic Avenue, Brooklyn, New York 11238, more particularly described in Exhibit A (the "Premises").

2. *Lease.* Landlord and Tenant entered into a Lease for the Premises with an effective date of November 30, 2017 (the "Lease").

3. *Demise of Tenant's Premises.* For good and valuable consideration, Landlord has demised the Premises to Tenant as described in the Lease.

4. *Term.* The "Commencement Date" is November 30, 2017. The Term of the Lease began on the Commencement Date and expires on the day prior to the ninety-ninth (99th) anniversary of the last day of the calendar month in which the Commencement Date occurs, unless the Lease is terminated earlier, as provided therein.

5. *Successors and Assigns.* The Lease and this Memorandum will bind and benefit the parties and their successors and permitted assigns. The foregoing is not intended to, and is not to be construed so as to, affect any restrictions or limitations on assignment or other transfers pursuant to the Lease.

6. *Further Assurances.* Each party agrees to execute, acknowledge (where necessary), and deliver such further documents, and perform such further acts, as may be reasonably necessary to achieve the intent of the parties as expressed in the Lease and this Memorandum. If the Lease terminates, then Tenant will execute, acknowledge (where necessary), and deliver such documents that are required by Landlord or by any title insurance, abstract company, or institutional lender to remove this Memorandum of record.

7. *Counterparts.* This Memorandum may be executed in counterparts.

**[Executions on Following Page]**

IN WITNESS WHEREOF, Landlord and Tenant have executed this Memorandum as of the Effective Date.

| LANDLORD | TENANT |
|---|---|
| M.M.B. Associates, LLC | Vanderbilt Atlantic Holdings LLC |
| By: _Anthony Musto_ (signature) | By: _____ |
| Its: _Managing Member_ | Its: _____ |
| Date Executed: __11/30/17__ | Date Executed: _____ |

## ACKNOWLEDGEMENTS

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF           )

On the 30th day of November in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Anthony Musto, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

k

14

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF           )

On the _____ day of _____ in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Simon Dushinsky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

IN WITNESS WHEREOF, Landlord and Tenant have executed this Memorandum as of the Effective Date.

| LANDLORD | TENANT |
|---|---|
| M.M.B. Associates, LLC | Vanderbilt Atlantic Holdings LLC |
| By: _____ | By: _____ |
| Its: _____ | Its: _____ Member _____ |
| Date Executed: _____ | Date Executed: 11/17/17 |

## ACKNOWLEDGEMENTS

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF           )

On the _____ day of _____ in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Anthony Musto, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF New York  )

On the 17th day of November in the year 2017 before me, the undersigned, a Notary Public in and for said State, personally appeared Simon Dushinsky, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

SHIMING LI
Notary Public - State of New York
NO. 01LI6225656
Qualified in New York County
My Commission Expires 7/16/19

Exhibit A

**SCHEDULE A:**

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point at the corner formed by the intersection of the Southerly side of ATLANTIC AVENUE, (as now open and in use, 120.00 feet wide) with the easterly side of VANDERBILT AVENUE (as now open and in use, 100.00 feet wide);

RUNNING THENCE: Easterly along the southerly side of ATLANTIC AVENUE, 170.00 feet;

THENCE:  Southerly at right angles to the southerly side of ATLANTIC AVENUE, 200.00 feet to the northerly side of PACIFIC STREET (as now open and in use, 70.00 feet wide);

THENCE:  Westerly at right angles to the last mentioned line and along the northerly side of PACIFIC STREET, 75.00 feet;

THENCE:  Northerly at right angles to the northerly side of PACIFIC STREET, 100.00 feet;

THENCE:  Westerly at right angles to the last mentioned line, 50.00 feet;

THENCE:  Southerly at right angles to the last mentioned line, 100.00 feet to the northerly side of PACIFIC STREET;

THENCE:  Westerly at right angles to the last mentioned line and along the northerly side of PACIFIC STREET, 45.00 feet to the easterly side of VANDERBILT AVENUE;

THENCE:  northerly at right angles to the northerly side of PACIFIC STREET and along the easterly side of VANDERBILT AVENUE, 200.00 feet to the place or point of BEGINNING

*[handwritten:]* Block 1122
Lot 1, 68 + 71