# EXHIBIT G

**VANDERBILT ATLANTIC HOLDINGS LLC**
390 Berry Street – Suite 201
Brooklyn, New York 11249

May 10, 2018

**VIA CERTIFIED MAIL**

McDonald's Corporation
One McDonald's Plaza
Oak Brook, Illinois 60523
Attn:   Director, Legal Department
        Real Estate Practice Group
L/C: 031-2093

Re:   **840 Atlantic Avenue, Brooklyn, New York**

Dear Tenant:

Reference is hereby made to that certain Lease dated March 18, 1998 between Anthony M. Musto, as Landlord (the "Original Landlord") and McDonald's Corporation, as Tenant, with respect to premises commonly known as 840 Atlantic Avenue, Brooklyn, New York and more particularly described in the Lease. The Lease was further amended pursuant to that certain Agreement Amending Lease dated April 14, 1998 and further amended pursuant to that certain Supplement to Lease dated August 12, 1999. The Original Landlord's interest in the Lease has been assigned by mesne assignments and the current Landlord is Vanderbilt Atlantic Holdings LLC. The Lease, as amended and assigned, is referred to herein collectively as the "Lease". Capitalized terms used herein without definition shall have the meanings ascribed to them in the Lease.

PLEASE BE ADVISED THAT, in accordance with the Option Rent Addendum (Exhibit G) attached and made a part of the Lease, Landlord has determined that the Fair Market Value of the Demised Premises ("FMV") is $975,000.00. Therefore, the annual rent payable during the first extension period shall be $780,000.00 (80% of the FMV). If you are in agreement with the determination of FMV kindly acknowledge by signing below.

**EXHIBIT G**

MCD006370

McDonald's Corporation
May 10, 2018
Page 2

    This letter shall be deemed to satisfy Landlord's obligation under the Option Rent Addendum of the Lease to notify Tenant of Landlord's determination of FMV.

              **VANDERBILT ATLANTIC HOLDINGS LLC**
              a New York limited liability company

              By: _____
                Name:
                Title:

ACKNOWLEDGED AND AGREED:
MCDONALD'S CORPORATION

By:_____
 Name:
 Title:
 Date:

cc: Michael Meyer, Senior Counsel
   US Legal Department-Asset Management
   McDonald's Corporation
   2915 Jorie Boulevard
   Oak Brook, Illinois 60523