# EXHIBIT O



McDonald's Corporation
110 N. Carpenter St.
Chicago, Illinois  60607-2101
Direct Dial:  (630) 272-8397
email: michael.meyer@us.mcd.com

Via Certified Mail – Return Receipt Requested

April 15, 2019

Tom Li
Vanderbilt Atlantic Holdings, LLC
390 Berry Street, Suite 201
Brooklyn, NY  11249

      RE:    Brooklyn, NY
                 840 Atlantic Avenue
                 L/C 031-2093, File #40160

Dear Mr. Li:

      Reference is made to the Ground Lease dated March 18, 1998, as amended (the "Lease"), between Vanderbilt Atlantic Holdings LLC, successor in interest to Anthony M. Musto, as Landlord, and McDonald's Corporation ("McDonald's"), as Tenant, with respect to the premises commonly known as 840 Atlantic Avenue, Brooklyn, New York, and as more particularly described in the Lease. The option to extend the Lease through and including April 8, 2024 automatically exercised on January 8, 2019.

      By letter dated May 10, 2018, Landlord estimated the Fair Market Value ("FMV") of the Demised Premises.  The parties have since been in discussions seeking to find agreement regarding the FMV of the Demised Premises.

      This letter constitutes notice pursuant to Exhibit G to the Lease that the parties have been unable to reach agreement as to the FMV.  Accordingly, the parties shall appoint their appraisers within 15 days of this letter in accordance with Exhibit G.  McDonald's has appointed Appraisers & Planners, Inc., Sharon Locatell, MAI, CRE, MRICS, President, 9 East 40th Street, New York, New York 10016, slocatell@appraiser-plan.com.

      The appraisers must meet and exchange letter opinions of value within 20 days of the date of this letter and attempt to agree on the FMV, or if no agreement can be reached differing by 15% or less, the appraisers "shall appoint a third appraiser chosen from a list of three appraisers designated by the National Headquarters of the American Institute of Real Estate Appraisers or, if it is no longer in existence, a similar or successor organization.  The three appraisers so appointed shall then, within 20 days of the date the third appraiser is appointed, estimate, by means of a letter opinion of value, the FMV."

Document Number: 1823666

**EXHIBIT**

O

MCD000888

Thank you for your attention to this matter. Please contact the undersigned or Carol Demarco in the event you have any questions or concerns.

Sincerely,
McDONALD'S CORPORATION

Michael J. Meyer
Senior Counsel
Legal Department

cc: Carol DeMarco (via email: Carol.DeMarco@us.mcd.com)
Sam Rottenberg (via email sam.rottenberg@gmail.com)
Murray Schneier (via email: MSchneier@EisemanLevine.com)

Document Number: 1823666

MCD000889