# EXHIBIT 31

**From:** tjtener@ktrfirst.com
**Sent:** Monday, April 01, 2019 5:30 PM
**To:** 'Morris Missry'
**Subject:** RE: Confidential

Thanks for the clarification.

You're the best,

**Thomas J. Tener, MAI**
Managing Member




551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Monday, April 1, 2019 4:41 PM
**To:** tjtener@ktrfirst.com
**Subject:** RE: Confidential

Tom, I just reviewed the case and I don't agree with the analysis you mentioned to me and I don't see it in there. In the 986 case the court took into account the existence of a long term net lease where the language did not exclude it. In oor lease the provision is clear. FMV of the premises exclusive of any improvements etc...
Thus one cannot argue that a lease term or prospective eon should be a factor if no improvements are to be factored into the equation. To the extent the drafter wanted to include the prospective lease term or renewal term it would've included it as a factor. You cannot read a new factor into the equation. That would be tantamount to a modification of the lease.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557 | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

---

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Monday, April 1, 2019 4:28 PM
**To:** Morris Missry <MISSRY@wmllp.com>
**Subject:** Confidential



Exhibit
P31

Morris

This is the Appellate Court decision that I mentioned in our conversation.

**Thomas J. Tener, MAI**
Managing Member




551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

*************************************

U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.

*************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*************************************

U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.

*************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.