# EXHIBIT 33

| | |
|---|---|
| From: | Sam Rottenberg <sam.rottenberg@gmail.com> |
| Sent: | Thursday, April 11, 2019 10:36 AM |
| To: | Morris Missry |
| Cc: | Thomas Tener; Tom Li |
| Subject: | Re: 840 Atlantic Avenue - FMR |
| Attachments: | image001.jpg |

Looks fine Tom.
The only comment (to the extend that I have one) is that perhaps there might be a little room to be a bit more aggressive on the residential valuation.

In any event. Its fine.


On Wed, Apr 10, 2019, 1:36 PM Morris Missry <MISSRY@wmllp.com> wrote:

> Sam?
>
> Morris Missry, Esq.
> WACHTEL MISSRY LLP
> One Dag Hammarskjold Plaza
> 885 Second Avenue | New York, NY 10017
> Telephone: 212 909-9557 | Facsimile: 212 909-9448
>
> Email: Missry@wmllp.com | Website: www.wmllp.com
>
> ---
>
> **From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
> **Sent:** Wednesday, April 10, 2019 10:15 AM
> **To:** Morris Missry <MISSRY@wmllp.com>
> **Cc:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>
> **Subject:** 840 Atlantic Avenue - FMR
>
> Morris
>
> I inspected the property on Monday and am ready to finalize our report (Letter of Value).
>
> Do you have any comments on the draft report? If not, I will issue a signed copy for exchange.

Exhibit P33

VA 001508

**Thomas J. Tener, MAI**
Managing Member

551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

***************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.
***************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

2