UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
MCDONALD'S CORPORATION,

                    Plaintiff,

      v.

VANDERBILT ATLANTIC
HOLDINGS LLC,

                    Defendant.
------------------------------------------------------X

19 Civ. 06471 (DLI) (SLT)

**DECLARATION OF HOWARD S. KOH**

HOWARD S. KOH, under the penalties of perjury, declares:

1. I am a partner of Meister Seelig & Fein LLP, counsel for the defendant Vanderbilt Atlantic Holdings LLC ("Vanderbilt"). I make this declaration in support of Vanderbilt's motion for summary judgment.

2. Plaintiff, McDonald's Corporation ("McDonald's"), filed its Complaint in this action on November 15, 2019 (CM/ECF Docket No. 1).

3. Vanderbilt filed its Answer to McDonald's Complaint and Amended Counterclaim, which is the operative pleading, on December 3, 2020 (CM/ECF Docket No. 28).

4. McDonalds filed its Answer to Vanderbilt's Amended Counterclaim on December 17, 2020 (CM/ECF Docket No. 29).

5. The following transcripts of deposition have been prepared in this action and true copies thereof are attached as the Exhibits designated below:

| Deponent | Date | Exhibit |
| --- | --- | --- |
| Pinchus "Sam" Rottenberg | August 12, 2021 | AAA |
| Michael Meyer | August 17, 2021 | BBB |
| Tom Li | August 31, 2021 | CCC |
| Carol DeMarco | September 17, 2021 | DDD |

| | | |
|---|---|---|
| Thomas J. Tener | September 21, 2021 | EEE |
| Sharon Locatell | September 23, 2021 | FFF |
| Morris Missry | September 30, 2021 | GGG |
| Michael P. Hedden | January 20, 2022 | HHH |
| Amanda Aaron | January 21, 2022 | IIII |

6. Discovery in this action was completed on January 21, 2022.

7. On March 24, 2022, the Court held a pre-motion conference, at which time the Court ordered that moving papers for this motion be served by April 29, 2022.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2022

_____
HOWARD S. KOH