# EXHIBIT 7


Message

**From:** TONY [tony@ctnyc.com]
**Sent:** 2/10/2017 5:45:29 PM
**To:** sam.rottenberg@gmail.com
**Subject:** FW: Atlantic Avenue

Hello Sam,

Any thoughts?

---

**From:** Adam Rothkrug [mailto:adam@rrslawllp.com]
**Sent:** Thursday, February 09, 2017 12:51 PM
**To:** pjoel@aol.com; Tony Musto
**Subject:** Re: Atlantic Avenue

Phil/Tony - hope all is well.

Phil - I spoke to Tony and advised him that City Planning had essentially advised us that if we want to proceed - we should probably consider filing a private application - as opposed to waiting for the Community's plan - which does not seem to be progressing too quickly. (Their special subcommittee is still meeting periodically - but I don't sense too much progress).

In addition - the owner of 858 Atlantic (lot 11) - Ultimate Auto - has been in touch with a colleague that I do work with - and has also started pursuing the rezoning (on his own for now - which makes no sense).

Anyway - I suggested to Tony that we all get together to discuss moving forward on a private basis.

If you guys are interested - let me know - and we can set up something in Brooklyn in Manhattan.

Adam

Adam W. Rothkrug, Esq.
Rothkrug Rothkrug & Spector, LLP
55 Watermill Lane, Suite 200
Great Neck, New York 11021

Telephone: (516) 487-2252
          (718) 343-0069
Facsimile: (516) 487-2439

Adam@Rrslawllp.com
website: Rrslawllp.com

**Exhibit P7**

On Thu, May 7, 2015 at 12:31 PM, <pjoel@aol.com> wrote:
Hi Adam,
Just following up on your letter of January 28. Have you met with the Community Board? Please e-mail or call me at 718 237-2177 or my private cellphone number 347 551-2873. I'm anxious to get moving on this and await your formal proposal if you feel we have a good chance for the zoning change.. Thanks.

Phil Cramer

-----Original Message-----
From: Adam Rothkrug <adam@rrslawllp.com>
To: Tony Musto <tony@ctnyc.com>; pjoel <pjoel@aol.com>; nikolas882 <nikolas882@aol.com>
Sent: Wed, Jan 28, 2015 12:19 pm
Subject: Atlantic Avenue

It was a pleasure meeting Phil and Tony - and obviously I was pleased with the reception from City Planning. Following our meeting, the City released their proposed rezoning plan for East New York (basically east of Pennsylvania, which calls for the higher density R8A district along Atlantic Avenue.

I am amending our presentation to provide comparisons of the R7a, R7d and R8a - and will proceed with the scheduling of a meeting with the local community board.

It would be helpful if we could determine whether any of the other owners want to formally be part of the application process. At the very least there is no reason that they would not be in favor of the application. Let me know if you have plans to contact them.

I will keep you advised as to any additional meetings I schedule.

Adam


Adam W. Rothkrug, Esq.
Rothkrug Rothkrug & Spector, LLP
55 Watermill Lane, Suite 200
Great Neck, New York 11021

Telephone:  (516) 487-2252
            (718) 343-0069
Facsimile:  (516) 487-2439

Adam@Rrslawllp.com
website:  Rrslawllp.com