# EXHIBIT 8

Message

| | |
|---|---|
| **From**: | Sam Rottenberg [sam.rottenberg@gmail.com] |
| **Sent**: | 1/17/2018 9:26:52 PM |
| **To**: | Tom [tli@sprgp.com] |
| **Subject**: | FW: Engagement of Slater & Beckerman |
| **Attachments**: | Engagement of Slater & Beckerman 840 Atlantic 1.11.18.pdf |
| **Flag**: | Follow up |

**From:** Sam Rottenberg [mailto:Sam.rottenberg@gmail.com]
**Sent:** Wednesday, January 17, 2018 4:27 PM
**To:** 'HERSH ROSENBERG' <hershro@gmail.com>
**Cc:** 'rabskygroup@thejnet.com' <rabskygroup@thejnet.com>; Raymond Levin (rlevin@slaterbeckerman.com) <rlevin@slaterbeckerman.com>; 'rglynn@slaterbeckerman.com' <rglynn@slaterbeckerman.com>
**Subject:** RE: Engagement of Slater & Beckerman

Engagement letter with original signature attached.
Retainer is in the mail.


---------- Forwarded message ----------
From: **Raymond Levin** <rlevin@slaterbeckerman.com>
Date: Tue, Jan 16, 2018 at 11:32 AM
Subject: RE: Engagement of Slater & Beckerman
To: "rabskygroup@thejnet.com" HERSH ROSENBERG <hershro@gmail.com>
Cc: Roxanne Glynn <rglynn@slaterbeckerman.com>

It looks like the signature is a stamp and not an original, please have them signed by hand.  Please print the name and title of the signatory on each.  Also, there is a $5,000 retainer required.


**From:** Rabsky Group [mailto:rabskygroup@thejnet.com]
**Sent:** Tuesday, January 16, 2018 11:30 AM
**To:** 'HERSH ROSENBERG' <hershro@gmail.com>
**Cc:** Roxanne Glynn <rglynn@slaterbeckerman.com>; Raymond Levin <rlevin@slaterbeckerman.com>
**Subject:** RE: Engagement of Slater & Beckerman


Please see attached.


**From:** HERSH ROSENBERG [mailto:hershro@gmail.com]
**Sent:** Monday, January 15, 2018 10:52 PM
**To:** Rabsky Group <rabskygroup@thejnet.com>
**Subject:** Fwd: Engagement of Slater & Beckerman

Exhibit P8

VA 010383

Please send

---------- Forwarded message ---------
From: Simon Dushinsky <simon@rabskygroup.com>
Date: Mon, Jan 15, 2018 at 4:25 PM
Subject: Fwd: Engagement of Slater & Beckerman
To: Pinches shulem Rotenberg <sam.rottenberg@gmail.com>, Rozenberg Hersh Leib <hershro@gmail.com>


---------- Forwarded message ----------
From: "Roxanne Glynn" <rglynn@slaterbeckerman.com>
Date: Jan 11, 2018 10:44 AM
Subject: Engagement of Slater & Beckerman
To: "simon@rabskygroup.com" <simon@rabskygroup.com>
Cc: "Raymond Levin" <rlevin@slaterbeckerman.com>, "Stefanie Marazzi" <Smarazzi@slaterbeckerman.com>

Attached please find retainer and Lobbying Agreement in connection with 840 Atlantic Avenue, Borough of Brooklyn.   If it is acceptable, please sign and return the original to us along with a retainer check.


Roxanne Glynn

Slater & Beckerman, PC

40  Exchange Place, Suite 1502

New York, NY  10005

Phone: 212-391-8045



--

Hersh Rosenberg

347-563-7939

VA 010384

Virus-free. www.avast.com

VA 010385

LAW OFFICE OF
## SLATER & BECKERMAN, PC
40 EXCHANGE PLACE, SUITE 1502, NEW YORK, NY 10005

TELEPHONE: (212) 391-8045
FACSIMILE: (212) 391-8047

STUART BECKERMAN
STEFANIE L. MARAZZI

CAROLE S. SLATER PLLC
RAYMOND LEVIN, LLC
Of Counsel

BENJAMIN A. STARK
ROBERT HUBERMAN

ELLEN J. HAY AICP
Land Use Consultant
Non-Lawyer

January 11, 2018

The Rabsky Group
505 Flushing Avenue
Brooklyn, NY 11205

Attn: Simon Dushinsky

By email: simon@rabskygroup.com

RE:   Engagement of Slater & Beckerman PC, in connection with
      840 Atlantic Avenue, Brooklyn, New York.

Dear Mr. Dushinsky:

We are pleased that The Rabsky Group (the "Client") has decided to engage this firm to advise and represent it in connection with the premises located at 840 Atlantic Avenue, Borough of Brooklyn (the "Premises"). This letter will set forth for both our benefit our common understanding of the terms and conditions of this engagement.

Scope of Representation

This firm will advise and represent the Client in rezoning of the Premises for greater density.

Fees and Costs

Our regular hourly rates currently range from $315.00 to $700.00 per hour. Hourly fees are subject to change, on advance written notice. In addition, we may incur expenses for travel, messenger services, special postage charges, and support services such as photocopying, document processing, and computerized research. The expenses of such services will be reimbursed by the client, without mark-up.

SLATER & BECKERMAN PC

The Rabsky Group
January 11, 2018
Page 2 of 2

Retainer

Before performing any services on this matter, we will require payment of $5,000.00, which we will use to off-set fees and costs as will be detailed in written monthly statements, including a description of services provided and amount of time spent providing such services.

Arbitration

In the event that a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

Further Understanding

This will also confirm our understanding and agreement that while we represent you in the specific matters in which we have been retained, we may, at the same time, represent other clients with interests presently or prospectively conflicting with yours, although not in any manner related to the specific matter in which we represent you.

After you have reviewed this letter agreement, please call us with any questions you may have. If the terms and conditions set forth above are acceptable, please sign, date and return an executed copy to us, together with a check for $5,000.00 payable to Slater & Beckerman PC.

Any signature page delivered electronically or by a fax machine shall be binding to the same extent as an original signature page.

Sincerely,

Raymond Levin

The Rabsky Group hereby agrees to retain Slater & Beckerman PC on the foregoing terms.

By: _____
    Name and Title: Simon Dushinsky

Date: January 17, 2018

cc: Stefanie Marazzi

## LAW OFFICE OF
## SLATER & BECKERMAN, PC

40 EXCHANGE PLACE, SUITE 1502, NEW YORK, NY 10005

TELEPHONE: (212) 391-8045
FACSIMILE: (212) 391-8047

STUART BECKERMAN
STEFANIE L. MARAZZI

CAROLE S. SLATER
RAYMOND H. LEVIN
Of Counsel

BENJAMIN A. STARK
ROBERT HUBERMAN

ELLEN J. HAY AICP
Land Use Consultant
Non-Lawyer

## Lobbying Agreement

This document serves as a lobbying agreement for the purposes of Subchapter 2 of Chapter 3 of Title 3 of the Administrative Code of the City of New York (the "City Lobbying Law") and Article 1-A of the New York State Legislative Law (the "State Lobbying Act").

By signing below, you are authorizing Slater & Beckerman, P.C. to appear on your behalf from January 1, 2018 until December 31, 2018 before any agency and/or public office, including but not limited to the New York City Planning Commission and members of the New York City Council, and perform any activity for which registration is required by the City Lobbying Law and the State Lobbying Act. The fees charged for such activities shall be at the hourly rates of $535-$700 for members, $700 for of counsel, $315-$415 for associates, and $550 for planning specialists. In addition, you acknowledge the following:

1. You are obligated to file a Client Annual Report on eLobbyist for every year in which we perform lobbying activities on your behalf, unless a specific exception in the City Lobbying Law applies. This office will advise you on whether such exception applies and, if not, we will assist you in filing the Client Annual Report. It remains your responsibility to certify a required Client Annual Report.

2. Should any of our activities require us to register and report pursuant to the State Lobbying Act, we will promptly advise you of your corresponding obligations for compliance with such Act.

3. Should any of our activities require us to register and report pursuant to the State Lobbying Act, you will be obligated to file a Semi-Annual Report with the New York State Joint Commission on Public Ethics for every six months in which we perform lobbying activities on your behalf, unless a specific exception in the State Lobbying Act applies. This office will advise you on whether such exception applies and, if not, we will assist you in filing the Client Semi-Annual Report. It remains your responsibility to certify a required Client Semi-Annual Report.

4. Slater & Beckerman, P.C. will not be responsible for any fines incurred for your failure to comply with the City Lobbying Law or the State Lobbying Act.

Very truly yours,

Stefanie Marazzi, Slater & Beckerman P.C.

THE RABSKY GROUP agrees to the above Lobbying Agreement.

By:
Name: Simon Dushinsky
Title:

VA 010388