# EXHIBIT 12

# 840 Atlantic Avenue Rezoning

## Environmental Assessment Statement

*CEQR No. 20DCP162K*

Prepared for:
Vanderbilt Atlantic Holdings LLC

Prepared by:
Philip Habib & Associates

February 25, 2021

Exhibit P12

MCD006083

# 840 Atlantic Avenue Rezoning

Environmental Assessment Statement

Table of Contents

EAS Form

Attachment A……………………………………………………………..…....Project Description

Attachment B……………………………………………………………………Supplemental Screening

Attachment C…………………………………………………………Land Use, Zoning, & Public Policy

Attachment D……………………………………………………………..Socioeconomic Conditions

Attachment E………………………………………………………………………………..Open Space

Attachment F……………………………………………………………………………………Shadows

Attachment G………………………………………………………………………….Historic Resources

Attachment H……………………………………………………… Urban Design & Visual Resources

Attachment I……………………………………………………………..………Hazardous Materials

Attachment J…………………………………………………………………………….Transportation

Attachment K……………………………………………………………………………………Air Quality

Attachment L……………………………………………………………………………………….Noise

Attachment M………………………………………………………Water and Sewer Infrastructure

<u>Appendices</u>

Appendix A: New York City Landmarks Preservation Commission Environmental Review Letter

Appendix B: New York City Department of Environmental Protection Correspondence

Appendix C: Construction Schedule



# City Environmental Quality Review
## ENVIRONMENTAL ASSESSMENT STATEMENT (EAS) FULL FORM

*Please fill out and submit to the appropriate agency (see instructions)*

## Part I: GENERAL INFORMATION

**PROJECT NAME** 840 Atlantic Avenue Rezoning

### 1. Reference Numbers

| | |
|---|---|
| CEQR REFERENCE NUMBER (to be assigned by lead agency) 20DCP162K | BSA REFERENCE NUMBER (if applicable) |
| ULURP REFERENCE NUMBER (if applicable) 210249ZMK, 210250ZRK | OTHER REFERENCE NUMBER(S) (if applicable) (*e.g.*, legislative intro, CAPA) |

### 2a. Lead Agency Information / 2b. Applicant Information

| 2a. Lead Agency Information | 2b. Applicant Information |
|---|---|
| NAME OF LEAD AGENCY: New York City Department of City Planning | NAME OF APPLICANT: Vanderbilt Atlantic Holdings LLC |
| NAME OF LEAD AGENCY CONTACT PERSON: Olga Abinader, Director, Environmental Review and Assessment Division | NAME OF APPLICANT'S REPRESENTATIVE OR CONTACT PERSON: Stefanie Marazzi, Hirschen Singer & Epstein LLP |
| ADDRESS: 120 Broadway, 31st Floor | ADDRESS: 40 Exchange Place, Suite 1502 |
| CITY: New York  STATE: NY  ZIP: 10271 | CITY: New York  STATE: NY  ZIP: 10005 |
| TELEPHONE: 212.720.3493  EMAIL: oabinad@planning.nyc.gov | TELEPHONE: 212.391.8045  EMAIL: smarazzi@hseny.com |

### 3. Action Classification and Type

**SEQRA Classification**

☐ UNLISTED   ☒ TYPE I: Specify Category (see 6 NYCRR 617.4 and NYC Executive Order 91 of 1977, as amended): 6 NYCRR Part 617.4(b)(9): any Unlisted Action occurring wholly or partially within, or substantially contiguous to, any historic building, structure, site or district. The Development Site located at 840 Atlantic Avenue is directly across Pacific Street from the Prospect Heights Historic District which is a designated New York City Landmarks Preservation Commission (LPC) historic district as well as listed on the State and National Register of Historic Places (S/NR). The Development Site is also located across the street from the St. Joseph's R.C. Church Complex which is eligible for listing on the S/NR.

**Action Type** (refer to Chapter 2, "Establishing the Analysis Framework" for guidance)

☒ LOCALIZED ACTION, SITE SPECIFIC   ☐ LOCALIZED ACTION, SMALL AREA   ☐ GENERIC ACTION

### 4. Project Description

Vanderbilt Atlantic Holdings LLC (the "Applicant") is seeking three discretionary zoning actions in order to facilitate the redevelopment of 840 Atlantic Avenue (Block 1122, Lots 1, 9, 10, 68, 69, 70, 71) in the Prospect Heights neighborhood of Brooklyn Community District 8 (the "Development SIte") (refer to Figure 1, "Project Location"). The discretionary actions include: (i) a zoning map amendment to rezone a portion of the Development Site from M1-1 and R6B to C6-3X; (ii) a zoning text amendment to ZR Appendix F to designate the Development Site as a Mandatory Inclusionary Housing (MIH) Area; and, (iii) a zoning text amendment to create a new ZR Section 35-662 to allow flexibility in the location of the street wall. The Applicant proposes to construct a new 18-story mixed-use building, with approximately 376,432 gross square feet (gsf)). The Proposed Development would contain 312,917 gsf of residential uses (comprising approximately 316 dwelling units, of which approximately 95 would be affordable) and 55,715 gsf of commercial retail uses on the first and second stories. Approximately 7,800 gsf of community facility uses would also be provided on the first and second stories. Approximately 90 accessory parking spaces would be provided. The Applicant is proposing to utilize Option 2 of the Mandatory Inclusionary Housing program by providing thirty percent of the residential floor area (equivalent to approximately 95 units) as affordable floor area for households with a weighted average of 80% of the income index.

### Project Location

| BOROUGH: Brooklyn | COMMUNITY DISTRICT(S): 8 | STREET ADDRESS: 840 Atlantic Avenue |
|---|---|---|
| TAX BLOCK(S) AND LOT(S): Block 1122, Lots 1, 9, 10, 68, 69, 70, 71 | | ZIP CODE: 11238 |

DESCRIPTION OF PROPERTY BY BOUNDING OR CROSS STREETS: Atlantic Avenue, Vanderbilt Avenue, Pacific Street

| EXISTING ZONING DISTRICT, INCLUDING SPECIAL ZONING DISTRICT DESIGNATION, IF ANY: M1-1; R6B | ZONING SECTIONAL MAP NUMBER: 16c |
|---|---|

### 5. Required Actions or Approvals (check all that apply)

**City Planning Commission:** ☒ YES   ☐ NO   ☒ UNIFORM LAND USE REVIEW PROCEDURE (ULURP)

| | | |
|---|---|---|
| ☐ CITY MAP AMENDMENT | ☐ ZONING CERTIFICATION | ☐ CONCESSION |
| ☒ ZONING MAP AMENDMENT | ☐ ZONING AUTHORIZATION | ☐ UDAAP |
| ☒ ZONING TEXT AMENDMENT | ☐ ACQUISITION—REAL PROPERTY | ☐ REVOCABLE CONSENT |
| ☐ SITE SELECTION—PUBLIC FACILITY | ☐ DISPOSITION—REAL PROPERTY | ☐ FRANCHISE |
| ☐ HOUSING PLAN & PROJECT | ☐ OTHER, explain: | |
| ☐ SPECIAL PERMIT (if appropriate, specify type: ☐ modification; ☐ renewal; ☐ other); EXPIRATION DATE: | | |

SPECIFY AFFECTED SECTIONS OF THE ZONING RESOLUTION

**Board of Standards and Appeals:** ☐ YES   ☒ NO
- ☐ VARIANCE (use)
- ☐ VARIANCE (bulk)
- ☐ SPECIAL PERMIT (if appropriate, specify type: ☐ modification; ☐ renewal; ☐ other); EXPIRATION DATE:

SPECIFY AFFECTED SECTIONS OF THE ZONING RESOLUTION

**Department of Environmental Protection:** ☐ YES  ☒ NO   If "yes," specify:

**Other City Approvals Subject to CEQR** (check all that apply)

| | |
|---|---|
| ☐ LEGISLATION | ☐ FUNDING OF CONSTRUCTION, specify: |
| ☐ RULEMAKING | ☐ POLICY OR PLAN, specify: |
| ☐ CONSTRUCTION OF PUBLIC FACILITIES | ☐ FUNDING OF PROGRAMS, specify: |
| ☐ 384(b)(4) APPROVAL | ☐ PERMITS, specify: |
| ☐ OTHER, explain: | |

**Other City Approvals Not Subject to CEQR** (check all that apply)

| | |
|---|---|
| ☐ PERMITS FROM DOT'S OFFICE OF CONSTRUCTION MITIGATION AND COORDINATION (OCMC) | ☐ LANDMARKS PRESERVATION COMMISSION APPROVAL |
| | ☐ OTHER, explain: |

**State or Federal Actions/Approvals/Funding:** ☐ YES   ☐ NO   If "yes," specify:

**6. Site Description:** The directly affected area consists of the project site and the area subject to any change in regulatory controls. Except where otherwise indicated, provide the following information with regard to the directly affected area.

**Graphics:** The following graphics must be attached and each box must be checked off before the EAS is complete. Each map must clearly depict the boundaries of the directly affected area or areas and indicate a 400-foot radius drawn from the outer boundaries of the project site. Maps may not exceed 11 x 17 inches in size and, for paper filings, must be folded to 8.5 x 11 inches.

- ☒ SITE LOCATION MAP    ☒ ZONING MAP    ☒ SANBORN OR OTHER LAND USE MAP
- ☒ TAX MAP    ☐ FOR LARGE AREAS OR MULTIPLE SITES, A GIS SHAPE FILE THAT DEFINES THE PROJECT SITE(S)
- ☐ PHOTOGRAPHS OF THE PROJECT SITE TAKEN WITHIN 6 MONTHS OF EAS SUBMISSION AND KEYED TO THE SITE LOCATION MAP

**Physical Setting** (both developed and undeveloped areas)

| | |
|---|---|
| Total directly affected area (sq. ft.): Approximately 38,800 sf | Waterbody area (sq. ft.) and type: N/A |
| Roads, buildings, and other paved surfaces (sq. ft.): Approximately 38,800 sf | Other, describe (sq. ft.): N/A |

**7. Physical Dimensions and Scale of Project** (if the project affects multiple sites, provide the total development facilitated by the action)

SIZE OF PROJECT TO BE DEVELOPED (gross square feet): approximately 376,432 sf

| | |
|---|---|
| NUMBER OF BUILDINGS: 1 | GROSS FLOOR AREA OF EACH BUILDING (sq. ft.): Approx. 376,432 sf |
| HEIGHT OF EACH BUILDING (ft.): 205' (to the bulkhead) | NUMBER OF STORIES OF EACH BUILDING: 18 |

Does the proposed project involve changes in zoning on one or more sites?  ☐ YES   ☒ NO
If "yes," specify:  The total square feet owned or controlled by the applicant:
            The total square feet not owned or controlled by the applicant:

Does the proposed project involve in-ground excavation or subsurface disturbance, including, but not limited to foundation work, pilings, utility lines, or grading?  ☒ YES   ☐ NO
If "yes," indicate the estimated area and volume dimensions of subsurface disturbance (if known):
AREA OF TEMPORARY DISTURBANCE: 38,800 sq. ft. (width x length)   VOLUME OF DISTURBANCE: TBD cubic ft. (width x length x depth)
AREA OF PERMANENT DISTURBANCE: 0 sq. ft. (width x length)

**8. Analysis Year**  CEQR Technical Manual Chapter 2

ANTICIPATED BUILD YEAR (date the project would be completed and operational): 2023 (see Appendix C for construction schedule)
ANTICIPATED PERIOD OF CONSTRUCTION IN MONTHS: 18 to 22 months
WOULD THE PROJECT BE IMPLEMENTED IN A SINGLE PHASE? ☒ YES   ☐ NO   IF MULTIPLE PHASES, HOW MANY?
BRIEFLY DESCRIBE PHASES AND CONSTRUCTION SCHEDULE:

APPENDIX C

CONSTRUCTION SCHEDULE

MCD006316



On Behalf of 840 Atlantic Avenue

Project Schedule Response 1.22.2021

Dear Tom;

Per your request to comments from DCP; G&T prepared the project schedule on October 20, 2020 after absorbing all available information and taking into consideration all factors and historical data from similar projects completed in New York.

The construction schedule with a start date of 1.4.2022 and an anticipated end date of on or about 10.9.2023 assumes the following logic to achieve the completion date represented. The total duration of construction is expected to be approximately 21 months.

Upon completion of the demolition phase, given the size of the site we would phase the SOE installation allowing foundations to start while the SOE scope is still ongoing. This strategy will allow us to save time on the foundation schedule and start formwork concurrent to the phase 2 SOE installation. Subsequent to the foundation completion, superstructure will be constructed using a street crane on a 5-day pour cycle from the 1st floor to the 5th floor. The 5th floor to the 18th floor pours would be on a 3-day pour cycle as the floor plates are typical going up the building allowing for optimal efficiency which is industry standard.

Upon completion of the 5th floor MEP installation would begin with an anticipated 7-month duration with installation completed on or about May 15, 2023.

Following the MEP install, we would start the process of making the building watertight by installing windows and temporary roofs to allow for the installation of the dry trades to begin. With the strategic locations of the temporary roof, we would also be able to start the elevator install to provide vertical transportation allowing us to remove the hoist and fully enclose the building. With the anticipated early enclosure of the building, the interior fit out of the apartments will be advanced allowing us to complete all apartment fit out and call for TCO inspection. The interior finish anticipated completion date of August 14, 2023 allows us 2 months to work on the TCO close out process which based on prior experience is appropriate for a project of this size.

Our plan to achieve the schedule presented is to chase all trades up the building in a thoughtful and methodical manner to optimize time. We would also like to note that the retail and community spaces will be delivered white box and as a result, the fit out of these spaces is not included in the schedule.

Regards

**Brian Hart**
Associate Director
**b.hart@gardinerusa.com**
**GARDINER & THEOBALD INC**
**t:** (212) 661-6624
**c:** (347) 307-0277



MCD006317

