# EXHIBIT 14

| | |
|---|---|
| **From:** | Murray Schneier |
| **Sent:** | Friday, February 16, 2018 1:15 PM CST |
| **To:** | Meyer Michael |
| **CC:** | Sam Rottenberg; Jonathan Eiseman |
| **Subject:** | Atlantic Avenue, Brooklyn, New York |

Michael,

We represent the ground tenant, your landlord, at the above refenced property.

My client spoke with Carol Demarco who suggested we reach out to you to discuss the renewal options in the lease.

Are you available Tuesday afternoon for a conference call?

Regards,

Murray

Murray Schneier
Eiseman Levine Lehrhaupt & Kakoyiannis
805 Third Avenue
New York, New York 10022
Phone: 212-752-1000
fax:     212-355-4608
email:  mschneier@eisemanlevine.com

***************Important Notice************** This electronic mail is intended only for the use of the addressee(s) named herein and may contain legally privileged and confidential information If you are not the intended recipient of this electronic mail ,you are hereby notified that any dissemination, distribution or copying of this electronic mail is strictly prohibited.  If you have received this electronic mail in error, please immediately notify us by return electronic mail or telephone and delete this electronic mail from your system.  Thank you.

MCD008022