## Zoning

**The subject is located in the Proposed M-Crown Zoning District.**

This appraisal utilizes the proposed M-Crown zoning on the subject site at the specific requirements of the client.



VA 011999

# Proposed subzone densities and envelopes

| Subzone | Height | FAR | | | |
|---|---|---|---|---|---|
| | | Total | M-CROWN uses | Other non-residential | Residential |
| C | 145 ft. | 6.50 | - | 1.90 | 4.60 |
| MX - side | 105 ft. | 5.00 | 0.25 | 1.15 | 3.60 |
| MX - avenue | 105 ft. | 5.00 | - | 0.40 | 4.60 |
| M - medium | 75 ft. | 3.00 | 0.50 | 2.50 | - |
| M - high | 110 ft. | 5.00 | 1.00 | 4.00 | - |

- M-CROWN uses include
  - Light industrial applications
  - Studios for the full range of arts uses (art, film, sound, dance, etc.) and space for arts and culture organizations
  - Child care
  - Medical offices
- FAR for C and MX subzones includes MIH
- M subzones include preferential FAR for M-CROWN uses

Based on the above, the subject sites are located in the C (High Density), MX – Side and MX- Avenue Districts.

VA 012000

_____ **Zoning**

**BUILDABLE AREA CALCULATION – AS OF RIGHTS**

**PROPOSED M-CROWN ZONING**



| | Total Lot Size | Zoning | Sf in MX - Avenue | Sf in MX- Side | SF in C (High Density) | Residential FAR | Commercial FAR |
|---|---|---|---|---|---|---|---|
| **M-Crown Rezoning Density** | | | | | | | |
| **Lot: 1** | 22,000 | C, MX - Side | | 5000 | 17,000 | 96,200 | 39,300 |
| **Lot: 68** | 2,500 | MX - Side | | 2500 | | 9,000 | 3,500 |
| **Lot: 71** | 4,500 | MX- Ave | 4500 | | | 20,700 | 1,800 |
| **Total Residential FAR based on Proposed M-Crown Zoning** | | | | | | 125,900 | |
| **Total Commercial FAR based on Proposed M-Crown Zoning** | | | | | | | 44,600 |
| **Total Combined FAR (Residential and Commercial) on Proposed M-Crown Zoning** | | | | | | 170,500 | |

*Note: The appraiser is not an expert in analysis of New York City zoning regulations. If there is any question regarding zoning, it is recommended that a zoning expert be consulted.

VA 012001

# Highest & Best Use

The objective of the highest and best use analysis is to determine which use or uses produce the greatest return on capital, time and effort.  In an appraisal, the concept of highest and best use represents the premise upon which value is based.

The reasoning for the highest and best use analysis is to establish guidelines, for use, that result in the highest return on investment.  The process takes into consideration physical and legal restrictions as well as limitations imposed by economic factors.

For the purpose of this appraisal highest and best use is defined as:

*Highest and Best Use* ..................................................................................................

The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.    The four criteria The Highest and Best Use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.[12]

The highest and best use conclusion is based upon a deductive process, first considering all uses and then eliminating those that do not meet the four criteria.  A highest and best use determination of the subject is reached when all the reasonably probable alternatives have been considered and a conclusion has been reached as to the best among them.

In order to establish the highest and best use of the subject, data is extracted from city, regional and governmental sources relative to the four criteria, and analyzed.    The results of the analysis are used to decide what impact this information has on the highest and best use of the subject.

The conclusion of highest and best use of the subject denotes specific parameters for selecting comparable information in the three approaches to value.  Therefore, highest and best use is directly related to value.

---

[12]    **The Dictionary of Real Estate Appraisal**, **4th ed. (Chicago: American Institute of Real Estate Appraisers, 2002), p. 135.**

VA 012002

# Highest & Best Use

## Analysis Of The Subject As If Vacant

***Legally Permissible:*** Legal restrictions, as they apply to the subject property, include the public restrictions of zoning and the private restrictions of easements and restrictive covenants. The site is part of the proposed M-Crown zoning, which will allow for neighborhood residential, commercial light industrial and community uses. There are no known private restrictions on land uses. In addition, there are no known adverse easements, which affect the property.

***Physically Possible:*** The shape and size of the parcel lends itself to a variety of development possibilities. The topography and soil compositions appear to be adequate to support development of the parcel based upon the existence of the subject improvements and the surrounding structures. As mentioned in the site description, the property is level at street grade. Therefore, the physical characteristics of the parcels do not inhibit development of the site.

***Financially Feasible:*** The demand for vacant land in such a developed area is difficult to measure due to the scarcity of vacant land which can be developed in a financially feasible manner. Based upon the uses permitted within the zoning codes, the parcels could be improved with residential, manufacturing or community use project that would have to provide a positive net return to the land to be economically feasible. Land of this size could support residential or community use development. The property is located within a densely developed residential district. Apartment and commercial rents and sale prices have stabilized the past 24+/- months.

***Maximally Productive:*** Based upon the analysis of the legally permitted, physically possible and financially feasible uses for the property, the most profitable and highest and best use of the parcel, if vacant and available for development, is to develop to the maximum density permitted under the zoning laws.

VA 012003

# Highest & Best Use

## Analysis Of The Subject As Improved

Since this valuation considers only the value of the subject site, a Highest & Best Use as improved is not applicable.



VA 012004

# Valuation Process

***Market Value:*** The valuation process contains all the steps necessary for this type of assignment. The appraisal process also establishes the methodology for estimating many other forms of value. A specific series of procedures constitutes the valuation process; the application of these procedures depends on the nature of the appraisal assignment and the data available.

Traditional appraisal theory applies three approaches to arrive at an estimate of value. The foundations for these approaches are **Cost**, **Market** (Sales Comparison) and **Income**. One or more approaches to value may be used depending on their applicability to the particular appraisal assignment. All three approaches are applicable to many appraisal problems, but one or more of the approaches may have greater significance in a specific assignment. Wherever possible, the appraiser applies the approach or approaches deemed most appropriate in order to arrive at a final value estimate.

In an appraisal assignment, the ultimate goal of the valuation process is a well-supported conclusion that reflects all the factors that influence the value of the property being appraised. To achieve this goal, an appraiser studies a property from three different viewpoints, which correspond to the three traditional approaches to value. Other procedures such as the use of inferential statistics, regression analysis and economic models also contribute to the valuation process by providing the basis for assumptions, forecasts and conclusions.

From the approaches applied, the appraiser derives separate indications of value for the property being appraised. One or more of the approaches may not be applicable to a specific assignment or may be less reliable due to the nature of the property, the needs of the client, or the data available. The alternate value indicators tend to approach a conclusion of value from various points of perception, thus addressing the different reasoning and rationale for the final conclusion of value. In addition, alternative methods can serve as useful checks on one another. The appraisal process is reconciled in a conclusion which integrates the information drawn from market research and data with the appropriate valuation techniques. This conclusion may be presented as a single point estimate of value or as a range within which the value may fall.

*This appraisal will utilize only the Sales Comparison Approach to value. The Cost Approach could not be applied without a specific development plan. The subject site as if vacant would provide little or no income. Therefore, the Income Approach was not considered relevant.*

VA 012005

# The Sales Comparison Approach

The Sales Comparison Approach is the process in which a Market Value estimate is derived by analyzing the market for similar properties and comparing these properties to the subject property.  Estimates of market rent, cost, depreciation, and other value parameters may be derived in the other approaches to value using comparative techniques.  Often these elements are also analyzed in the Sales Comparison Approach to determine the adjustments to be made to the sale prices of comparable properties.  The comparative techniques of analysis applied in the Sales Comparison Approach are fundamental to the valuation process.

In the Sales Comparison Approach, market value is estimated by comparing the subject property to similar properties that have recently sold, are listed for sale, or are under contract (i.e., recently drawn up purchase offers accompanied by a cash or equivalent deposit).  A major premise of the Sales Comparison Approach is that the market value of a property is directly related to the prices of comparable, competitive properties.

The comparative analysis performed in the approach focuses on similarities and differences among properties and transactions that affect value.  These may include differences in the property rights appraised, the motivations of buyers and sellers, financing terms, market conditions at the time of sale, size, location, physical features, and if the properties produce income, economic characteristics.  Elements of comparison are tested against market evidence to determine which elements are sensitive to change and how they affect value.[13]

---

[13]  **The Appraisal of Real Estate, 12th ed. (Chicago: Appraisal Institute, 2001), p. 425.**

VA 012006

# The Sales Comparison Approach

## Procedure

To apply the Sales Comparison Approach, an appraiser follows a systematic procedure. A general outline of the basic procedure follows.

1.  Research the market to obtain information on sales transactions, listings, and offers to purchase or sell properties that are similar to the subject property in terms of characteristics such as property type, date of sale, size, location, and zoning.

2.  Verify the information by confirming that the data obtained are factually accurate and that the transactions reflect arm's-length market considerations.  Verification may also elicit additional information about the market.

3.  Select relevant units of comparison) e.g., income multipliers or dollars per acre or per square foot) and develop a comparative analysis for each unit.

4.  Compare comparable sale properties with the subject property using the elements of comparison and adjust the sale price of each comparable appropriately to the subject to varying occupancies and economies, a resulting range of values may be a better conclusion than a single value estimate in certain cases.

Adjustments can be made either to total property prices or to appropriate units of comparison.  Often adjustments for the property rights conveyed, financing, conditions of sale (motivation), and date of sale (market conditions) are made to the total sale price.  The adjusted price is then converted into a unit price (e.g., per square foot, per apartment unit, or per acre) and adjusted for other elements of comparison such as location and physical characteristics.[14]

The Sales Comparison Approach will be used to derive market value.  In the case of the subject property, the unit of comparison selected is the price per square foot, as this is typically the measure by which this type of property is valued.

---

[14]    **The Appraisal Of Real Estate, 12th ed. (Chicago: Appraisal Institute, 2001), pp. 425-427**

VA 012007

**The following section values the subject site based on the Current Zoning.**



VA 012008

## The Sales Comparison Approach

**THE FOLLOWING SALES VALUE THE 21,824 COMMERCIAL FAR.**

**ANALYSIS & ADJUSTMENT FACTORS**

On the following pages sales of development sites are presented.  The sold properties represent sites similar to the subject situated within the subject immediate and surrounding neighborhoods.   In the discussion below, the appraiser outlines various adjustments for market factors which differ from those of the subject.

***Adjustment Process Overview:***  In analyzing comparable sales data, it is important to note that the adjustment process adjusts the comparable sales to the subject.   In adjusting for significant variations between the subject and the comparable properties, the analysis includes a percent adjustment reflecting the appropriate market reaction to those items.   If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject; if a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.   For example, if the comparable sale has a location inferior to the subject, it would require an upward adjustment in order to reflect the subject's geographical characteristics.   All adjustments utilized will follow this process of adjusting the comparable sale to the subject.

***Real Property Rights Conveyed:***   The transaction price is always based upon the property interest conveyed.   All of the sales transferred fee simple.   Therefore, no adjustments are required.

***Financing Terms:***   A property's sales price can also be influenced by the financing obtained to purchase the property.  Any unusual financing such as below rate financing, balloon mortgages, installment sales contracts or any other unusual financing is examined and any appropriate adjustment is applied if necessary.

***Conditions of Sale:***   Conditions of sale adjusts for the motivation of the buyer and seller.   An appropriate adjustment is developed based on whether the sale was an arm's length transaction, a distressed property sale, a foreclosure or a land assemblage.  Each of the sales was verified to be an arm's length transactions and no adjustment was applied.

***Market Conditions/Date of Sale:***   This adjustment reflects the change in value from the date of sale to the date of appraised value caused by changes in market conditions.  The adjustments applied to the comparable are derived from primary and secondary data extracted from the market as well as information provided by financial institutions and real estate publications.  All the sales took place during a period of stable market conditions. Therefore, no adjustments were noted.

VA 012009

## The Sales Comparison Approach

__*Location:*__  The factors that are considered in developing a location adjustment include visibility, access to major highways and traffic flow.  After these factors are considered, an appropriate adjustment is developed and applied to the comparable sale. Comparable sales which are located in inferior locations were adequately adjusted.

__*Developable Area:*__   We have adjusted the sales for size because the market recognizes an economy of scale whereby smaller sites sell at a higher price per square foot than larger ones.

__*Approved Plans:*__ The comparable sales that have approved plans were adequately adjusted to reflect the effort and money spent obtaining them.

__*Zoning*__: The subject and comparable are located in similar zoning districts which allow for the same FAR.



VA 012010

## The Sales Comparison Approach



**Comparable Sale #1: Grand Avenue, Brooklyn, New York**

| Address | Grand Avenue |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 1125/1 |
| Lot Size (SF) | 10,000 |
| Property Type | Development Site |
| Lot Influence | Corner |
| Zoning | M1-1 |
| Maximum FAR | 1 |
| Maximum Development (sf) | 10,000 |
| Property Rights | Fee Simple |
| Date of Sale | October 24, 2018 |
| Sale Price | $6,050,000 |
| Price Per Buildable  SF | $605 |
| Grantor | Meier Family Limited Partnership |
| Grantee | EMP Grand Pacific LLC |

VA 012011

## The Sales Comparison Approach



**Comparable Sale #2: 601 & 615 Sackett Street, Brooklyn, New York**

| Address | 601 & 615 Sackett Street |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 427/61 & 66 |
| Lot Size (SF) | 16,000 |
| Property Type | Development Site |
| Lot Influence | Mid-Block |
| Zoning | M1-2 |
| Maximum FAR | 2 |
| Maximum Development  (sf) | 32,000 |
| Property Rights | Fee Simple |
| Date of Sale | December 20, 2018 |
| Sale Price | $11,700,000 |
| Price Per Buildable  SF | $366 |
| Grantor | Bak USA LLC |
| Grantee | 601 Sackett Property Owner LLC |

VA 012012

## The Sales Comparison Approach



**Comparable Sale #3: 553 Sackett Street, Brooklyn, New York**

| | |
|---|---|
| Address | 553 Sackett Street |
| Location | Brooklyn, NY |
| Block/Lot | 426/49 |
| Lot Size (SF) | 8,500 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | M1-2 |
| Maximum FAR | 2 |
| Maximum Development (sf) | 17,000 |
| Property Rights | Fee Simple |
| Date of Sale | October 25, 2018 |
| Sale Price | $5,800,000 |
| Price Per Buildable SF | $341 |
| Grantor | ATS Reatly, Inc. |
| Grantee | 553 Sackett St, LLC |

VA 012013

## The Sales Comparison Approach



**Comparable Sale #4: 239 Nevins Street, Brooklyn, New York**

| Address | 239 Nevins Street |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 412/1 |
| Lot Size (SF) | 10000 |
| Property Type | Development Site |
| Lot Influence | Corner |
| Zoning | M1-2 |
| Maximum FAR | 2 |
| Maximum Development  (sf) | 20000 |
| Property Rights | Fee Simple |
| Date of Sale | 10/3/2017 |
| Sale Price | $10,000,000 |
| Price Per Buildable  SF | $500 |
| Grantor | L.C.R.-LLC |
| Grantee | 239 Nevins Street LLC |

VA 012014

# The Sales Comparison Approach

## COMPARABLE SALES MAP



VA 012015

# The Sales Comparison Approach

| SUMMARY OF COMPARABLE LAND SALES & ADJUSTMENT GRID | | | | | |
|---|---|---|---|---|---|
| SALES COMPARISON APPROACH | | | | | |
| | Subject | Comparable Sale #1 | Comparable Sale #2 | Comparable Sale #3 | Comparable Sale #4 |
| Address | 838-844 Atlantic Ave & 847 Pacific Street | Grand Avenue | 601 & 615 Sackett Street | 553 Sackett Street | 239 Nevins Street |
| Location | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY |
| Block/Lot | 1122/1, 68 & 71 | 1125/1 | 427/61 & 66 | 426/49 | 412/1 |
| Lot Size (SF) | 21,824 | 10,000 | 16,000 | 8,500 | 10,000 |
| Property Type | Development Site | Development Site | Development Site | Development Site | Development Site |
| Lot Influence | Corner, Mid-Block | Corner | Mid-Block | Mid Block | Corner |
| Zoning | M1-1 | M1-1 | M1-2 | M1-2 | M1-2 |
| Maximum FAR | 1.00 | 1.00 | 2.00 | 2.00 | 2.00 |
| Maximum Development (sf) | 21,824 | 10,000 | 32,000 | 17,000 | 20,000 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Date of Sale | N/A | October 24, 2018 | December 20, 2018 | October 25, 2018 | October 3, 2017 |
| Sale Price | N/A | $6,050,000 | $11,700,000 | $5,800,000 | $10,000,000 |
| Price Per Buildable SF | N/A | $605 | $366 | $341 | $500 |
| Grantor | | Meier Family Limited Partnership | Bak USA LLC | ATS Reatly, Inc. | L.C.R.-LLC |
| Grantee | | EMP Grand Pacific LLC | 601 Sackett Property Owner LLC | 553 Sackett St, LLC | 239 Nevins Street LLC |
| | | | | | |
| Adjustments | | | | | |
| Property Rights | | 0.0% | 0.0% | 0.0% | 0.0% |
| Financing Terms | | 0.0% | 0.0% | 0.0% | 0.0% |
| Conditions of Sale | | 0.0% | 0.0% | 0.0% | 0.0% |
| Market Conditions (time) | | 0.0% | 0.0% | 0.0% | 0.0% |
| | | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price pbsf | | $605 | $366 | $341 | $500 |
| Location | | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% |
| Developable Site Area | 21,824 | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% |
| Utility: Lot Influence | Corner, Mid-Block | Corner | Mid-Block | Mid Block | Corner |
| | | 0.0% | 5.0% | 5.0% | 0.0% |
| Approved Plans | None | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% |
| Zoning | M1-1 | M1-1 | M1-2 | M1-2 | M1-2 |
| | | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Adjustments | | 0.0% | 5.0% | 5.0% | 0.0% |
| Adjusted Sale Price pbsf | | $605 | $384 | $358 | $500 |
| Minimum | $358 | | | | |
| Maximum | $605 | | | | |
| Average Price pbsf | $462 | | | | |

VA 012016

## The Sales Comparison Approach

**CONCLUSION**

The adjustment process considers the value of the subject "as is".   The appraiser analyzed the comparable sales and after adjustments noted a range from $358 to $605 per buildable square foot. The appraiser gave most weight to comparable sale #1 as it is the most similar to the subject property, is located in the M1-1 zoning and is located in close proximity to the subject.   Therefore the appraiser estimated the value for the subject site at $600 psf.

| (Buildable Area) | x | (Est. Value PBSF) | = | (Total Value) |
|---|---|---|---|---|
| 21,824 (FAR) SF | x | $600 PSF | = | $13,094,400 |
| | | | Say | $13,100,000 |

Based on the preceding analysis, the market value of the ***Commercial FAR*** of subject property via the Sales Comparison Approach is therefore concluded to be:

**THIRTEEN MILLION ONE HUNDRED THOUSAND DOLLARS**

**$13,100,000**

VA 012017

## The Sales Comparison Approach

**THE FOLLOWING SALES VALUE THE 14,352 RESIDENTIAL FAR.**

**ANALYSIS & ADJUSTMENT FACTORS**

On the following pages sales of development sites are presented.  The sold properties represent sites similar to the subject situated within the subject immediate and surrounding neighborhoods.  In the discussion below, the appraiser outlines various adjustments for market factors which differ from those of the subject.

***Adjustment Process Overview:***  In analyzing comparable sales data, it is important to note that the adjustment process adjusts the comparable sales to the subject.  In adjusting for significant variations between the subject and the comparable properties, the analysis includes a percent adjustment reflecting the appropriate market reaction to those items.  If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject; if a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.  For example, if the comparable sale has a location inferior to the subject, it would require an upward adjustment in order to reflect the subject's geographical characteristics.  All adjustments utilized will follow this process of adjusting the comparable sale to the subject.

***Real Property Rights Conveyed:***  The transaction price is always based upon the property interest conveyed.  All of the sales transferred fee simple.  Therefore, no adjustments are required.

***Financing Terms:***  A property's sales price can also be influenced by the financing obtained to purchase the property.  Any unusual financing such as below rate financing, balloon mortgages, installment sales contracts or any other unusual financing is examined and any appropriate adjustment is applied if necessary.  Comparable sale #1 features sellers financing, an adjustment was therefore applied.

***Conditions of Sale:***  Conditions of sale adjusts for the motivation of the buyer and seller.  An appropriate adjustment is developed based on whether the sale was an arm's length transaction, a distressed property sale, a foreclosure or a land assemblage.  Each of the sales was verified to be an arm's length transactions and no adjustment was applied.

***Market Conditions/Date of Sale:***  This adjustment reflects the change in value from the date of sale to the date of appraised value caused by changes in market conditions.  The adjustments applied to the comparable are derived from primary and secondary

*Republic Valuations*                                                                                                  63

## The Sales Comparison Approach

data extracted from the market as well as information provided by financial institutions and real estate publications.  All the sales took place during a period of stable market conditions. Therefore, no adjustments were noted.

**Location:**  The factors that are considered in developing a location adjustment include visibility, access to major highways and traffic flow.  After these factors are considered, an appropriate adjustment is developed and applied to the comparable sale. Comparable sales which are located in inferior locations were adequately adjusted.

**Developable Area:**  The market recognizes an economy of scale whereby smaller sites sell at a higher price per square foot than larger ones. We have not adjusted for size as the subject consists of a few lots.

**Approved Plans:** None of the comparable sales have approved plans as of the time of sale, comparable sale #5 had filed plans which were approved six months after the sale an adequate adjustment was applied.

**Zoning**: The subject and comparable are located in similar zoning districts.



VA 012019

# The Sales Comparison Approach



**Comparable Sale #1: 90, 92 & 94 4ᵗʰ Avenue, Brooklyn, New York**

| | |
|---|---|
| Address | 90, 92 & 94 4th Avenue |
| Location | Brooklyn, NY |
| Block/Lot | 395/35, 36 & 37 |
| Lot Size (SF) | 12,904 |
| Property Type | Development Site |
| Lot Influence | Corner, Mid-Block |
| Zoning | R8A, EC-1 / C2-4 |
| Maximum FAR | 6.02 |
| Maximum Development (sf) | 77,682 |
| Property Rights | Fee Simple |
| Date of Sale | June 26, 2018 |
| Sale Price | $22,885,631 |
| Price Per Buildable SF | $295 |
| Grantor | 94 4th LLC |
| Grantee | 4th Avenue Development Owner LLC |

VA 012020

## The Sales Comparison Approach



**Comparable Sale #2: 484 Sterling Place, Brooklyn, New York**

| Address | 484 Sterling Place |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 1174/18 |
| Lot Size (SF) | 9,825 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | R6A |
| Maximum FAR | 3 |
| Maximum Development  (sf) | 29,475 |
| Property Rights | Fee Simple |
| Date of Sale | October 10, 2017 |
| Sale Price | $15,000,000 |
| Price Per Buildable  SF | $509 |
| Grantor | 484 Sterling Pl LLC & AI LLC |
| Grantee | 484-490 Sterling Pl NY Corp |

VA 012021

## The Sales Comparison Approach



**Comparable Sale #3: 805 Washington Avenue, Brooklyn, New York**

| | |
|---|---|
| Address | 805 Washington Avenue |
| Location | Brooklyn, NY |
| Block/Lot | 1180/6 |
| Lot Size (SF) | 7417 |
| Property Type | Development Site |
| Lot Influence | Corner |
| Zoning | R7A/C1-4 |
| Maximum FAR | 4 |
| Maximum Development  (sf) | 29668 |
| Property Rights | Fee Simple |
| Date of Sale | 6/8/2017 |
| Sale Price | $9,500,000 |
| Price Per Buildable  SF | $320 |
| Grantor | 801 Brothers Realty Corp |
| Grantee | 805 Washington Ave LLC |

VA 012022

## The Sales Comparison Approach



**Comparable Sale #4: 352 Clermont Avenue, Brooklyn, New York**

| Address | 352 Clermont Avenue |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 2121/28 |
| Lot Size (SF) | 10000 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | R6B |
| Maximum FAR | 2 |
| Maximum Development (sf) | 20000 |
| Property Rights | Fee Simple |
| Date of Sale | 3/9/2017 |
| Sale Price | $7,400,000 |
| Price Per Buildable SF | $370 |
| Grantor | Rocklyn Ecclesiastical Corp |
| Grantee | NY Fort Greene LLC |

VA 012023

## The Sales Comparison Approach



**Comparable Sale #5: 197 Waverly Avenue, Brooklyn, New York**

| Address | 197 Waverly Avenue |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 1903/1 |
| Lot Size (SF) | 3563 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | R6B |
| Maximum FAR | 2 |
| Maximum Development  (sf) | 7126 |
| Property Rights | Fee Simple |
| Date of Sale | 6/28/2017 |
| Sale Price | $3,200,000 |
| Price Per Buildable  SF | $449 |
| Grantor | Adami Family Limited Partnership |
| Grantee | 197 Waverly Avenue LLC |

VA 012024

# The Sales Comparison Approach

## Comparable Sales Map



VA 012025

# The Sales Comparison Approach

| | Subject | Comparable Sale #1 | Comparable Sale #2 | Comparable Sale #3 | Comparable Sale #4 | Comparable Sale #5 |
|---|---|---|---|---|---|---|
| | | | SUMMARY OF COMPARABLE LAND SALES & ADJUSTMENT GRID | | | |
| | | | SALES COMPARISON APPROACH | | | |
| Address | 838-844 Atlantic Ave & 847 Pacific Street | 90, 92 & 94 4th Avenue | 484 Sterling Place | 805 Washington Avenue | 352 Clermont Avenue | 197 Waverly Avenue |
| Location | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY |
| Block/Lot | 1122/1, 68 & 71 | 395/35, 36 & 37 | 1174/18 | 1180/6 | 2121/28 | 1903/1 |
| Lot Size (SF) | 7,176 | 12,904 | 9,825 | 7,417 | 10,000 | 3,563 |
| Property Type | Development Site | Development Site | Development Site | Development Site | Development Site | Development Site |
| Lot Influence | Corner, Mid-Block | Corner, Mid-Block | Mid Block | Corner | Mid Block | Mid Block |
| Zoning | R6B Residential | R8A, EC-1 / C2-4 | R6A | R7A/C1-4 | R6B | R6B |
| Maximum FAR | 2.00 | 6.02 | 3.00 | 4.00 | 2.00 | 2.00 |
| Maximum Development (sf) | 14,352 | 77,682 | 29,475 | 29,668 | 20,000 | 7,126 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Date of Sale | N/A | June 26, 2018 | October 10, 2017 | June 8, 2017 | March 9, 2017 | June 28, 2017 |
| Sale Price | N/A | $22,885,631 | $15,000,000 | $9,500,000 | $7,400,000 | $3,200,000 |
| Price Per Buildable SF | N/A | $295 | $509 | $320 | $370 | $449 |
| Grantor | | 94 4th LLC | 484 Sterling Pl LLC & AI LLC | 801 Brothers Realty Corp | Rocklyn Ecclesiastical Corp | Adami Family Limited Partnership |
| Grantee | | 4th Avenue Development Owner LLC | 484-490 Sterling Pl NY Corp | 805 Washington Ave LLC | NY Fort Greene LLC | 197 Waverly Avenue LLC |
| | | | | | | |
| Adjustments | | | | | | |
| Property Rights | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Financing Terms | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Conditions of Sale | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Market Conditions (time) | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price pbsf | | $295 | $509 | $320 | $370 | $449 |
| Location | | Similar | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Developable Site Area | 14,352 | Similar | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Utility: Lot Influence | Corner, Mid-Block | Corner, Mid-Block | Mid Block | Corner | Mid Block | Mid Block |
| | | 0.0% | 5.0% | 0.0% | 5.0% | 5.0% |
| Approved Plans | None | Similar | Similar | Similar | Similar | Filed |
| | | 0.0% | 0.0% | 0.0% | 0.0% | -5.0% |
| Zoning | R6B Residential | R8A, EC-1 / C2-4 | R6A | R7A/C1-4 | R6B | R6B |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Adjustments | | 0.0% | 5.0% | 0.0% | 5.0% | 0.0% |
| Adjusted Sale Price pbsf | | $295 | $534 | $320 | $389 | $449 |
| Minimum | $295 | | | | | |
| Maximum | $534 | | | | | |
| Average Price pbsf | $397 | | | | | |

VA 012026

## The Sales Comparison Approach

**CONCLUSION**

The adjustment process considers the value of the subject "as is".  The appraiser analyzed the comparable sales and after adjustments noted a range from $295 to $534 per buildable square foot.  The appraiser estimated the value for the subject site at $420 psf based on the subject's location and based on weight given to the comps with similar zoning.

| (Buildable Area) | x | (Est. Value PBSF) | = | (Total Value) |
|---|---|---|---|---|
| 14,352 (FAR) SF | x | $420 PBSF | = | $6,027,840 |
| | | | Say | $6,025,000 |

Based on the preceding analysis, the market value of the ***Residential FAR*** of subject property via the Sales Comparison Approach is therefore concluded to be:

### SIX MILLION TWENTUY FIVE THOUSAND DOLLARS

**$6,025,000**

VA 012027

## The Sales Comparison Approach

For the final value via the sales comparison approach for the subject property the appraiser will combine the values of both the Commercial and Residential FAR.

| Commercial FAR Value | | Residential FAR Value | | As Is Sales Approach Value |
|---|---|---|---|---|
| $13,100,000 | + | $6,025,000 | = | $19,125,000 |

Therefore, the *market value* of the subject property via the Sales Comparison Approach is concluded to be:

### NINTEEN MILLION ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS

**$19,125,000**

DRAFT

VA 012028

**The Sales Comparison Approach**

> **The following section values the subject site based on the Proposed M-Crown Zoning.**



VA 012029

# The Sales Comparison Approach

**ANALYSIS & ADJUSTMENT FACTORS**

On the following pages sales of development sites are presented.  The sold properties represent sites similar to the subject situated within the subject immediate and surrounding neighborhoods.  In the discussion below, the appraiser outlines various adjustments for market factors which differ from those of the subject.

***Adjustment Process Overview:***  In analyzing comparable sales data, it is important to note that the adjustment process adjusts the comparable sales to the subject.  In adjusting for significant variations between the subject and the comparable properties, the analysis includes a percent adjustment reflecting the appropriate market reaction to those items.  If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject; if a significant item in the comparable is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.  For example, if the comparable sale has a location inferior to the subject, it would require an upward adjustment in order to reflect the subject's geographical characteristics.  All adjustments utilized will follow this process of adjusting the comparable sale to the subject.

***Real Property Rights Conveyed:***  The transaction price is always based upon the property interest conveyed.  All of the sales transferred fee simple.  Therefore, no adjustments are required.

***Financing Terms:***  A property's sales price can also be influenced by the financing obtained to purchase the property.  Any unusual financing such as below rate financing, balloon mortgages, installment sales contracts or any other unusual financing is examined and any appropriate adjustment is applied if necessary.  Comparable sale #1 features sellers financing, an adjustment was therefore applied.

***Conditions of Sale:***  Conditions of sale adjusts for the motivation of the buyer and seller.  An appropriate adjustment is developed based on whether the sale was an arm's length transaction, a distressed property sale, a foreclosure or a land assemblage.  Each of the sales was verified to be an arm's length transactions and no adjustment was applied.

***Market Conditions/Date of Sale:***  This adjustment reflects the change in value from the date of sale to the date of appraised value caused by changes in market conditions.  The adjustments applied to the comparable are derived from primary and secondary data extracted from the market as well as information provided by financial institutions and real estate publications.  All the sales took place during a period of stable market conditions. Therefore, no adjustments were noted.

***Location:***  The factors that are considered in developing a location adjustment include visibility, access to major highways and traffic flow.  After these factors are considered,

VA 012030

## The Sales Comparison Approach

an appropriate adjustment is developed and applied to the comparable sale. Comparable sales which are located in inferior locations were adequately adjusted.

**Developable Area:**   We have adjusted the sales for size because the market recognizes an economy of scale whereby smaller sites sell at a higher price per square foot than larger ones.

**Approved Plans:** The comparable sales that have approved plans were adequately adjusted to reflect the effort and money spent obtaining them.

**Zoning**: The subject is part of the proposed M-Crown zoning district which will allow for 6.50 and 5.00 combined residential and commercial FAR. Comparable sales are located in residential districts with commercial overlays or in a commercial district that allows for residential development and are deemed superior as they can utilized the entire FAR for residential development, an adequate adjustment was therefore applied.



VA 012031

## The Sales Comparison Approach



**Comparable Sale #1: 90, 92 & 94 4th Avenue, Brooklyn, New York**

| | |
|---|---|
| Address | 90, 92 & 94 4th Avenue |
| Location | Brooklyn, NY |
| Block/Lot | 395/35, 36 & 37 |
| Lot Size (SF) | 12,904 |
| Property Type | Development Site |
| Lot Influence | Corner, Mid-Block |
| Zoning | R8A, EC-1 / C2-4 |
| Maximum FAR | 6.02 |
| Maximum Development  (sf) | 77,682 |
| Property Rights | Fee Simple |
| Date of Sale | June 26, 2018 |
| Sale Price | $22,885,631 |
| Price Per Buildable  SF | $295 |
| Grantor | 94 4th LLC |
| Grantee | 4th Avenue Development Owner LLC |

VA 012032

## The Sales Comparison Approach



**Comparable Sale #2: Crown Street & Montgomery Avenue, Brooklyn, New York**

| | |
|---|---|
| Address | Crown Street & Montgomery Avenue |
| Location | Brooklyn, NY |
| Block/Lot | 1190/29, 45 & 50 |
| Lot Size (SF) | 55,083 |
| Property Type | Development Site |
| Lot Influence | Corner, Mid-Block |
| Zoning | R6A |
| Maximum FAR | 3 |
| Maximum Development (sf) | 165,249 |
| Property Rights | Fee Simple |
| Date of Sale | July 24, 2018 |
| Sale Price | $41,025,000 |
| Price Per Buildable SF | $248 |
| Grantor | Cornell Crown LLC |
| Grantee | CP VI Crown Heights, LLC |

VA 012033

## The Sales Comparison Approach



**Comparable Sale #3: 484 Sterling Place, Brooklyn, New York**

| Address | 484 Sterling Place |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 1174/18 |
| Lot Size (SF) | 9,825 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | R6A |
| Maximum FAR | 3 |
| Maximum Development (sf) | 29,475 |
| Property Rights | Fee Simple |
| Date of Sale | October 10, 2017 |
| Sale Price | $15,000,000 |
| Price Per Buildable SF | $509 |
| Grantor | 484 Sterling Pl LLC & AI LLC |
| Grantee | 484-490 Sterling Pl NY Corp |

VA 012034

## The Sales Comparison Approach



**Comparable Sale #4: 805 Washington Avenue, Brooklyn, New York**

| | |
|---|---|
| Address | 805 Washington Avenue |
| Location | Brooklyn, NY |
| Block/Lot | 1180/6 |
| Lot Size (SF) | 7417 |
| Property Type | Development Site |
| Lot Influence | Corner |
| Zoning | R7A/C1-4 |
| Maximum FAR | 4 |
| Maximum Development  (sf) | 29668 |
| Property Rights | Fee Simple |
| Date of Sale | 6/8/2017 |
| Sale Price | $9,500,000 |
| Price Per Buildable  SF | $320 |
| Grantor | 801 Brothers Realty Corp |
| Grantee | 805 Washington Ave LLC |

VA 012035

## The Sales Comparison Approach



**Comparable Sale #5: 352 Clermont Avenue, Brooklyn, New York**

| Address | 352 Clermont Avenue |
|---|---|
| Location | Brooklyn, NY |
| Block/Lot | 2121/28 |
| Lot Size (SF) | 10000 |
| Property Type | Development Site |
| Lot Influence | Mid Block |
| Zoning | R6B |
| Maximum FAR | 2 |
| Maximum Development  (sf) | 20000 |
| Property Rights | Fee Simple |
| Date of Sale | 3/9/2017 |
| Sale Price | $7,400,000 |
| Price Per Buildable  SF | $370 |
| Grantor | Rocklyn Ecclesiastical Corp |
| Grantee | NY Fort Greene LLC |

VA 012036

## The Sales Comparison Approach

### COMPARABLE SALES MAP



VA 012037

# The Sales Comparison Approach

| SUMMARY OF COMPARABLE LAND  SALES & ADJUSTMENT GRID | | | | | | |
|---|---|---|---|---|---|---|
| SALES COMPARISON APPROACH | | | | | | |
| | Subject | Comparable Sale #1 | Comparable Sale #2 | Comparable Sale #3 | Comparable Sale #4 | Comparable Sale #5 |
| Address | 838-844 Atlantic Ave & 847 Pacific Street | 90, 92 & 94 4th Avenue | Crown Street & Montgomery Avenue | 484 Sterling Place | 805 Washington Avenue | 352 Clermont Avenue |
| Location | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY | Brooklyn, NY |
| Block/Lot | 1122/1, 68 & 71 | 395/35, 36 & 37 | 1190/29, 45 & 50 | 1174/18 | 1180/6 | 2121/28 |
| Lot Size (SF) | 29,000 | 12,904 | 55,083 | 9,825 | 7,417 | 10,000 |
| Property Type | Development Site | Development Site | Development Site | Development Site | Development Site | Development Site |
| Lot Influence | Corner, Mid-Block | Corner, Mid-Block | Corner, Mid-Block | Mid Block | Corner | Mid Block |
| Zoning | Proposed M-Crown | R8A, EC-1 / C2-4 | R6A | R6A | R7A/C1-4 | R6B |
| Maximum FAR | 6.5 & 5.0 Combined FAR (Residential & Commercial) | 6.02 | 3.00 | 3.00 | 4.00 | 2.00 |
| Maximum Development  (sf) | 170,500 | 77,682 | 165,249 | 29,475 | 29,668 | 20,000 |
| Property Rights | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Date of Sale | N/A | June 26, 2018 | July 24, 2018 | October 10, 2017 | June 8, 2017 | March 9, 2017 |
| Sale Price | N/A | $22,885,631 | $41,025,000 | $15,000,000 | $9,500,000 | $7,400,000 |
| Price Per Buildable SF | N/A | $295 | $248 | $509 | $320 | $370 |
| Grantor | | 94 4th LLC | Cornell Crow n LLC | 484 Sterling Pl LLC & AI LLC | 801 Brothers Realty Corp | Rocklyn Ecclesiastical Corp |
| Grantee | | 4th Avenue Development Ow ner LLC | CP VI Crow n Heights, LLC | 484-490 Sterling Pl NY Corp | 805 Washington Ave LLC | NY Fort Greene LLC |
| | | | | | | |
| Adjustments | | | | | | |
| Property Rights | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Financing Terms | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Conditions of Sale | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Market Conditions (time) | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Adjusted Price pbsf | | $295 | $248 | $509 | $320 | $370 |
| Location | | Similar | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Developable Site Area | 170,500 | Similar | Similar | Similar | Similar | Similar |
| | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Utility: Lot Influence | Corner, Mid-Block | Corner, Mid-Block | Corner, Mid-Block | Mid Block | Corner | Mid Block |
| | | 0.0% | 0.0% | 5.0% | 0.0% | 5.0% |
| Approved Plans | None | Similar | Approved | Similar | Similar | Similar |
| | | 0.0% | -15.0% | 0.0% | 0.0% | 0.0% |
| Zoning | Proposed M-Crown | R8A, EC-1 / C2-4 | R6A | R6A | R7A/C1-4 | R6B |
| | | -5.0% | -5.0% | -5.0% | -5.0% | -5.0% |
| Net Adjustments | | -5.0% | -20.0% | 0.0% | -5.0% | 0.0% |
| Adjusted Sale Price pbsf | | $280 | $199 | $509 | $304 | $370 |
| Minimum | $199 | | | | | |
| Maximum | $509 | | | | | |
| Average Price pbsf | $332 | | | | | |

VA 012038

**The Sales Comparison Approach**

**CONCLUSION**

The adjustment process considers the value of the subject "as is".   The appraiser analyzed the comparable sales and after adjustments noted a range from $199 to $509 per buildable square foot, with an average price of $332 PBSF.  Therefore the appraiser estimated the value for the subject site at $330 psf.

| (Buildable Area) | x | (Est. Value PBSF) | = | (Total Value) |
|---|---|---|---|---|
| 170,500 (FAR) SF | x | $330 PSF | = | $56,265,000 |

Based on the preceding analysis, the market value of the subject property based on the **_Proposed M-Crown Zoning_** via the Sales Comparison Approach is therefore concluded to be:

**FIFTY-SIX MILLION TWO HUNDRED SIXTY-FIVE THOUSAND DOLLARS**

**$56,265,000**

VA 012039

## Reconciliation

The values indicated by the approaches used in this analysis are:

**THE COST APPROACH:**                                    **Not Applied**

---

**AS IS MARKET VALUE:**

**SALES APPROACH:**                          **$19,125,000**

---

**AS IS MARKET VALUE (BASED ON M-CROWN ZONING):**

**SALES APPROACH:**                          **$56,265,000**

---

**THE INCOME APPROACH:**                                    **Not Applied**

To value the subject, sole reliance was placed on Sales Comparison Approach which examines comparable land sales.  The Cost Approach could not be applied without a specific development plan.   The site as if vacant would provide little or no income. Therefore, the Income Approach was not considered relevant.

Therefore, it is the opinion of the appraiser that the As Is Market Value estimate of the Development value of the subject property, as of January 8, 2019 is:

<u>**NINTEEN MILLION ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS**</u>

**$19,125,000**

In addition, it is our informed conclusion that the As Is *Market Value* of the *Fee Simple Interest* of the subject property based on the proposed M-Crown zoning, as of January 8, 2019, is:

<u>**FIFTY-SIX MILLION TWO HUNDRED SIXTY-FIVE THOUSAND DOLLARS**</u>

**$56,265,000**

VA 012040

## Addendum

**Proposed M-Crown Zoning Information**



VA 012041

# M-CROWN goals

- Rezone the current M1-1 district to increase available density for commercial/manufacturing uses mixed with residential

- Use market rate residential development to cross-subsidize affordable housing and manufacturing

- Set affordability levels based on median income for community district 8

- Tailor allowable manufacturing uses in the new zone to maximize potential for living wage jobs

DRAFT

VA 012042

**Addendum**

VA 012043

# Proposed subzone densities and envelopes

| Subzone | Height | FAR | | | |
|---|---|---|---|---|---|
| | | Total | M-CROWN uses | Other non-residential | Residential |
| C | 145 ft. | 6.50 | - | 1.90 | 4.60 |
| MX - side | 105 ft. | 5.00 | 0.25 | 1.15 | 3.60 |
| MX - avenue | 105 ft. | 5.00 | - | 0.40 | 4.60 |
| M - medium | 75 ft. | 3.00 | 0.50 | 2.50 | - |
| M - high | 110 ft. | 5.00 | 1.00 | 4.00 | - |

- M-CROWN uses include
    - Light industrial applications
    - Studios for the full range of arts uses (art, film, sound, dance, etc.) and space for arts and culture organizations
    - Child care
    - Medical offices
- FAR for C and MX subzones includes MIH
- M subzones include preferential FAR for M-CROWN uses

VA 012044

**QUALIFICATIONS OF VICTOR SCHLESINGER**

New York and New Jersey Certified General Real Estate Appraiser

Victor Schlesinger is the President of Republic Valuations, a firm providing real estate appraisal and consulting services. The following is a summary resume of his background and experience.

**EXPERIENCE**

Mr. Schlesinger has more than 25 years of experience in the real estate field and 15+ years of experience as a real estate appraiser, arbitrator and consultant in the fields of real estate and urban economics. He has conducted numerous real estate appraisals of office buildings, research and development (R&D) buildings, industrial facilities, retail stores and shopping centers, hotels, apartments, condominiums and vacant land. Mr. Schlesinger's real estate appraisal expertise is focused on urban/suburban buildings, development projects and land. He has extensive experience in appraising real estate for condemnations, rental and other appraisal arbitration matters, property tax assessment appeals, mortgage loans, assessment districts, community facilities districts and similar public finance bond financing. Analysis and valuation of leasehold, leased fee and other real estate interests are standard areas of practice. He also has experience in cost revenue analyses as they relate to municipal fiscal impacts from a land use project. Mr. Schlesinger is an Associate Member of the Appraisal Institute and is licensed as a New York and New Jersey Certified General Real Estate appraiser.

Mr. Schlesinger frequently provides litigation support and serves as an expert witness in court or in private arbitration proceedings. He also acts as either a neutral or party arbitrator in resolving matters of real estate values, rents and related issues. He has been qualified as a real estate appraisal expert and provided testimony in the New York court system and in the Federal United States Courts.

Republic Valuations is a real estate appraisal and consulting firm. The firm has a staff of approximately 10 real estate appraisal and market research professionals. Mr. Schlesinger has overall management responsibility for the firm, as well as being the partner in charge of many specific appraisal, arbitration and consulting assignments.

Other related experience includes teaching, speaking and publications on various facets of real estate appraisal, arbitration and market research.

**PROFESSIONAL AFFILIATIONS & STATE CERTIFICATION**

State of New York Certified General Real Estate Appraiser No. 46000047078
State of New Jersey Certified General Real Estate Appraiser No. 42RG00225700
Associate Member of the Appraisal Institute Metropolitan New York chapter

VA 012045



UNIQUE ID NUMBER
46000047078

**State of New York**
**Department of State**
**DIVISION OF LICENSING SERVICES**

FOR OFFICE USE ONLY
Control
No.          111363

PURSUANT TO THE PROVISIONS OF ARTICLE 6E OF THE
EXECUTIVE LAW AS IT RELATES TO R.E. APPRAISERS.

EFFECTIVE DATE
MO. | DAY | YR.
01 | 16 | 19

SCHLESINGER VICTOR
C/O REPUBLIC VALUATIONS
578 BEDFORD AVE
2C
BROOKLYN, NY 11211

EXPIRATION DATE
MO. | DAY | YR.
01 | 15 | 21

HAS BEEN DULY CERTIFIED TO TRANSACT BUSINESS AS A
R.E. GENERAL APPRAISER

In Witness Whereof the Department of State has caused
its official seal to be hereunto affixed.
ROSSANA ROSADO
SECRETARY OF STATE

DOS-1098 (Rev. 3/01)

DRAFT

VA 012046



REPUBLIC VALUATIONS

184 PARK AVENUE, BROOKLYN, NEW YORK 11205

PHONE: 718-625-6900 ● FAX: 718-625-6898 ● e-mail: Email@RepublicValuations.com

REAL ESTATE APPRAISERS ♦ CONSULTANTS