# EXHIBIT 29

| | |
|---|---|
| From: | tjtener@ktrfirst.com |
| Sent: | Monday, April 01, 2019 9:46 AM |
| To: | 'Morris Missry' |
| Cc: | 'Sam Rottenberg' |
| Subject: | Question |

Morris

Are you available to quickly discuss a question that I have about the language of the lease?

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

1

Exhibit P29

VA 000958