# EXHIBIT 40

| | |
|---|---|
| **From:** | Rainey Katrina |
| **Sent:** | Wednesday, January 17, 2018 12:36 PM CST |
| **To:** | Demarco Carol; Holmes Yolanda |
| **Subject:** | 840 Atlantic Ave 031-2093 |

I received a call from Sam Rottenberg (sp) who says he is one of our landlords at 840 Atlantic. I do not see his name listed but he did ask if I have Tony in my file (our landlord is Antony Musto). He mentioned getting my phone number from corporate, not from Tony. We are working with Tony on the MOD project and Tony recently signed applications, which makes me think this guy is not connected to the landlord. I have a call in to Tony to confirm who this man is and if he is in any way connected to the landlord.

He was not very clear on what he wants to discuss but did finally mention tenure as well as a potential new location.
I gave Sam contact information for both of you.


**Best regards,**
**Katrina Rainey**
**Empire Field Execution Team**
**Regional Property Manager**
  718.612.5756 |   718.425.9913 |    katrina.rainey@us.mcd.com
McDonalds USA LLC | 111 Wood Ave South | Suite 400 | Iselin, NJ 08830
  Please consider the environment before printing this e-mail or any attachments.




**EXHIBIT**

**P-40**

MCD006017