# EXHIBIT 43

Message

| | |
|---|---|
| **From**: | Jonathan Imani [jimani@imcarch.com] |
| **Sent**: | 3/13/2018 4:06:48 PM |
| **To**: | Eugene Mekhtiyev [emekhtiyev@imcarch.com] |
| **CC**: | Zev Steinmetz [zev@cdcony.com]; Aron Feldman [Aron@cdcony.com]; Raymond Levin [rlevin@slaterbeckerman.com]; Sam Rottenberg [sam.rottenberg@gmail.com]; Simon Dushinsky [simon@rabskygroup.com]; Dominick Casale [dcasale@imcarch.com] |
| **Subject**: | Re: 840 Atlantic Progress Set |
| **Attachments**: | 180313 840 Atlantic Ave ULURP.pdf |

Correct file attached.

Thank you,
**Jonathan Imani Associate AIA**
Principal

**IMC Architecture** DPC
254 36th Street, Unit #21
Building#2, 3rd Flr. Suite C312
Brooklyn, NY 11232

t. 212.796.2527
Jimani@imcarch.com
www.imcarchitecture.com

The information contained in the above reports is the opinion of the writer and his/her interpretation of the various NYC Construction Codes and Laws referenced therein. It is also based on the information that you have provided. As this opinion is only advisory, the final decision is the responsibility of the designated authority charged with the administration and enforcement of said codes.

On Tue, Mar 13, 2018 at 11:57 AM, Eugene Mekhtiyev <emekhtiyev@imcarch.com> wrote:

All, please find attached the 840 Atlantic progress set. We will have a few hard copies for our meeting later today.

Best,
**Eugene Mekhtiyev AIA, LEED<sup>GA</sup>, Revit<sup>CP</sup>**
Principal

**IMC Architecture** DPC
254 36th Street, Unit #21
Building#2, 3rd Flr. Suite C312
Brooklyn, NY 11232

t. 212.796.2527
emekhtiyev@imcarch.com
www.imcarchitecture.com

Exhibit P43

VA 017719





IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

## ATLANTIC AVE REZONING

840 ATLANTIC AVE
BROOKLYN NY 11238

AREA PLAN

DATE: 03/13/18
JOB NUMBER: -

A-0

VA 017720

| | Location | 840 Atlantic Avenue |
|---|---|---|
| | Block | 1122 |
| | Lots | 1, 68, 69, 70, 71 |
| | BIN | |
| | Zoning Map | 16c |
| | Zoning district | C6-4 |
| | Special district | N/A |
| | Inclusionary Housing (Appendix F) | MIH under ULURP |
| | Transit Zone (Appedix I) | Yes |
| | Community District | BK 8 |
| | Special Flood Hazard District (N/A) | 3604970212F |
| Section | CEQR # (Appendix C) | N/A |
| Scope Of Work | | |
| ZR23-65(a) | | ULURP (Tower on a Base) |
| | Total Lot Area (170' x 200') | 34000.00 |
| | | C6-4 |
| ZR34-112 | Applicable Residential Bulk Regulations in C6-4 Districts. | R10 |
| | Uses | Permitted |
| ZR22-00 | Uses | |
| ZR32-10 | | |
| | Bulk | |
| | FAR | Permitted |
| ZR34-221 | | |
| ZR35-23 | | |
| ZR23-152 | Max Residential FAR (Mandatory Inclusionary Housing) | 12 |
| ZR23-154 | Max Allowable Residential SF ( Mandatory Inclusionary Housing) | 408,000.00 |
| ZR35-31 | Max Commercial FAR | 10 |
| ZR33-122 | Max AllowableCommercial SF | 340,000.00 |
| ZR35-31 | Max Community Facility FAR | 10 |
| ZR33-123 | Max Allowable Community Facilty SF | 340,000.00 |
| | Density Regulation | Required / Permitted |
| ZR35-40 | Where floor area in a building is being shared by multiple uses. The density shall be based on the maximum floor area allowed by the residential portion. | |
| | Density Factor with Inclusionary Housing | 680 |
| | Max Allowable DU including Inclusionary Housing | 600 |
| | Sky Exposure Plane | Required / Permitted |
| ZR23-641 | Res Maximum Height of Front Wall | 85 ft or 9 Stories, whichever is less |
| | Res Initial Setback on Narrow Street | 20 |
| | Res Initial Setback on Wide Street | 15 |
| | Res Sky Exposure Plane on Narrow Street | 2.7 : 1 |
| | Res Sky Exposure Plane on Wide Street | 5.6 : 1 |
| ZR23-65 | Any portion or portions of buildings which in the aggregate occupy not more than 40 percent of the lot area of a zoning lot, may penetrate an established sky exposure plane in accordance with the provisions of this Section. Such portions of buildings that penetrate a sky exposure plane are referred to as towers. | |
| ZR23-651(2) | Any tower located above a base shall not be subject to the provisions of section 23-64 | |
| | Special Tower Regulations for Mixed Use Buildings | Required / Permitted |
| ZR35-64(c) | In C6-4 districts,where no more then two stories of a mixed use building are occupied by non residential uses, the tower regulations applicable to the residential portion of such mixed use building may be governed by section 23-652. Tower regulation for any other mixed use building shall be govereend by the regualtion of section 33-45 | |
| | Tower Lot Coverage | Required / Permitted |
| ZR23-65 | Max Tower Coverage Regulations | 40% |
| ZR33-451 | Max Tower Coverage Regulations SF | 13,600 |

| | Tower Location Regulations | Required / Permitted |
|---|---|---|
| ZR23-652 | Tower Setback on Narrow Street | 15' - 0" |
| | Tower Setback on Wide Street | 10' - 0" |
| ZR33-451 | Tower Setback on Narrow Street | 15' - 0" |
| | The aggregate area so occupied within 50 feet of a narrow street shall not exceed 1,875 square feet | |
| | If all of the buildings on a zoning lot containing such tower do not occupy at any level more than the maximum percent of the lot area set forth in this Section. The tower may occupy any portion of the zoning lot located 20 feet or more from the street line of a narrow street, provided that the aggregate area so occupied within 50 feet of a narrow street shall not exceed 2,250 square feet | |
| | Tower Setback on Wide Street | 10' - 0" |
| | The aggregate area so occupied within 40 feet of a wide street shall not exceed 1,600 square feet. | |
| | If all of the buildings on a zoning lot containing such tower do not occupy at any level more than the maximum percent of the lot area set forth in this Section. The tower may occupy any portion of the zoning lot located 15 feet or more from the street line of a wide street, provided that the aggregate area so occupied within 40 feet of a wide street shall not exceed 2,000 square feet | |
| | Yard Regulations | Required / Permitted |
| ZR23-462(c ) | Residential Side Yard | 0'-0" However if a side Yard is provided it must be at least 8'-0" |
| ZR23-532(a) | | 60' - 0" Midway |
| ZR23-532(b) | Res Required Rear Yard Equivalent | 30'-0" along both frontages |
| ZR23-532(c) | | 30'-0" along both side lot lines |
| ZR23-541 | Residential Rear Yard - Within 100'-0" of corner | 0'-0" |
| ZR33-24 | Commercial & Community Facility Side Yard | 0'-0" However if a side Yard is provided it must be at least 8'-0" |
| ZR33-281 | Commercial & Community Facilty Rear Yard  Equivelant Not Applicable | |
| ZR33-301 | Commercial & Community Facilty Rear Yard - Within 100'-0" of corner | 0'-0" |
| | Court Regulations | Required / Permitted |
| ZR23-851 | Min Area of an Inner Court | 1200 SF |
| ZR23-462(c ) | Min Dimension of an Inner Court | 30' - 0" |
| ZR23-711 | Min Required Distanced between Legally Required Window to Window | 60' - 0" |
| | Min Required Distanced between Legally Required Window to Wall | 50'-0" |
| | Min Required Distanced between Legally Required Wall to Wall | 40'-0" |
| | Parking Requirement | Required / Permitted |
| ZR36-12 | Max Size of Residential Group Parking Facilities | 200 Spots |
| | Max Size of Commercial or Com. Fac Group Parking Facilities | 150 Spots |
| ZR25-163 | Maxmum Permitted number of spots | 1 per 225 SF of Lot Area |
| | Maximum number of residential spots | 151.11 |
| ZR25-23 | Residential Parking Requirements | 40% |
| ZR25-251 | Income Restricted Housing Units within Transit Zones | Not Required |
| ZR36-21 | Community Facility Parking Requirments [Depending on Use] | None Required |
| | Commercial Parking Requirments [General Retail PRC-B] | None Required |
| | Loading Berth Requirements | Required |
| ZR36-62 | First 25,000 SF of Floor Area | None Required |
| | Next 15,000 SF of Floor Area | 1 |
| | Next 60,000 SF of Floor Area | 1 |
| | Bicycle Enclosed Parking Requirement | Required |
| ZR25-811 | Residential | 1 per 2 dwelling units |
| ZR36-70 | Commercial & Community Facility [Depending on Use] | 1 per 10,000 SF |
| | Notes | |
| 1 | Lot area based on the on-line digital tax map | |
| 2 | For Corner lots, the maximum lot coverage is 100% and there is no rear yard requirement. | |
| 3 | The information contained in the above report is the opinian of IMC Architecture DPC's interpretation of the various NYC construction codes and laws referenced therein. It is also based on the information that you have provided. As this opinian is only adversory, the final decision is the responsibilty of the designated authority charghed with the | |



**IMC ARCHITECTURE DPC**
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

# ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

ZONING ANALYSIS
DATE: 03/13/18
JOB NUMBER: -

A-1

VA 017721





**ATLANTIC AVE REZONING**

840 ATLANTIC AVE
BROOKLYN NY 11238

IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

LOT PLAN
DATE: 03/13/18
JOB NUMBER: -

A-2

VA 017722





ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

COMMERCIAL TOWER LOT PLAN
DATE: 03/13/18
JOB NUMBER: —
A-3

VA 017723







**ATLANTIC AVE REZONING**
840 ATLANTIC AVE
BROOKLYN NY 11238

IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

SITE PLAN OPTION A
DATE: 03/13/18
JOB NUMBER: -

A-4

VA 017724




ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

SKY EXPOSURE PLANE
DATE: 03/13/18

A-5

VA 017725



| Tower Option A | |
|---|---|
| Level | Floor Area |
| Level 1 | 28000 SF |
| Level 2 | 28000 SF |
| Level 3 | 28000 SF |
| Level 4 | 28000 SF |
| Level 5 | 28000 SF |
| Level 6 | 28000 SF |
| Level 7 | 25900 SF |
| Level 8 | 11400 SF |
| Level 9 | 11400 SF |
| Level 10 | 11400 SF |
| Level 11 | 11400 SF |
| Level 12 | 11400 SF |
| Level 13 | 11400 SF |
| Level 14 | 11400 SF |
| Level 15 | 11400 SF |
| Level 16 | 11400 SF |
| Level 17 | 11400 SF |
| Level 18 | 11400 SF |
| Level 19 | 11400 SF |
| Level 20 | 11400 SF |
| Level 21 | 11400 SF |
| Level 22 | 11400 SF |
| Level 23 | 11400 SF |
| Level 24 | 11400 SF |
| Level 25 | 11400 SF |
| Level 26 | 11400 SF |
| Level 27 | 11400 SF |
| Level 28 | 11400 SF |
| Grand total: 28 | 433300 SF |



IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

# ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

ZONING BULK OPTION A
DATE: 03/13/18
JOB NUMBER: --

A-6

VA 017726





IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

## ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

ZONING BULK OPTION B
DATE: 03/13/18
JOB NUMBER: -

A-7

| Tower Option B | |
|---|---|
| Level | Floor Area |
| Level 1 | 28000 SF |
| Level 2 | 28000 SF |
| Level 3 | 28000 SF |
| Level 4 | 28000 SF |
| Level 5 | 28000 SF |
| Level 6 | 28000 SF |
| Level 7 | 25900 SF |
| Level 8 | 17900 SF |
| Level 9 | 17900 SF |
| Level 10 | 14400 SF |
| Level 11 | 14400 SF |
| Level 12 | 14400 SF |
| Level 13 | 13800 SF |
| Level 14 | 10800 SF |
| Level 15 | 10800 SF |
| Level 16 | 10800 SF |
| Level 17 | 10800 SF |
| Level 18 | 9000 SF |
| Level 19 | 7800 SF |
| Level 20 | 7800 SF |
| Level 21 | 7800 SF |
| Level 22 | 7800 SF |
| Level 23 | 7800 SF |
| Level 24 | 7800 SF |
| Level 25 | 6000 SF |
| Level 26 | 6000 SF |
| Level 27 | 3600 SF |
| Level 28 | 3600 SF |
| Level 29 | 3600 SF |
| Level 30 | 3600 SF |
| Grand total: 30 | 412100 SF |

VA 017727



| Tower Option C | |
|---|---|
| Level | Floor Area |
| Level 1 | 26000 SF |
| Level 2 | 25831 SF |
| Level 3 | 25727 SF |
| Level 4 | 25624 SF |
| Level 5 | 25520 SF |
| Level 6 | 25416 SF |
| Level 7 | 23213 SF |
| Level 8 | 10100 SF |
| Level 9 | 10100 SF |
| Level 10 | 10100 SF |
| Level 11 | 10100 SF |
| Level 12 | 10100 SF |
| Level 13 | 10100 SF |
| Level 14 | 10100 SF |
| Level 15 | 10100 SF |
| Level 16 | 10100 SF |
| Level 17 | 10100 SF |
| Level 18 | 10100 SF |
| Level 19 | 10100 SF |
| Level 20 | 10100 SF |
| Level 21 | 10100 SF |
| Level 22 | 10100 SF |
| Level 23 | 10100 SF |
| Level 24 | 10100 SF |
| Level 25 | 10100 SF |
| Level 26 | 10100 SF |
| Level 27 | 10100 SF |
| Level 28 | 10100 SF |
| Level 29 | 10100 SF |
| Level 30 | 10100 SF |
| Grand total: 30 | 409631 SF |

IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

# ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

ZONING BULK OPTION C
DATE: 03/13/18
JOB NUMBER: -

A-8

VA 017728



ATLANTIC AVE REZONING
840 ATLANTIC AVE
BROOKLYN NY 11238

IMC ARCHITECTURE DPC
254 36TH ST, UNIT #21
BLDG#2, 3RD FLR. SUITE C312
BROOKLYN, NY 11232

ZONING BULK OPTION D
DATE: 03/13/18
JOB NUMBER: -

A-9

| Tower Option D | |
|---|---|
| Level | Floor Area |
| Level 1 | 24100 SF |
| Level 2 | 24100 SF |
| Level 3 | 24100 SF |
| Level 4 | 24100 SF |
| Level 5 | 24100 SF |
| Level 6 | 22000 SF |
| Level 7 | 22000 SF |
| Level 8 | 14700 SF |
| Level 9 | 14700 SF |
| Level 10 | 14700 SF |
| Level 11 | 14700 SF |
| Level 12 | 14700 SF |
| Level 13 | 14700 SF |
| Level 14 | 14700 SF |
| Level 15 | 11100 SF |
| Level 16 | 11100 SF |
| Level 17 | 11100 SF |
| Level 18 | 11100 SF |
| Level 19 | 11100 SF |
| Level 20 | 11100 SF |
| Level 21 | 11100 SF |
| Level 22 | 11100 SF |
| Level 23 | 7800 SF |
| Level 24 | 7800 SF |
| Level 25 | 7800 SF |
| Level 26 | 7800 SF |
| Level 27 | 7800 SF |
| Level 28 | 7800 SF |
| Level 29 | 7800 SF |
| Level 30 | 7800 SF |
| Grand total: 30 | 418600 SF |

VA 017729