# EXHIBIT 82

**From:** tjtener@ktrfirst.com
**Sent:** Tuesday, July 30, 2019 4:53 PM
**To:** 'Morris Missry'; 'Sam Rottenberg'
**Subject:** RE: 840 Atlantic
**Attachments:** 19-1-00075 - 840 Atlantic Avenue June-July 2019.pdf; 19-1-00075 - 840 Atlantic Ave FMV - Final Report.pdf

Sam and Morris

Attached is my revised FMV letter incorporating the Land Residual analysis, which is supportive of my original determination of the FMV.
I have also attached an invoice for our billable hours for June and July 2019. Let me know what the next step is with Sharon and McDonalds.

All the best,

**Thomas J. Tener, MAI**
Managing Member

551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Wednesday, July 24, 2019 9:54 AM
**To:** tjtener@ktrfirst.com; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic

No. Need you to do your thing.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557 | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

---

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Wednesday, July 24, 2019 9:53 AM
**To:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>

Exhibit P82

**Cc:** Morris Missry <MISSRY@wmllp.com>
**Subject:** RE: 840 Atlantic

Sam and Morris

Did you exchange and execute the agreement with McDonalds? If so, please let me know the anticipated exchange date with Sharon.

Thanks,

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

**From:** Sam Rottenberg <sam.rottenberg@gmail.com>
**Sent:** Tuesday, July 23, 2019 2:14 PM
**To:** tjtener@ktrfirst.com
**Cc:** 'Morris Missry' <MISSRY@wmllp.com>
**Subject:** RE: 840 Atlantic

Tom-

What's going on here?

---

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Tuesday, July 9, 2019 9:49 AM
**To:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Cc:** 'Morris Missry' <MISSRY@wmllp.com>
**Subject:** RE: 840 Atlantic

Sam

Other than some preliminary analysis, I have not begun the land residual.
I will not be able to start on the land residual until the sometime during the week of the July 22nd.
If you have confirmed details of any retail lease comparables in this area, please send them to me.
Comparable leases in the $90 to $100 per square foot range (about $75 NNN) would support our concluded FMR for a 20 year term.

With respect to your question about the community facility FAR, this is an interesting point that we may consider.

The most significant challenge to developing the M1-1 portion of the site to this bulk would be meeting the parking requirements of 1 space per 300 square feet.
At 2.4 FAR on the M1-1 portion of the site, we would need 176 parking spaces for the most likely community facility use with retail at grade.
We would need an architect to determine if we could construct a below grade parking garage to accommodate this parking requirement and a cost estimator for the hard and soft cost budget.
It would likely be a hard sell to get a third to agree that the cost of project of this size could be recovered in a 20 year period.

**Thomas J. Tener, MAI**
Managing Member

551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

**From:** Sam Rottenberg <sam.rottenberg@gmail.com>
**Sent:** Tuesday, July 9, 2019 7:51 AM
**To:** Thomas Tener <tjtener@ktrfirst.com>
**Subject:** Re: 840 Atlantic

Tom,
Hope you had a nice 4th.
Just checking in. Assuming you're working on a FMR determination with a land residual analysis.
Do you think the fact that community facility allows for a 2.4 FAR on the M1-1 portion. should that be considered and/or included in the land residual analysis?

On Tue, Jun 18, 2019, 9:27 AM <tjtener@ktrfirst.com> wrote:

> Morris
>
> Please let me know what tomorrow's meeting with the tenant will entail.
>
> Also, please let me know how you would like me to prepare for this meeting.
>
> **Thomas J. Tener, MAI**
> Managing Member

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

Virus-free. www.avast.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: This email is confidential and may also be privileged. If you are not the intended recipient please delete it and notify us immediately by telephoning or e-mailing the sender. You should not copy it or use it for any purpose nor disclose its contents to any other person.

***************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this communication was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal tax penalties.
***************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



July 30, 2019

## RETAINER INVOICE

**TO:**
Mr. Morris Missry
Managing Partner
Wachtel Missry
One Dag Hammarskjold Plaza, 47th Floor
885 Second Avenue
New York, New York 10017

**FOR:**
840 Atlantic Avenue
(AKA 547 Vanderbilt Avenue & 847-853 Pacific Street)
Brooklyn, New York
Block 1122, Lots 1, 68 & 71

| JOB ID | DESCRIPTION | AMOUNT |
|---|---|---|
| 19-1-00075 | Billable Hours June-July 2019 (see page 2) | $8,750.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **BALANCE DUE** | **$7,875.00** |

**Please remit payment with a copy of this invoice to:**

| Mail To: | | Wire To: |
|---|---|---|
| KTR REAL ESTATE ADVISORS LLC<br>Accounts Receivable Department<br>551 Madison Avenue – Suite 301<br>New York, New York 10022 | Or | JPMorgan Chase Bank, N.A.<br>New York, New York 10017<br>Routing # 021000021<br>Account # 2917273365<br>Account Name: KTR Real Estate Advisors LLC<br><br>Be Sure to Reference Job ID with Transfer |

**Thank you for your business!**
If you have any questions you may call Accounts Receivable at (212) 906-9498

Wachtel Missry
840 Atlantic Avenue
July 30, 2019

## Detailed Billable Hours

| From | To | Less | Billable Hours | Description |
|---|---|---|---|---|
| 9:30 AM | 12:00 PM | | 2.50 | TJT - Meeting with McDonalds at WM |
| 10:30 AM | 11:00 AM | | 0.50 | TJT - Review of McDonalds letter and email to MM |
| 8:30 AM | 9:45 AM | | 1.25 | TJT - Preliminary residual analysis and email to SR/MM |
| 12:00 PM | 3:45 PM | | 3.75 | SKT - Market Research |
| 10:25 AM | 3:00 PM | 2.00 | 2.50 | SK - Retail Market Analysis |
| 9:15 AM | 9:45 AM | | 0.50 | RL - Market Research |
| 2:00 PM | 2:45 PM | | 0.75 | SK - Retail Market Analysis |
| 2:00 PM | 2:30 PM | | 0.50 | SK - Retail Market Analysis |
| 3:00 PM | 3:30 PM | | 0.50 | SKT - Market Research |
| 12:00 PM | 2:15 PM | | 2.25 | SKT - Market Research |
| 1:45 PM | 4:45 PM | | 3.00 | TJT - Revision to FMV Letter incorporating residual analysis |

| | | |
|---|---|---|
| Total Hours: | 18.00 | |
| Hourly Rate: | $700.00 | Principal |
| Hourly Rate: | $500.00 | MAI |
| Hourly Rate: | $350.00 | Senior Appraiser |
| Hourly Rate: | $250.00 | Associate |
| Reimbursible Expenses: | $0.00 | |
| Billable Amount: | $ 8,750.00 | |
| Less Retainer: | $ - | |
| Total Due: | $ 8,750.00 | |