# EXHIBIT 107



McDonald's Corporation
One McDonald's Plaza
Oak Brook, Illinois  60523
Direct Dial Number (630) 623-5341
Fax Number (630) 623-5657
E-mail: cassie.o'connor@us.mcd.com

*Via Federal Express, 2-day*

December 11, 2017

Vanderbilt Atlantic Holdings, LLC
390 Berry Street, Suite 201
Brooklyn, NY  11249

Attention:  Simon Dushinsky

Re:    840 Atlantic Avenue
       Brooklyn, NY  11238
       L/C:  031-2093; File #40160

Dear Mr. Dushinsky,

McDonald's Corporation is in receipt of notice that you have entered into a Ground Lease with its Landlord M.M.B. Associates, LLC and they have assigned our Ground Lease to you.  Before we can process your request to change the payee of our rent, McDonald's requires the following information and documents:

- A completed W-9 form showing the Tax Payer I.D. Number or Social Security Number of the new payee (see Notice Regarding Backup Withholding and Form W(9) attached).

- A copy of the Ground Lease conveying the subject property to you

- A copy of the assignment of our Ground Lease to you.

We do not wish to cause you unreasonable expense or delay, but you must appreciate our need to make sure that rent is paid to the proper party.  *However, please note that unless McDonald's receives information that McDonald's deems necessary to verify ownership of this property within 30 days of your receipt of this letter, McDonald's has the right to and may withhold all rent payments until we receive proof satisfactory to McDonald's as to the party entitled to the rent.*

If you have questions, please email or call me.

Sincerely,

**McDONALD'S CORPORATION**

Cassie O'Connor
Paralegal, U.S. Legal Department

Enclosure



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/html/en//PrintIFrame.html

12/11/2017

VA 028111