# EXHIBIT 108

Message

___

**From:** Tom [tli@sprgp.com]
**Sent:** 12/15/2017 2:41:45 PM
**To:** Sam Rottenberg [sam.rottenberg@gmail.com]
**Subject:** Re: 840 Atlantic Ave, Brooklyn NY L/C:031-2093; File #40160

___

Ok, ill send it as soon as i get to office

Tom
Sent from my iPhone

On Dec 15, 2017, at 9:35 AM, Sam Rottenberg <sam.rottenberg@gmail.com> wrote:

You go ahead and reply-all to Cassie's email from McDonald's

On Dec 15, 2017 9:23 AM, "Tom" <tli@sprgp.com> wrote:

Hersh,

Please see attached a highly redacted copy of the lease. I removed references to construction, rent calculation, permitted uses, "existing tenant," construction financing, guaranty, and default.

___

**From:** Tom
**Sent:** Thursday, December 14, 2017 10:43:01 AM
**To:** HERSH ROSENBERG
**Cc:** Sam Rottenberg
**Subject:** FW: 840 Atlantic Ave, Brooklyn NY L/C:031-2093; File #40160

Hersh,

I'll go through and redact the lease and will send you the redacted copy by this evening.

___

**From:** O'Connor Cassie [mailto:Cassie.O'Connor@us.mcd.com]
**Sent:** Thursday, December 14, 2017 10:20 AM
**To:** HERSH ROSENBERG <hershro@gmail.com>
**Cc:** Sam Rottenberg <sam.rottenberg@gmail.com>; Simon Dushinsky <simon@rabskygroup.com>; Tom <tli@sprgp.com>
**Subject:** RE: 840 Atlantic Ave, Brooklyn NY L/C:031-2093; File #40160

Mr. Rosenberg,

Since your lease with our former landlord becomes a "Head Lease", and our lease becomes a sublease, we need a copy for our files. You can redact any information in that lease that you do with to share, but we do require a copy.

Thanks,

Cassie

**From:** HERSH ROSENBERG [mailto:hershro@gmail.com]
**Sent:** Wednesday, December 13, 2017 4:20 PM
**To:** O'Connor Cassie <Cassie.O'Connor@us.mcd.com>
**Cc:** Sam Rottenberg <sam.rottenberg@gmail.com>; Simon Dushinsky <simon@rabskygroup.com>; tli@sprgp.com
**Subject:** 840 Atlantic Ave, Brooklyn NY L/C:031-2093; File #40160

Dear Ms. O'Connor,

I am writing on behalf of Vanderbilt Atlantic Holdings LLC in response to your letter dated 12/11/17.
Per your request, please find attached the following transaction documents:

- Signed W-9
- Memorandum of Lease
- Assignment and Assumption of Lease

We are supplying a copy of the Memorandum of Lease in place of the Ground Lease.
Please let me know if you are now able to process the change of payee, or if you have any questions.

Thank you,


Hersh Rosenberg
347-563-7939

---

The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). They are the property of McDonald's Corporation. Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. McDonald's thanks you for your cooperation.

VA 022124