# EXHIBIT 110

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCDONALD'S CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> VANDERBILT ATLANTIC HOLDINGS LLC, <br><br> Defendant. | No. 1:19-cv-06471 (DLI) (SLT) <br><br> **NOTICE TO TAKE THE DEPOSITION OF PINCHUS SAM ROTTENBERG** |

**TO:**  Stephen B. Meister, Esq.
Howard Koh, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 17th Floor
New York, NY 10017

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff McDonald's Corporation, by and through the undersigned counsel, will take the deposition upon oral examination of Pinchus Sam Rottenberg before a person authorized by the laws of the State of New York to administer oaths on **Thursday, July 29, 2021** commencing at **10:00 A.M.** at [TBD]. The deposition will continue day to day until completed.

Dated: July 8, 2021

By:  s/ Brendan M. Walsh
**PASHMAN STEIN WALDER HAYDEN, P.C.**
Brendan M. Walsh, Esq.
Denise Alvarez, Esq.
2900 Westchester Avenue, Suite 204
Purchase, New York 10577
(201) 270-4948