# EXHIBIT 112

**From:** Demarco Carol
**Sent:** Monday, April 22, 2019 10:52 AM CDT
**To:** Sharon Locatell
**Subject:** FW: Acris screen shot

**From:** Ellen Benjamin <EBenjamin@appraiser-plan.com>
**Sent:** Tuesday, December 18, 2018 4:26 PM
**To:** Meyer Michael <Michael.Meyer@us.mcd.com>; Demarco Carol <Carol.Demarco@us.mcd.com>; Nocito Rita <Rita.Nocito@us.mcd.com>
**Cc:** Ellen Benjamin <EBenjamin@appraiser-plan.com>
**Subject:** Acris screen shot

The $7.0 million value of the 99-year lease is calculated by dividing the NY State transfer tax of $28,000 by the tax rate of .004.

It is also stated in the far-right column of the opening Acris page, depicted below:

**Current Search Criteria:**
Borough: BROOKLYN / KINGS
Block: 1122
Lot: 1   Unit: N/A
Date Range: To Current Date
Document Class: All Document Classes

## Search Results By Parcel Identifier

Records 1 - 10 << previous  next >>    Max Rows 10 ▼     [Search Options] [New BBL Search] [Edit Current Search] [View Tax Map] [Print Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2017000469919 | 1 | ENTIRE LOT | 11/30/2017 | 12/26/2017 12:35:40 PM | MEMORANDUM OF LEASE | 10 | M.M.B. ASSOCIATES, LLC | VANDERBILT ATLANTIC HOLDINGS LLC | | | | 7,000,000 |
| DET IMG | | 2016000226372 | 1 | ENTIRE LOT | 4/29/2016 | 7/5/2016 4:16:27 PM | SATISFACTION OF MORTGAGE | 5 | M & B ASSOCIATES, A NEW YORK GENERAL PARTERSHIP | BANK MIDWEST, A DIVISION OF NBH BANK | | | | 0 |
| DET IMG | | 2016000219276 | 1 | ENTIRE LOT | 4/29/2016 | 6/29/2016 2:26:17 PM | ASSIGNMENT, MORTGAGE | 5 | ARMED FORCES BANK, N.A. | BANK MIDWEST, A DIVISION OF NBH BANK | | | | 0 |
| DET IMG | | 2016000136216 | 1 | ENTIRE LOT | 3/18/2016 | 4/19/2016 2:36:07 PM | DEED | 6 | M & B ASSOCIATES | M.M.B. ASSOCIATES, LLC | | | | 0 |
| DET IMG | | 2016000119749 | 1 | ENTIRE LOT | 3/23/2016 | 4/6/2016 9:03:37 AM | SUNDRY AGREEMENT | 7 | WEBSTER BANK, NATIONAL ASSOCIATION | | | ✓ | | 0 |
| DET IMG | | 2016000119748 | 1 | ENTIRE LOT | 3/23/2016 | 4/6/2016 9:03:36 AM | ASSIGNMENT OF LEASES AND RENTS | 12 | M.M.B. ASSOCIATES LLC | WEBSTER BANK, NATIONAL ASSOCIATION | | | | 1,200,000 |
| DET IMG | | 2016000119747 | 1 | ENTIRE LOT | 3/23/2016 | 4/6/2016 9:03:35 AM | MORTGAGE | 36 | M.M.B. ASSOCIATES LLC | WEBSTER BANK, NATIONAL ASSOCIATION | | | | 1,200,000 |
| DET IMG | | 2016000109831 | 1 | PARTIAL LOT | 3/24/2016 | 3/29/2016 11:32:38 AM | INITIAL UCC1 | 5 | M.M.B. ASSOCIATES LLC | WEBSTER BANK, NATIONAL ASSOCIATION | | | | 0 |
| DET IMG | | 2004000054780 | 1 | ENTIRE LOT | 7/21/2003 | 1/29/2004 3:35:56 PM | DEED, OTHER | 4 | MUSTO, ANTHONY | MMB ASSOCIATES LLC | | ✓ | | 0 |
| DET IMG | 02PK00022 | | 1 | ENTIRE LOT | | 1/3/2002 | UCC3 ASSIGNMENT | 5 | M & B ASSOCIATES | ROYAL INDEMNITY COMPANY PENSION TRUST | ✓ | | | 0 |

[Search Options]   [New Parcel Identifier Search]   [Edit Current Search]   [View Tax Map]



DOCUMENT ID: 2017121100539001

Main Options | Search

# NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2017121100539001007E1523

## RECORDING AND ENDORSEMENT COVER PAGE   PAGE 1 OF 6

Document ID: 2017121100539001   Document Date: 11-30-2017   Preparation Date: 12-26-2017
Document Type: MEMORANDUM OF LEASE
Document Page Count: 4

**PRESENTER:**
RELIABLE ABSTRACT CO. LLC.
266 BROADWAY, SUITE 304
RK-177596
BROOKLYN, NY 11211
718-438-0786
DEVORA@RELIABLEABSTRACT.NET

**RETURN TO:**
EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS
MURRAY D. SCHNEIER, ESQ.
805 THIRD AVENUE
NEW YORK, NY 10022

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1122 | 1 | Entire Lot | 547 VANDERBILT AVENUE |

Property Type: COMMERCIAL REAL ESTATE

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1122 | 68 | Entire Lot | N/A PACIFIC STREET |

Property Type: COMMERCIAL REAL ESTATE

☒ Additional Properties on Continuation Page

### CROSS REFERENCE DATA

CRFN ___ or DocumentID ___ or Year ___ Reel ___ Page ___ or File Number ___

### PARTIES

**LESSOR:**
M.M.B. ASSOCIATES, LLC
C/O CROSSTOWN COMPANIES, 97-77 QUEENS
BOULEVARD, S
REGO PARK, NY 11374

**LESSEE:**
VANDERBILT ATLANTIC HOLDINGS LLC
390 BERRY STREET, SUITE 201
BROOKLYN, NY 11249

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 100.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 28,000.00 |
| Spec (Additional): | $ 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ 0.00 | Recorded/Filed  12-26-2017 12:35 | |
| Additional MRT: | $ 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ 0.00 | 2017000469919 | |
| Recording Fee: | $ 63.00 | | |
| Affidavit Fee: | $ 0.00 | | |

Annette Miller
City Register Official Signature

MCD005641

Ellen Benjamin,
Assistant Vice President
Appraisers And Planners
9 East 40th Street, 9th Floor
New York, New York 10016
ebenjamin@appraiser-plan.com
Main Office #: 212-683-1122
Direct #: 212-683-0575

The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). They are the property of McDonald's Corporation. Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. McDonald's thanks you for your cooperation.