# EXHIBIT 113

| | |
|---|---|
| **From:** | Demarco Carol |
| **Sent:** | Saturday, December 15, 2018 10:13 AM CST |
| **To:** | Nocito Rita |
| **CC:** | Sugaski-hartman Brooke; Cheung Brian; Potesta Gino |
| **Subject:** | Re: 31-2093 - 840 Atlantic Avenue, Brooklyn - AM Recommendation to Exercise five (5) year FMV option to protect $4million restaurant |

Thank you Rita

Monday call would be great let let know what works for you.

We have a copy the 99 yr lease but many paragraphs including rents are redacted.

Regards

Carol

On Dec 15, 2018, at 11:02 AM, Nocito Rita <Rita.Nocito@us.mcd.com> wrote:

> Ok.  Do you have any information of his 99 lease?
>
> Let's talk on Monday?
>
> ***Thanxs!***
>
> *Rita*
> *410-241-4375*
>
> **From:** Demarco Carol
> **Sent:** Saturday, December 15, 2018 9:25 AM
> **To:** Nocito Rita <Rita.Nocito@us.mcd.com>
> **Cc:** Sugaski-hartman Brooke <Brooke.Sugaski-hartman@us.mcd.com>; Cheung Brian <Brian.Cheung@us.mcd.com>; Potesta Gino <Gino.Potesta@us.mcd.com>
> **Subject:** Re: 31-2093 - 840 Atlantic Avenue, Brooklyn - AM Recommendation to Exercise five (5) year FMV option to protect $4million restaurant
>
> Hi Rita,
>
> The new LL has not secured appraisal and has only spoken to brokers. The new LL entered into a 99 year lease here and first question to me was do you want to leave and if you do not like the rent will you leave.
>
> The LL has not provided supporting documentation and when I asked for comps he couldn't provide that either.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

MCD006633