# EXHIBIT 114

| | |
|---|---|
| **From:** | Demarco Carol |
| **Sent:** | Thursday, February 8, 2018 9:57 AM CST |
| **To:** | sam.rottenberg@gmail.com |
| **CC:** | Meyer Michael |
| **Subject:** | LC: 31-2093 - Atlantic Avenue, Brooklyn |
| **Importance:** | High |

Hi Sam,

It was a pleasure to speak with you and discuss your property in Brooklyn.  Congratulations on securing a 99 year lease.

As we discussed, the current lease expires 2019 and we have options through 2039.

McDonald's has a US National Initiative to modernize all restaurants by 2020 and we would like to plan for this site.

If you have any questions regarding the language in the lease, you can have your attorney call Mike Meyer to discuss.  Mike is copied on this email.

**Michael J Meyer | Senior Counsel | US Legal Department – Asset Management | McDonald's Corporation**
2915 Jorie Boulevard | Oak Brook, Illinois 60523 | Direct Phone: 630.623.8637 |
Email: **michael.meyer@us.mcd.com**

Please let me know when you would like to continue our discussion.

Best regards,

Carol

Carol DeMarco
Asset Manager
US Restaurant Development
McDonald's USA, LLC.
Email: carol.demarco@us.mcd.com
Phone: 914-843-0834

MCD006372