# EXHIBIT 115

3-20-23  840 Atlantic Ave
6/24    Brooklyn           ⇒ Atlantic/Vanderbilt
Tue
- No appraisal

- 3rd party - CMBS

- They're in the high valuation

⇒ 99 year lease - Sam - Rotenberg / only thru AA

⇒ Called Sam discussed how he value 9TT was prepared, no appraisal just 3rd party broker. He will discuss w/ broker how conclude value

→ He asked what would AA do if they don't like ours. I said that's premature + we want to start work there next

⇒ Cb to get BOV / call again 2/3 weeks

MCD007312