# EXHIBIT 116

| | |
|---|---|
| **From:** | Sharon Locatell |
| **Sent:** | Thursday, May 9, 2019 4:00 PM CDT |
| **To:** | Demarco Carol; Meyer Michael |
| **CC:** | Ellen Benjamin |
| **Subject:** | 840 Atlantic |

Hi,

I just got off the phone with Tom Tener regarding the rent reset. We have agreed to select Marc Nakleh as our 3rd appraiser, but we did not reach out to Marc yet as we have disagreement over the language in the lease as it relates to process.

As I thought, he read the lease to say that we all have to come to the initial meeting with a letter opinion of value. We will negotiate, but if we can't agree or get 2 of the 3 to agree, we will average the 3 values.

I suggested that we hold off on calling Marc and we have the attorney's jump in on the process issue.

I'm in tomorrow if you'd like to speak.

Sharon

MCD002701