**EXHIBIT 117**

| | |
|---|---|
| From: | tjtener@ktrfirst.com |
| Sent: | Thursday, May 09, 2019 5:06 PM |
| To: | 'Morris Missry'; 'Sam Rottenberg' |
| Cc: | 'Shaun Kest KTR' |
| Subject: | 840 Atlantic Ave |

Gentlemen:

Sharon and I have agreed on Marc Nakleh of C&W as the 3rd Appraiser for this FMR determination.
We have a disagreement in the logistics of the appraisal proceeding.
Sharon believes that the three appraisers are directed to meet, share comparable information and analysis in an attempt to have the three (or two of the three) agree on the FMR.
I stated that it is my reading of the lease that each of the three appraisers are directed to estimate the FMR in a letter opinion of value. If there is agreement by a majority, the majority sets the FMR, if not than the average of the three FMRs as reported in the letter opinion of values sets the FMR.

She is reaching out to McDonald's for direction relative to this disagreement. Please be prepared to discuss the directions contained within the Option Rent Addendum with McDonald's counsel.
Once we have agreement on the directions to the appraisers, we can reach out to Marc to explain the assignment and have him check for conflicts.

If you want to speak, I will be in early tomorrow and should be available most of the day.

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

1