# EXHIBIT 118

| | |
|---|---|
| **From:** | Morris Missry <MISSRY@wmllp.com> |
| **Sent:** | Tuesday, May 14, 2019 12:57 PM |
| **To:** | Sam Rottenberg; tjtener@ktrfirst.com |
| **Cc:** | Tom |
| **Subject:** | RE: 840 Atlantic Ave |

I spoke to him and we have a disagreement on process.  He's going to review with his client and get back to me.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

**From:** Sam Rottenberg <sam.rottenberg@gmail.com>
**Sent:** Tuesday, May 14, 2019 12:38 PM
**To:** tjtener@ktrfirst.com; Morris Missry <MISSRY@wmllp.com>
**Cc:** Tom <tli@sprgp.com>
**Subject:** RE: 840 Atlantic Ave

Yes, Meyers is their in-house counsel. Thought McDonalds is out there hiring additional outside counsel.
Morris- did you connect with McDonalds?

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Monday, May 13, 2019 4:31 PM
**To:** 'Morris Missry' <MISSRY@wmllp.com>
**Cc:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Ave

Sam

I believe Mike Meyers is their in-house counsel on this.  Sharon mentioned his name during our call.

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

1

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Monday, May 13, 2019 4:16 PM
**To:** Sam Rottenberg <sam.rottenberg@gmail.com>; tjtener@ktrfirst.com
**Subject:** RE: 840 Atlantic Ave

Mike Meyers, their atty.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

**From:** Sam Rottenberg <sam.rottenberg@gmail.com>
**Sent:** Monday, May 13, 2019 4:16 PM
**To:** Morris Missry <MISSRY@wmllp.com>; tjtener@ktrfirst.com
**Subject:** RE: 840 Atlantic Ave

McDonalds itself or their attorney?

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Monday, May 13, 2019 4:14 PM
**To:** tjtener@ktrfirst.com; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Ave

I actually got a call from McDonalds today.  Traded calls.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Monday, May 13, 2019 4:10 PM
**To:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>; Morris Missry <MISSRY@wmllp.com>
**Subject:** RE: 840 Atlantic Ave

Sam and Morris

Have you had any response from McDonalds?
Please let me know when you would like me to follow up with Sharon and reach out to Marc Nakleh.

**Thomas J. Tener, MAI**
Managing Member

2



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

**From:** Sam Rottenberg <sam.rottenberg@gmail.com>
**Sent:** Thursday, May 9, 2019 11:35 AM
**To:** tjtener@ktrfirst.com; 'Morris Missry' <MISSRY@wmllp.com>
**Subject:** RE: 840 Atlantic Ave

Tom-

Did you get to connect with Sharon yesterday?

---

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Monday, May 6, 2019 9:59 AM
**To:** 'Morris Missry' <MISSRY@wmllp.com>
**Cc:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Ave

I reviewed one of his appraisal reports that he did for Brian Corcoran that detailed numerous ground rent percentages relative to land value.
I will remind him of this data that he has available in his files. Some of this data is noted in my report and is supportive of a high percentage in the estimation of FMR.

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct: (212) 906-9499
Mobile: (917) 902-6563
Fax: (212) 935-5935
Email: tjtener@ktrfirst.com

---

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Monday, May 6, 2019 9:56 AM

3

VA 001266

**To:** tjtener@ktrfirst.com; 'Sam Rottenberg' <sam.rottenberg@gmail.com>
**Subject:** RE: 840 Atlantic Ave

Why him?

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

---

**From:** tjtener@ktrfirst.com <tjtener@ktrfirst.com>
**Sent:** Monday, May 6, 2019 9:53 AM
**To:** 'Sam Rottenberg' <sam.rottenberg@gmail.com>; Morris Missry <MISSRY@wmllp.com>
**Subject:** 840 Atlantic Ave

Guys

I haven't spoken with Sharon yet; however, I am considering including Marc Nakleh of C&W on my extended list. Do you have any problems with his inclusion?

**Thomas J. Tener, MAI**
Managing Member



551 Madison Avenue, Suite 301, New York, NY 10022
Direct:  (212) 906-9499
Mobile:  (917) 902-6563
Fax:  (212) 935-5935
Email:  tjtener@ktrfirst.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

IMPORTANT NOTICES: NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature; and no offer, commitment or assent by or on behalf of the sender or the sender's client is expressed or implied by the sending of this email, or any attachments

4

VA 001267