# EXHIBIT 119

| | |
|---|---|
| **From:** | Morris Missry |
| **Sent:** | Friday, May 31, 2019 9:00 AM CDT |
| **To:** | Meyer Michael |
| **Cc:** | Sam Rottenberg; Demarco Carol; 031_2093_97249 EXERCISE OF LEASE OPTION Emails_Correspondence |
| **Subject:** | RE: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110] |

That's fine but I would like us to abide by the Lease so I will make sure that Tom finalizes and issues his Letter of Opinion of Value as Sharon should.  Please confirm that she will finalize it and issue it.  I'm happy for her to issue it to you until we meet and I will direct Tom to do the same.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

**From:** Meyer Michael <Michael.Meyer@us.mcd.com>
**Sent:** Friday, May 31, 2019 9:55 AM
**To:** Morris Missry <MISSRY@wmllp.com>
**Cc:** Sam Rottenberg <sam.rottenberg@gmail.com>; Demarco Carol <Carol.Demarco@us.mcd.com>; 031_2093_97249 EXERCISE OF LEASE OPTION Emails_Correspondence <{F962110}.Legal_USA@mcd.imanage.work>
**Subject:** RE: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110]

Morris,

Sharon will be prepared to talk about her estimate and provide supporting documentation as I assume Tom will. Our intent is to discuss and try to come to agreement on the rent for the next 5 year option.

Thanks,

Mike

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Friday, May 31, 2019 8:38 AM
**To:** Meyer Michael <Michael.Meyer@us.mcd.com>
**Cc:** Sam Rottenberg <sam.rottenberg@gmail.com>; Demarco Carol <Carol.Demarco@us.mcd.com>; 031_2093_97249 EXERCISE OF LEASE OPTION Emails_Correspondence <{F962110}.Legal_USA@mcd.imanage.work>
**Subject:** RE: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110]

Mike?

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza

885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email: Missry@wmllp.com | Website: www.wmllp.com

**From:** Morris Missry <MISSRY@wmllp.com>
**Sent:** Thursday, May 30, 2019 5:35 PM
**To:** Meyer Michael <Michael.Meyer@us.mcd.com>
**Cc:** Sam Rottenberg <sam.rottenberg@gmail.com>; Demarco Carol <Carol.Demarco@us.mcd.com>; 031_2093_97249 EXERCISE OF LEASE OPTION Emails_Correspondence <{F962110}.Legal_USA@mcd.imanage.work>
**Subject:** Re: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110]

Please confirm that your appraiser will have issued her letter of opinion of value prior to the meeting.

> Morris Missry, Esq.
> WACHTEL MISSRY LLP
> One Dag Hammarskjold Plaza
> 885 Second Avenue | New York, NY 10017
> Telephone: 212 909-9557
> Facsimile: 212 909-9448
> Email: Missry@wmllp.com
> Website: www.wmllp.com
>
> On May 31, 2019, at 12:14 AM, Meyer Michael <Michael.Meyer@us.mcd.com> wrote:
>
> Morris,
>
> Again, completely disagree regarding the lease.  We are willing to meet to try and reach an agreement on value.  Dates that work for us (and our appraiser) - June 10, 14, 17, 19, 20, and 21.
>
> Let me know if any of those dates work.
>
> Thanks,
>
> Mike
>
> -----Original Message-----
> From: Morris Missry <MISSRY@wmllp.com>
> Sent: Wednesday, May 29, 2019 11:55 AM
> To: Meyer Michael <Michael.Meyer@us.mcd.com>
> Cc: Sam Rottenberg <sam.rottenberg@gmail.com>; Demarco Carol <Carol.Demarco@us.mcd.com>; 031_2093_97249 EXERCISE OF LEASE OPTION Emails_Correspondence <{F962110}.Legal_USA@mcd.imanage.work>
> Subject: Re: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110]
>
> Mike, while I appreciate your feeling that this is a compromise my client and I don't really understand why McDonald's is deviating from the process set forth in the lease. That process requires all appraisers to do separate letters of opinion of value and not a joint one. If the two appraisers' values

match each other or if they are within 15% then there is a determined rent. If not, then the third appraiser issues his opinion of value and all three are added together and divided by 3 unless the third appraiser's value agrees with one or the other two. Any other process would yield a biased rent number and be collusive, which is what the lease provision intended to avoid.

Given the clear intention of the lease there is no reason to modify the provision in the way you outlined. However, as a means of moving this forward, we are happy to convene a meeting with clients, attorneys and the two primary appraisers to discuss value etc and to see if a deal can be struck. This assumes that each appraiser has already issued their respective opinion of value prior to the meeting. Please let us know if you'd like to move forward on this basis. Thank you.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza<x-apple-data-detectors://3/2>
885 Second Avenue | New York, NY 10017<x-apple-data-detectors://3/2>
Telephone: 212 909-9557<tel:212%20909-9557>
Facsimile: 212 909-9448<tel:212%20909-9448>
Email: Missry@wmllp.com<mailto:Missry@wmllp.com>
Website:
https://nam02.safelinks.protection.outlook.com/?url=www.wmllp.com&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222617919&amp;sdata=KqstBfKoEbO8ck%2Fw9qCCuP71CtbKRGp%2F6lKXmwSFqW0%3D&amp;reserved=0<https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wmllp.com%2F&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222617919&amp;sdata=Dx6JuPUxolMov8ecGvDuuWmp2VNkZaawlaLzSrx16LI%3D&amp;reserved=0>

On May 29, 2019, at 7:20 PM, Meyer Michael <Michael.Meyer@us.mcd.com<mailto:Michael.Meyer@us.mcd.com>> wrote:

Morris,

This is a compromise from our position.  When we spoke, I proposed that the appraisers meet and then the 3rd would write his report following the meeting.  You were opposed to that approach even though that approach is consistent with the lease.  In an attempt to move this forward, we are proposing that the 3rd appraiser write his report and then the appraisers meet to see if they can agree.  I understood you to be agreeable to this approach on the phone. The lease clearly requires a discussion among the appraisers.  We will agree to either approach - 3rd appraiser writes a report before or after the discussion among the 3 appraisers.

We are happy to meet but agree that we need to figure out process.

Thanks,

Mike

-----Original Message-----

From: Morris Missry <MISSRY@wmllp.com<mailto:MISSRY@wmllp.com>>
Sent: Wednesday, May 29, 2019 9:15 AM
To: Meyer Michael <Michael.Meyer@us.mcd.com<mailto:Michael.Meyer@us.mcd.com>>
Cc: Sam Rottenberg <sam.rottenberg@gmail.com<mailto:sam.rottenberg@gmail.com>>
Subject: Re: 840 Atlantic Ave [MCD-LEGAL_USA.FID962110]

Mike, this is merely a rehashment of your position, which is inconsistent with the terms of the lease. I won't waste our time by restating what the lease actually says as you know our position. If this is McDonald's final position please let me know. I was hoping we could avoid an argument about a very clear procedure set forth in the leases and schedule a meeting with our clients followed by the resumption of that procedure. If you think a meeting would be useful please let us know. Thank you.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza<x-apple-data-detectors://3/2>
885 Second Avenue | New York, NY 10017<x-apple-data-detectors://3/2>
Telephone: 212 909-9557<tel:212%20909-9557>
Facsimile: 212 909-9448<tel:212%20909-9448>
Email: Missry@wmllp.com<mailto:Missry@wmllp.com><mailto:Missry@wmllp.com>
Website:
https://nam02.safelinks.protection.outlook.com/?url=www.wmllp.com&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222617919&amp;sdata=KqstBfKoEbO8ck%2Fw9qCCuP71CtbKRGp%2F6lKXmwSFqW0%3D&amp;reserved=0<https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wmllp.com%2F&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222617919&amp;sdata=Dx6JuPUxolMov8ecGvDuuWmp2VNkZaawlaLzSrx16LI%3D&amp;reserved=0>

On May 29, 2019, at 4:56 PM, Meyer Michael <Michael.Meyer@us.mcd.com<mailto:Michael.Meyer@us.mcd.com><mailto:Michael.Meyer@us.mcd.com>> wrote:

Morris,

Attached is a draft engagement letter setting out the process we propose.  Please feel free to call me to discuss.

Thanks,

Mike

-----Original Message-----
From: Meyer Michael
Sent: Friday, May 24, 2019 2:59 PM
To: Morris Missry <MISSRY@wmllp.com<mailto:MISSRY@wmllp.com><mailto:MISSRY@wmllp.com>>
Subject: RE: 840 Atlantic Ave

Morris,

I'm working to get you a proposed retainer letter to the 3rd laying out the process we propose for your and your client's review.  Hope to have shortly.

Thanks,

Mike

-----Original Message-----
From: Morris Missry <[MISSRY@wmllp.com](mailto:MISSRY@wmllp.com)<[mailto:MISSRY@wmllp.com](mailto:MISSRY@wmllp.com)><[mailto:MISSRY@wmllp.com](mailto:MISSRY@wmllp.com)>>
Sent: Wednesday, May 22, 2019 2:39 PM
To: Meyer Michael <[Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)<[mailto:Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)><[mailto:Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)>>
Subject: Re: 840 Atlantic Ave

Mike, everyone is happy to meet but we are away next week so this would have to wait until the week after next.  In the interim we would want to finalize the retention of the third appraiser and the process by which the appraisers would have to abide if we can't come to an agreement on the rent.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza<x-apple-data-detectors://3/2>
885 Second Avenue | New York, NY 10017<x-apple-data-detectors://3/2>
Telephone: 212 909-9557<[tel:212%20909-9557](tel:212%20909-9557)>
Facsimile: 212 909-9448<[tel:212%20909-9448](tel:212%20909-9448)>
Email: [Missry@wmllp.com](mailto:Missry@wmllp.com)<[mailto:Missry@wmllp.com](mailto:Missry@wmllp.com)><[mailto:Missry@wmllp.com](mailto:Missry@wmllp.com)><[mailto:Missry@wmllp.com](mailto:Missry@wmllp.com)>
Website: https://nam02.safelinks.protection.outlook.com/?url=www.wmllp.com&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222617919&amp;sdata=KqstBfKoEbO8ck%2Fw9qCCuP71CtbKRGp%2F6lKXmwSFqW0%3D&amp;reserved=0<https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wmllp.com%2F&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222627931&amp;sdata=7qNgbzyZ40KNt672dmu03htKr6OpJptK8xmnKixVv2E%3D&amp;reserved=0>

On May 22, 2019, at 2:20 PM, Meyer Michael <[Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)<[mailto:Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)><[mailto:Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)><[mailto:Michael.Meyer@us.mcd.com](mailto:Michael.Meyer@us.mcd.com)>> wrote:

Morris,

Rather than fight about the lease interpretation (which we also see as "clear as day"), my client would like to meet next week with you, Sam, our appraiser and LL's appraiser to try and come to an agreement.

Let me know if your client agrees and we can discuss coordination.

Thanks,

Mike


Michael J Meyer | Senior Counsel | US Legal Department - Asset Management | McDonald's Corporation
110 N Carpenter St., Chicago, IL 60607-2101 | Direct Phone: 630.623.8637 | Email: michael.meyer@us.mcd.com<mailto:michael.meyer@us.mcd.com><mailto:michael.meyer@us.mcd.com><mailto:michael.meyer@us.mcd.com>



From: Morris Missry <MISSRY@wmllp.com<mailto:MISSRY@wmllp.com><mailto:MISSRY@wmllp.com><mailto:MISSRY@wmllp.com>>
Sent: Monday, May 20, 2019 4:01 PM
To: Meyer Michael <Michael.Meyer@us.mcd.com<mailto:Michael.Meyer@us.mcd.com><mailto:Michael.Meyer@us.mcd.com><mailto:Michael.Meyer@us.mcd.com>>
Subject: RE: 840 Atlantic Ave

We are in agreement with the appraisers appointing a third and they have apparently agreed to contact Mark Nakleh to see if he would act as the third appraiser. We strongly disagree with McDonald's interpretation as to the process, which is clear as day in the lease. I frankly don't know why you need another day or two to come to the conclusion that we discussed.

Morris Missry, Esq.
WACHTEL MISSRY LLP
One Dag Hammarskjold Plaza
885 Second Avenue | New York, NY 10017
Telephone: 212 909-9557  | Facsimile: 212 909-9448
Email:
Missry@wmllp.com<mailto:Missry@wmllp.com><mailto:Missry@wmllp.com><mailto:Missry@wmllp.com> | Website:
https://nam02.safelinks.protection.outlook.com/?url=www.wmllp.com&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222627931&amp;sdata=sdSndBKKjKeL10d3K7AoryhAyNVy2OOtFnkjvaFtbR8%3D&amp;reserved=0<https://nam02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wmllp.com&amp;data=02%7C01%7CMichael.Meyer%40us.mcd.com%7C4171869193c34fccc52c08d6e4566f7f%7Cc05b8d5ab8834afbae93db5db239911c%7C0%7C0%7C636947457222627931&amp;sdata=NK9SbPNrArQYhP7vpEJNoAvNqEJM%2FUKbkvcU%2FgOAlqU%3D&amp;reserved=

0>

From: Meyer Michael <Michael.Meyer@us.mcd.com<mailto:Michael.Meyer@us.mcd.com><mailto:Michael.Meyer@us.mcd.com><mailto:Michael.Meyer@us.mcd.com>>
Sent: Monday, May 20, 2019 3:56 PM
To: Morris Missry <MISSRY@wmllp.com<mailto:MISSRY@wmllp.com><mailto:MISSRY@wmllp.com><mailto:MISSRY@wmllp.com>>
Subject: FW: 840 Atlantic Ave

Hi Morris,

See below.  The appraisers have agreed upon Mark Nakleh as a 3rd appraiser and Sharon is trying to get him appointed in order to comply with the prior agreement between the parties.  Any assistance is appreciated.

Thanks,

Mike

From: Sharon Locatell
Sent: Monday, May 20, 2019 3:26 PM
To:
tjtener@ktrfirst.com<mailto:tjtener@ktrfirst.com><mailto:tjtener@ktrfirst.com><mailto:tjtener@ktrfirst.com>
Subject: 840 Atlantic Ave

Hi Tom,

I tried your office.  Can you give me a call if you're able and we can get Marc appointed today.  I believe the outside date is today, May 20, 2019.

Thanks
Sharon

You can try me on my cell after 4pm. 718-440-6766

Sharon Locatell, MAI, CRE, MRICS
President
Appraisers & Planners, Inc.
9 East 40th Street
New York, New York 10016

(phone) 212-683-1122
slocatell@appraiser-plan.com<mailto:slocatell@appraiser-plan.com><mailto:slocatell@appraiser-plan.com><mailto:slocatell@appraiser-plan.com>

MCD006714