# EXHIBIT 121

March 4, 2021

Brooklyn Community Board 8: Land Use Committee

VA 053897

# 840 Atlantic Avenue Rezoning

ULURP land use application to:

- Rezone M1-1 zoned property on the corner of Atlantic Avenue and Vanderbilt Avenue to a C6-3X zoning district.

- Establish MIH area.

- Amend the Zoning Resolution to allow wider, pedestrian-friendly sidewalks when new building is constructed.

Approval of land use application will facilitate redevelopment of McDonald's drive-through site on corner of Atlantic Avenue and Vanderbilt Avenue.



VA 053898

Proposed Development, general facts

Rezoning would facilitate development of new 18-story building with approximately 316 dwelling units, of which approximately 95 (30%) would be affordable housing, as well as commercial and community facility uses on the first and second floors.

840 Atlantic Avenue

VA 053899



840 Atlantic Avenue

Looking west up Atlantic Avenue toward the Barclay's Center. 840 Atlantic Ave is on our left, at the corner of Vanderbilt Avenue and in front of where Clinton Avenue spills out onto Atlantic Avenue.

VA 053900



Looking north up Vanderbilt Avenue toward Clinton Hill. 840 Atlantic Ave is on our right, at the corner of Avenue Avenue.

VA 053901



840 Atlantic Avenue

Looking directly at 840 Atlantic Avenue from north-east corner of Vanderbilt Avenue and Atlantic Avenue.

VA 053902



840 Atlantic Avenue

Looking directly at 840 Atlantic Avenue from across Atlantic Avenue.

VA 053903

- Proposed rezoning from low density manufacturing district (M1-1) to district permitting residential use.

- A great location for housing:

  - *Busy:* Exceptionally high vehicular traffic counts, in addition to being a busy pedestrian corner.

  - *Double Wide Street Location:* Ensures adequate light and air to pedestrian realm.

  - *Proximity to Public Transportation:* Multi-modal opportunities (bus, subway, and commuter rail).

  - *Surrounding Area Context:* Adjacent to buildings significantly taller.



VA 053904

- A great location for housing:

  - *Busy:* Exceptionally high vehicular traffic counts, in addition to being a busy pedestrian corner.

  - *Double Wide Street Location:* Ensures adequate light and air to pedestrian realm.

  - *Proximity to Public Transportation:* Multi modal opportunities (bus, subway, and commuter rail).

  - *Surrounding Area Context:* Adjacent to buildings significantly taller.

  The City's planners and urban designers agree: this site offers a *unique opportunity to do something different.*



VA 053905

M Crown: City Planning's Vision



VA 053906

M Crown: City Planning's Vision



Identified for high-density C district with "significant affordable housing"

840 Atlantic Avenue

VA 053907

M Crown: City Planning's Vision



Identified for high-density C district with "significant affordable housing"

840 Atlantic Avenue

The corner of Atlantic Avenue and Vanderbilt Avenue is the only area in the entire M Crown having received this designation from the City's planners and urban designers.  Something different belongs here.  That something different is _more housing._

VA 053908

Even with "more housing," 840 Atlantic will be dwarfed by numerous neighboring buildings.

840 Atlantic Avenue is a "step down" from the buildings across the street, with massing focused at the corner.



VA 053909

M Crown: City Planning's Vision

M Crown calls for a "step down" moving east from the *corner* of Vanderbilt Avenue toward the *midblock*.



# M Crown: City Planning's Vision

## M-Crown DCP Proposal

M Crown calls for a "step down" moving east from the *corner* of Vanderbilt Avenue toward the *midblock.*

VA 053910



VA 053911

In-keeping with the M Crown study's "step down" from this site, 840 Atlantic Avenue has been designed to "step down" toward the "midblock" moving east on Atlantic Avenue. This will better ensure a consistent and contextual streetscape when the rest of the south side of Atlantic Avenue is eventually developed at lower densities and height.

Even with "more housing," 840 Atlantic will be dwarfed by numerous neighboring buildings.



VA 053912

# Additional Action to Increase Sidewalk Widths on Atlantic and Vanderbilt Avenues



SIDEWALK WIDENING (PROPOSED)



SIDEWALK WIDENING (EXISTING)

- Rezoning application would also modify text of the Zoning Resolution to permit wider sidewalks along Atlantic Avenue and Vanderbilt Avenue.
- Current Atlantic Avenue sidewalk is 12'. Approval of this rezoning application would allow development to construct a **20'**-wide sidewalk on Atlantic Avenue.
- Current Vanderbilt Avenue sidewalk is 21'. Approval of this rezoning application would allow development to construct a **29'**-wide sidewalk on Vanderbilt Avenue.

VA 053913



We believe that in addition to ground floor commercial uses, the appropriate non-residential use for this location is a community facility-type use serving as a foundation of the wider community. For all the reasons the site is a poor location for industrial users it is an amazing location for a community facility user that is a bedrock of the community:

- Busy streets, lots of pedestrians: very difficult/dangerous for industrial loading
- Wide sidewalks will allow for community/pedestrian congregating

VA 053914



We believe that in addition to ground floor commercial uses, the appropriate non-residential use for this location is a <u>community facility-type use</u> serving as a foundation of the wider community. For all the reasons the site is a poor location for industrial users it is an amazing location for a community facility user that is a bedrock of the community:

- Busy streets, lots of pedestrians: very difficult/dangerous for industrial loading
- Wide sidewalks will allow for community/pedestrian congregating

With this in mind we are currently working with a local arts-based organization to make 840 Atlantic Avenue their long-term headquarters, with space for classes and performances open to the public.

VA 053915

# 840 Atlantic Avenue Rezoning



## Thank you.