# EXHIBIT 122



# Welcome to the NYC Lobbyist Search!

**Search By**

Client

**Entity Name**

vanderbilt atlantic holdings

**Year**

2020
2019
2018
2017

**Lobbying Subject**

**Lobbying Target**

**SELECT TARGETS**

| SUBMIT | RESET |

| **Lobbyist Entity** | Hirschen Singer & Epstein LLP |
| **Lobbyist Principal Officer** | Stefanie Marazzi |

| Client Name ↓≡ | Vanderbilt Atlantic Holdings LLC |
|---|---|
| Client Principal Officer | Tom Li |
| Lobbyist Employees | Stuart Beckerman<br>Stefanie Marazzi<br>Carole Slater<br>Benjamin Stark |
| Year ↓≡ | 2021 |
| Details | Hide Details ⌃ |

## 1. Subject & Targets

## Period 1

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY AND ADJACENT PROPERTIES.

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30

NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams

## Period 2

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY AND ADJACENT
PROPERTIES.

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51

NYC Council Members Justin Brannan - District No. 43
NYC Council Members Selvena Brooks-Powers - District No. 31
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Darma V. Diaz - District No. 37
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Kevin Riley - District No. 12
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council - Committee Staff  Raju Mann
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams

## Period 3

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS
RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY AND ADJACENT
PROPERTIES.

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24

NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Selvena Brooks-Powers - District No. 31
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Darma V. Diaz - District No. 37
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Eric Dinowitz - District No. 11
NYC Council Members Oswald Feliz - District No. 15
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Kevin Riley - District No. 12
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough Pre ident  Brooklyn  Richard Bearak

## Period 4

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840

MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238 AND ADJACENT
PROPERTIES.

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Selvena Brooks-Powers - District No. 31
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Darma V. Diaz - District No. 37
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Eric Dinowitz - District No. 11
NYC Council Members Oswald Feliz - District No. 15
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Kevin Riley - District No. 12
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Mark Treyger - District No. 47

NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44

NYC Council Members Kalman Yeger - District No.
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams

## Period 5

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238 AND
ADJACENT PROPERTIES.

**Target**

City Planning Commission (CPC)  Anita Laremont
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Selvena Brooks-Powers - District No. 31
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Darma V. Diaz - District No. 37
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Eric Dinowitz - District No. 11
NYC Council Members Oswald Feliz - District No. 15
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46

NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Kevin Riley - District No. 12
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams

## Period 6

### Subject

Local Legislation (including introduction) - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND
EXECUTIVE BRANCHES OF GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT
LIMITED TO LAND USE MATTERS RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN,
NY AND ADJACENT PROPERTIES.

### Target

City Planning Commission (CPC)  Anita Laremont
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members James Gennaro - District No. 24
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Selvena Brooks-Powers - District No. 31
NYC Council Members Tiffany Caban - District No. 22
NYC Council Members David Carr - District No. 50
NYC Council Members Robert Cornegy - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Darma V. Diaz - District No. 37
NYC Council Members Ruben Diaz, Sr - District No. 18

NYC Council Members Eric Dinowitz - District No. 11
NYC Council Members Oswald Feliz - District No. 15
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Kevin Riley - District No. 12
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Inna Vernikov - District No. 48
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## 2. Compensation and Expenses

### Period 1

**Compensation**

$26,860.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

### Period 2

**Compensation**

$28,172.50

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 3

**Compensation**

$42,780.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 4

**Compensation**

$22,910.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 5

**Compensation**

$7,550.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 6

**Compensation**

$340.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

YTD Total

$128,612.50

$0.00

$0.00

$0.00

$0.00

$0.00

## 3. Additional Filings

| Statement of Registration | Client Annual Report |
|---|---|

| | |
|---|---|
| **Lobbyist Entity** ↓≡ | Hirschen Singer & Epstein LLP |
| **Lobbyist Principal Officer** | Stefanie Marazzi |
| **Client Name** ↓≡ | Vanderbilt Atlantic Holdings LLC |
| **Client Principal Officer** | Tom Li |
| **Lobbyist Employees** | Stuart Beckerman<br>Stefanie Marazzi<br>Carole Slater<br>Benjamin Stark |
| **Year** ↓≡ | 2020 |
| **Details** | Hide Details ⌃ |

## 1. Subject & Targets

### Period 1

**Subject**


**Target**


### Period 2

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council Members James Van Bramer - District No. 26

NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council - Committee Staff  Raju Mann
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## **Period 3**

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44

NYC Council - Committee Staff  Raju Mann
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 4

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS
RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21

NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 5

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS
RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Member  Margaret Chin   Di trict No  1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Corneay - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3

NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 6

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS LEGISLATIVE AND EXECUTIVE BRANCHES OF GOVERNMENT AND ALL MUNICIPALITIES THEREOF, INCLUDING BUT NOT LIMITED TO LAND USE MATTERS RELATING TO REZONING OF SITE AT 840 ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1 - District No. 1 - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Alan Gerson - District No. 1
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11

NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Laurie Cumbo - District No. 35
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## 2. Compensation and Expenses

### Period 1

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 2

**Compensation**

$2,837.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 3

**Compensation**

$4,070.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 4

**Compensation**

$3,190.00

**Total Expenses**

$0.00

**Aggregate E  pen e    or   $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 5

**Compensation**

$3,592.50

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 6

**Compensation**

$23,315.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbur ed E pen e**

$0.00

YTD Total

$37,004.50

$0.00

$0.00

$0.00

$0.00

$0.00

$0.00

## 3. Additional Filings

| Statement of Registration | Client Annual Report |
|---|---|

| | |
|---|---|
| **Lobbyist Entity** ⬇ | **Slater & Beckerman, P.C.** |
| **Lobbyist Principal Officer** | Stefanie Marazzi |
| **Client Name** ⬇ | Vanderbilt Atlantic Holdings LLC |
| **Client Principal Officer** | Tom Li |
| **Lobbyist Employees** | Stuart Beckerman<br>Stefanie Marazzi<br>Carole Slater<br>Benjamin Stark |
| **Year** ⬇ | 2020 |
| **Details** | Hide Details ⌃ |

## 1. Subject & Targets

## Period 1

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning Commi  ion (CPC)  Win  ton Von Engel

NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Member  Paul Vallone  Di trict No  19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## **Period 2**

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning Commission (CPC)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47

NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

### Period 3

**Subject**


**Target**


### Period 4

**Subject**


**Target**


### Period 5

**Subject**


**Target**


### Period 6

**Subject**


**Target**


## 2. Compensation and Expenses

### Period 1

**Compensation**

$5,225.00

**Total Expenses**

$146.95

**Aggregate Expenses < or = $75**

$59.30

**Total Itemized Lobbying Expenses > $75**

$87.65

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 2

**Compensation**

$165.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 3

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 4

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 5

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 6

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying E pen e    $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

YTD Total

$5,390.00

$146.95

$59.30

$87.65

$0.00

$0.00

## 3. Additional Filings

| | |
|---|---|
| **Statement of Registration** | **Client Annual Report** |
| **Lobbyist Termination Report** | **Client Termination Report** |

| | |
|---|---|
| **Lobbyist Entity** ↓↕ | **Slater & Beckerman, P.C.** |
| **Lobbyist Principal Officer** | Stefanie Marazzi |
| **Client Name** ↓↕ | Vanderbilt Atlantic Holdings LLC |
| **Client Principal Officer** | Tom Li |
| **Lobbyist Employees** | Stuart Beckerman<br>Ellen Hay<br>Robert Huberman<br>Raymond Levin<br>Stefanie Marazzi<br>Carole Slater<br>Benjamin Stark |
| **Year** ↓↕ | 2019 |
| **Details** | Hide Details ⌃ |

## 1. Subject & Targets

## Period 1

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238 AND ADJACENT
PROPERTIES.

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Jumaane Williams - District No. 45
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31

NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Michelle George, Ethel Tyus
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 2

### Subject

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238.

### Target

City Planning Commission (CPC)  Marissa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Member  Fernando Cabrera  Di trict No  14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Jumaane Williams - District No. 45
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Corney - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13

NYC Council Members Barry Grodenchik - District No. 23

NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Ethel Tyus, Michelle George
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 3

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Jumaane Williams - District No. 45

NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Ethel Tyus, Michelle George
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 4

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago

City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Member  Carlina Rivera   Di trict No  2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Ethel Tyus, Michelle George

Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 5

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Member  Eric Ulrich   Di trict No  32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Dancek Miller - District No. 27

NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Ethel Tyus, Michelle George
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## Period 6

**Subject**

Resolution - ALL ACTIVITIES RELATING TO NYC AND NYS
LEGISLATIVE AND EXECUTIVE BRANCHES OF
GOVERNMENT AND ALL MUNICIPALITIES THEREOF,
INCLUDING BUT NOT LIMITED TO LAND USE
MATTERS RELATING TO REZONING OF SITE AT 840
ATLANTIC AVENUE, BROOKLYN, NY 11238

**Target**

City Planning Commission (CPC)  Marisa Lago
City Planning, Department of (DCP)  Winston Von Engel
NYC Council - Committee Staff  Raju Mann
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Corney - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18

NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Farah Louis - District No. 45
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
Community Boards Brooklyn Board No. 8 Ethel Tyus, Michelle George
Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak

## 2. Compensation and Expenses

### Period 1

**Compensation**

$4,192.50

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

### Period 2

**Compensation**

$16,822.50

**Total Expenses**

$21.33

**Aggregate Expenses < or = $75**

$21.33

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 3

**Compensation**

$7,212.50

**Total Expenses**

$19.90

**Aggregate Expenses < or = $75**

$19.90

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 4

**Compensation**

$9,687.50

**Total Expenses**

$43.93

**Aggregate Expenses < or = $75**

$43.93

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate E  pen  e   Support Staff Salarie**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 5

**Compensation**

$8,739.00

**Total Expenses**

$50.69

**Aggregate Expenses < or = $75**

$50.69

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 6

**Compensation**

$2,663.50

**Total Expenses**

$108.94

**Aggregate Expenses < or = $75**

$108.94

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

YTD Total

$49,317.50

$244.79

$244.79

$0.00

$0.00

$0.00

## 3. Additional Filings

| Statement of Registration | Client Annual Report |
|---|---|

| | |
|---|---|
| **Lobbyist Entity** ↓≡ | **Slater & Beckerman, P.C.** |
| **Lobbyist Principal Officer** | Stefanie Marazzi |
| **Client Name** ↓≡ | Vanderbilt Atlantic Holdings LLC |
| **Client Principal Officer** | Tom Li |
| **Lobbyist Employees** | Stuart Beckerman<br>Ellen Hay<br>Robert Huberman<br>Raymond Levin<br>Stefanie Marazzi<br>Carole Slater<br>Benjamin Stark |
| **Year** ↓≡ | 2018 |
| **Details** | Hide Details ⌃ |

## 1. Subject & Targets

### Period 1

**Subject**

**Target**

### Period 2

**Subject**

**Target**

## Period 3

**Subject**


**Target**


## Period 4

**Subject**

Resolution - All activities relating to NYC and NYS legislative +
executive branches of government + all municipalities
thereof, including land use matters related to rezoning of
site at 840 Atlantic Avenue, Brooklyn, NY 11238

**Target**

Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak
City Planning Commission (CPC)  Marisa Lago
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Jumaane Williams - District No. 45
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Member  Andy King   Di trict No  12

NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
City Planning, Department of (DCP)  Winston Von Engel

## Period 5

### Subject

Resolution - All activities relating to NYC and NYS legislative +
executive branches of government +all municipalities
thereof, including land use matters related to rezoning of
site at 840 Atlantic Avenue, Brooklyn, NY 11238

### Target

Borough President - Brooklyn  Eric Adams
Borough President - Brooklyn  Richard Bearak
City Planning Commission (CPC)  Marisa Lago
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32
NYC Council Members Jumaane Williams - District No. 45
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35

NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
City Planning, Department of (DCP)  Winston Von Engel

## Period 6

**Subject**

Resolution - All activities relating to NYC and NYS legislative +
executive branches of government +all municipalities
thereof, including land use matters related to rezoning of
site at 840 Atlantic Avenue, Brooklyn, NY 11238

**Target**

Borough President - Brooklyn  Eric Adams
City Planning Commission (CPC)  Marisa Lago
NYC Council Members Charles Barron - District No. 42
NYC Council Members James Van Bramer - District No. 26
NYC Council Members Fernando Cabrera - District No. 14
NYC Council Members Margaret Chin - District No. 1
NYC Council Members Daniel Dromm - District No. 25
NYC Council Members Mathieu Eugene - District No. 40
NYC Council Members Peter Koo - District No. 20
NYC Council Members Karen Koslowitz - District No. 29
NYC Council Members Bradford Lander - District No. 39
NYC Council Members Stephen Levin - District No. 33
NYC Council Members Ydanis Rodriguez - District No. 10
NYC Council Members Deborah Rose - District No. 49
NYC Council Members Eric Ulrich - District No. 32

NYC Council Members Jumaane Williams - District No. 45
NYC Council Members Adrienne Adams - District No. 28
NYC Council Members Alicka Ampry-Samuel - District No. 41
NYC Council Members Diana Ayala - District No. 8
NYC Council Members Inez Barron - District No. 42
NYC Council Members Joe Borelli - District No. 51
NYC Council Members Justin Brannan - District No. 43
NYC Council Members Andrew Cohen - District No. 11
NYC Council Members Costa Constantinides - District No. 22
NYC Council Members Robert Cornegy - District No. 36 - District No. 36
NYC Council Members Laurie Cumbo - District No. 35
NYC Council Members Chaim Deutsch - District No. 48
NYC Council Members Ruben Diaz, Sr - District No. 18
NYC Council Members Rafael Espinal - District No. 37
NYC Council Members Vanessa Gibson - District No. 16
NYC Council Members Mark Gjonaj - District No. 13
NYC Council Members Barry Grodenchik - District No. 23
NYC Council Members Robert Holden - District No. 30
NYC Council Members Robert Holden - District No. 30
NYC Council Members Corey Johnson - District No. 3
NYC Council Members Ben Kallos - District No. 5
NYC Council Members Andy King - District No. 12
NYC Council Members Rory Lancman - District No. 24
NYC Council Members Mark Levine - District No. 7
NYC Council Members Alan Maisel - District No. 46
NYC Council Members Steven Matteo - District No. 50
NYC Council Members Carlos Menchaca - District No. 38
NYC Council Members Daneek Miller - District No. 27
NYC Council Members Francisco P. Moya - District No. 21
NYC Council Members Bill Perkins - District No. 9
NYC Council Members Keith Powers - District No. 4
NYC Council Members Antonio Reynoso - District No. 34
NYC Council Members Donovan Richards Jr. - District No. 31
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Carlina Rivera - District No. 2
NYC Council Members Helen Rosenthal - District No. 6
NYC Council Members Rafael Salamanca Jr. - District No. 17
NYC Council Members Ritchie Torres - District No. 15
NYC Council Members Mark Treyger - District No. 47
NYC Council Members Paul Vallone - District No. 19
NYC Council Members Kalman Yeger - District No. 44
NYC Council Members Kalman Yeger - District No. 44
City Planning, Department of (DCP)  Winston Von Engel

## 2. Compensation and Expenses

### Period 1

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate E  pen e  Support Staff Salarie**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 2

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 3

**Compensation**

$0.00

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 4

**Compensation**

$4,517.50

**Total Expenses**

$0.00

**Aggregate Expenses < or = $75**

$0.00

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 5

**Compensation**

$6,712.50

**Total Expenses**

$10.65

**Aggregate Expenses < or = $75**

$10.65

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

## Period 6

**Compensation**

$2,972.50

**Total Expenses**

$1.95

**Aggregate Expenses < or = $75**

$1.95

**Total Itemized Lobbying Expenses > $75**

$0.00

**Aggregate Expenses Support Staff Salaries**

$0.00

**Total Reimbursed Expenses**

$0.00

YTD Total

$14,202.50

$12.60

$12.60

$0.00

$0.00

$0.00

## 3. Additional Filings

| Statement of Registration | Client Annual Report |
|---------------------------|----------------------|