# EXHIBIT QQ



**APPRAISERS AND PLANNERS INC**
9 EAST 40TH STREET   NEW YORK, NY 10016
(212) 683-1122   FAX (212) 213-6120
www.appraisersandplanners.com

JAMES L. LEVY, MAI, MRICS, ASA
SHARON LOCATELL, MAI, CRE, MRICS
CHRISTIN L. PHILLIPS, MAI
ADAM L. WALD, MAI

EDWARD LEVY, ASA (1907-2004)
RUTH A. AGNESE, MAI, MRICS (1962-2013)

Carol DeMarco
Real Estate Asset Manager
U.S. Restaurant Development
McDonald's USA LLC
110 N. Carpenter Street
Chicago, Illinois 60607

September 20, 2019

RE:   McDonald's Lease Renewal
      Location Code: 31-2093
      840 Atlantic Avenue
      Brooklyn, New York 11238

*Gave copy to Tom to Tenner 9-27-19*

To Whom It May Concern:

Per your request, we have set forth an analysis to determine the Fair Market Rental Value (FMV) payable at the commencement of the first five-year renewal term for the demised ground lease Premises at 840 Atlantic Avenue, Brooklyn, New York, as of approximately April 1, 2019. Our conclusions are presented in this Restricted Appraisal Report as a Letter Opinion of Value. This report is made for the Client to whom it is addressed and all data supporting our conclusions are retained in our files. This analysis is presented below in a restricted report format.

The renewal rent is to be determined in accordance with the Ground Lease ("Lease") Agreement dated March 18, 1998 between Anthony M. Musto, ("Landlord") and McDonald's Corporation, ("Tenant") aka "the Parties".

Per Section 1 of the Lease, the Demised Premises is identified as 'the parcel of land which is located in Brooklyn, County of Kings, State of New York, having a frontage of not less than 170 feet on Atlantic Avenue, containing not less than 29,000 square feet (not including roads or public rights-of-way),being more particularly described in Exhibit A, together with all of Landlord's easement rights and appurtenances thereto,"

Per the lease Option Rent Addendum dated March 18, 1998, attached to the Ground Lease and notwithstanding anything in the Lease to the contrary, the Landlord and Tenant agree as follows:

The annual rental that shall be payable during the first extension period described in Article 13 of the Lease shall be equivalent to the greater of:

**EXHIBIT QQ**

MCD000707

A.  Eighty percent (80%) of the Fair Market Rental Value of the Demised Premises at the end of the primary term, **exclusive of any and all improvements** then existing on the Demised Premises (called the "FMV"), as determined by written agreement of Landlord and Tenant; or

B.  During the first five-year option, Tenant shall pay monthly rent of $16,032.58, or $192,391 per annum.

The Option Rent Addendum further states that "the rental value shall be established based upon a definition of Fair Market Rental Value as the price which an average well-informed tenant would pay and an average well-informed landlord would accept, exclusive of Tenant's improvements, knowing all of the uses to which the property can be put, without duress on either party."

The Option Rent Addendum further states that … "The standard market data approach technique for valuing vacant land shall be used by the appraisers. All comparable leases shall be appropriately adjusted, and the written reports shall indicate the reasons for the adjustment so made. If adequate comparable leases are not available, then a land residual technique, as defined by the American Institute of Real Estate Appraisers, shall be used."

We are specifically tasked with determining the FMV of the subject land as unimproved based on highest and best use, and in consideration of a 5-year renewal term and other provisions of the lease. We have therefore searched for comparable ground leases involving similar commercial sites for comparison to the subject property utilizing the Sales Comparison Approach as dictated by the lease. We did not undertake a residual analysis as there is a plethora of available comparable data.

The subject site is situated at the southeast corner of Atlantic Avenue and Vanderbilt Avenue in the Prospect Heights neighborhood of Brooklyn, New York. It is identified on the New York City tax maps as Block 1122, Lots, 1, 68, 71. The site is "U" shaped and comprised of approximately 29,000 square feet with frontages of 170' on Atlantic Avenue, 200' on Vanderbilt Avenue, and 45' on Pacific Street and 75' on Pacific Street, noncontiguous frontages on Pacific Street. The site is also improved with on-site parking and curb cut access from all frontages. The subject is split zoned in the M1-1 manufacturing district (22,100 square feet) and the R6B residential district (6,900 square feet). Existing improvements consist of a 1-story, free-standing, drive-thru, fast food restaurant built circa 1999 with a gross building area of approximately 3,760 square feet.

To determine the FMV of the subject site, exclusive of any and all improvements, we have researched the market for comparable ground leases. Eleven comparable ground leases and one listing of a commercial site were uncovered for this analysis. The leases were signed during the past few years through 1st quarter 2019. Lease terms, where noted, range from a 5-year renewal to 20-years. They involve commercial sites located throughout New York City with the majority located in Brooklyn. Current uses primarily include fast food restaurants and banks. Site sizes of the leases range from approximately 7,056 square feet to 37,501 square feet, revealing a median site size of 18,000 square feet. However, nine of the eleven comparable leases involve site sizes ranging from 10,778 square feet to 37,501 square feet.


APPRAISERS AND PLANNERS INC

MCD000708

Annual starting rents range from $144,232 per annum net to $380,000 per annum net, revealing a median rent of $250,000 per annum. Of the eleven leases uncovered, it is noted that only two leases have starting rents at $300,000 or above (Leases #3 and #10). The remaining nine leases have starting rents ranging from $144,232 per annum to $297,000 per annum. One comparable listing of a 16,567 square foot site at 73-01 Northern Boulevard in Queens was also uncovered. Per the Broker, the asking price for this site was $312,000 per annum. However, offers ranging from $180,000 per annum to $220,000 per annum were received, falling 30% to 42% below the current asking price. We have included this listing as an indicator of the current market.

The leases were adjusted for transactional adjustments such as market conditions (date of lease) as well as physical property adjustments such as location, site size, access, demographics, etc. Each lease has been considered and adjusted accordingly for their noted individual factors as compared to the subject property.

Based on appropriate adjustments, the ground leases reveal an adjusted rent range from approximately $260,000 per annum to $405,000 per annum. After consideration of each adjusted comparable, it is our opinion that the subject's FMV as of April 1, 2019 falls at the mid-range of the adjusted comparable leases. We have therefore concluded at FMV of $350,000 per annum net.

We have also considered a confidential offer letter from a national fast food tenant for a similar site size on a similar bi-directional artery that has direct access and visibility from the BQE in Woodside Queens. The offer involves a net ground lease for a 20-year term at a starting rent of $350,000 per annum.

### Conclusion

Per the Lease Addendum, the subject rent equates to either the greater of 80% of FMV, or $192,391.

Given the terms of the lease renewal provision which dictate the rent is based upon the greater of 80% of the FMV or $192,391, the subject's estimated rent payable for the 5 year renewal period is **$280,000 per annum ($350,000 * .80 = $280,000).**

This appraisal has been prepared in conformance with the Uniform Standards of Professional Appraisal Practice, including the Competency Provision as promulgated by the Appraisal Foundation. This appraisal is qualified by certain assumptions, limiting conditions, certifications and definitions that are set forth later in this report.



APPRAISERS AND PLANNERS INC

MCD000709

We trust this letter of opinion setting forth our fair market value estimate per the lease terms will serve your purpose and that you will call upon us if there are any items in the letter, which require further clarification. A complete appraisal will be supplied at your request. This represents our value conclusion based on the work completed through September 20, 2019.

Respectfully Submitted,

Sharon Locatell, MAI, CRE, MRICS
President

APPRAISERS AND PLANNERS INC

MCD000710



## Comparable Ground Rents - Retail

| # | Address | BBL | Tenant | Lease Start | Years | Site Area (Sq. ft.) | Traffic Count Range | Zip Code Population | Rent/Annum | Rent/SF Site | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | 840 Atlantic Avenue, see Vanderbilt Avenue, Prospect Heights, Brooklyn, NY 11238 | 1122/1, 71 | McDonald's | Mar-18 | 5-Yr Renewal | 29,000 | 30,001 - 50,000 / day | 53,089 | | | Corner site w/ five curb cuts. Access from three sides. 30 parking spaces. |
| 1 | 219-44 Hillside Avenue, southerly corner of Braddock Ave, Queens Village, NY 11427 | 10680/6 | Wendy's | May-19 | unknown | 25,226 | 15,001 - 30,000 / day | 24,799 | $250,000 | $9.91 | Corner site w/ access from both Hillside Ave and Braddock Ave. Ample on-site parking. |
| 2 | 1927 Flatbush Avenue, nec Kings Hwy, East Midwood, Brooklyn, NY 11234 | 7819/20 | Starbucks | 1Q '19 | unknown | 8,848 | 15,001 - 30,000 / day | 90,056 | $215,000 | $24.30 | Landlord delivered 1,600 SF shell bldg. Rent increases to $240,000/annum in 2020 NNN. Corner site w/ two curb cuts. Access from Flatbush and Kings Hwy/Sve Rd. Heavy traffic @ traffic light. 10 parking spaces. Notable b/c it's a drive thru, but it's sure is not comparable. |
| 3 | 2154 Hylan Boulevard, eastern block front btw Midland & Zwicky Aves, Staten Island, NY 10306 | 3691/11, 1 | McDonald's | May-18 | 20-yr Amended/ Expansion plus options thru 12/2058 | 37,501 | 50,001 - 100,000 / day | 56,306 | $380,000 | $10.13 | Original lease in 2015 involved lot 11. Lease was amended to include Lot 1 for better drive thru access. Frontages on three sides. |
| 4 | 1600 Bruckner Boulevard, sec Morrison Ave, thru to Story Ave, Soundview, Bronx, NY 10473 | 3653/50 | McDonald's | Oct-17 | 20 plus options thru 10/2057 | 11,000 | 15,001 - 30,000 / day | 62,058 | $219,000 | $19.91 | Rent increases 10% every 5-yrs. Pad site to strip center anchored by Auto Parts. One curb cut for drive-thru window. Second access from main entrance to shopping center. Ample parking. |
| 5 | 7602 Flatlands Avenue, southern block front btw E77th St & Paerdegat Ave, Canarsie, Brooklyn, NY 11236 | 8013/1 | McDonald's | Jun-17 | 20 plus options thru 6/2052 | 18,000 | 15,001 - 30,000 / day | 97,695 | $234,000 | $13.00 | Rent increases 10% every 5-yrs. Closed for renovations. Two traffic lights, one on each corner on Flatlands. Three curb cuts. Access from three sides. |
| 6 | 194-14 Linden Boulevard, sec 195th St, St Albans, Queens, NY 11412 | 12610/15 | Burger King | Mar-17 | 20 | 10,778 | 6,001 - 15,000 / day | 36,548 | $144,232 | $13.38 | Landlord delivered shell bldg. Access only from Linden Blvd w/ two curb cuts. 8 Parking spaces. No traffic light. No curb cut on 195th St. |

5

MCD000711



## Comparable Ground Rents - Retail

| # | Address | BBL | Tenant | Lease Start | Years | Site Area (Sq. ft.) | Traffic Count Range | Zip Code Population | Rent/Annum | Rent/SF Site | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | 840 Atlantic Avenue, sec Vanderbilt Avenue, Prospect Heights, Brooklyn, NY 11238 | 1122/1,71 | McDonald's | Mar-18 | 5-Yr Renewal | 29,000 | 30,001 - 50,000 / day | 53,089 | | | Corner site w/ five curb cuts. Access from three sides. 30 parking spaces. |
| 7 | 68-01 Northern Boulevard, northern block front btw 68th & 69th Sts, Woodside, Queens, NY 11377 | 1164/45 | Burger King | Jul-16 | 5-Yr Renewal | 21,025 | 15,001 - 30,000 / day | 93,955 | $290,000 | $13.79 | Tenant has been in place since 1975. This lease represents the last renewal option. Corner site at traffic light. Two curb cuts. |
| 8 | 957 Marcy Avenue, nec Fulton St, Bedford Stuyvesant, Brooklyn, NY 11216 | 1854/1 | TD Bank | Bank opened 2015 | unknown | 7,056 | up to 6,000 / day | 59,347 | $230,000 | $32.60 | NNN. Corner site improved w/ pedestrian plaza. There is a traffic light, but No curb cuts. Busy pedestrian area, across from New Rochelle College. Nostrand train station two blocks away. Notable location, but site is not comparable. |
| 9 | 1656 Utica Avenue, btw Aves H & L, Flatlands, Brooklyn, NY 11234 | 7753/58 | McDonald's | 2015 amendment | 15 plus options thru 11/2055 | 27,000 | 15,001 - 30,000 / day | 90,056 | $297,000 | $11.00 | Rent increases 8.5% every 5-yrs. "L" shaped site. Access from Utica and Avenue H. Three curb cuts. 35 parking spaces. |
| 10 | 1715 Bedford Avenue, nec Sullivan Pl, Crown Heights, Brooklyn, NY 11225 | 1304/1 | TD Bank | Bank opened 2014 | unknown | 18,494 | 6,001 - 15,000 / day | 61,125 | $300,000 | $16.22 | NNN. Corner site at traffic light. Three curb cuts. Bi-directional access from both Bedford Ave and Sullivan Pl. 13 Parking spaces. |
| 11 | 968 4th Avenue, swc 37th St, Sunset Park, Brooklyn NY 11232 | 700/32 | McDonald's | 4/1/2014 | 20 plus options | 14,375 | 30,001 - 50,000 / day | 32,329 | $287,496 | $20.00 | Corner site at traffic w/ on-site parking. Access from both 4th Ave & 37th St. Rent increases 10% every 5-years. Effrent 4/1/2019 is $316,250. |
| | | | | | MIN | 7,056 | | | $144,232 | $9.91 | |
| | | | | | MAX | 37,501 | | | $380,000 | $32.60 | |
| | | | | | MEDIAN | 18,000 | | | $250,000 | $13.79 | |
| L-1 | 73-01 Northern Boulevard, nec 73rd St, Jackson Heights, Queens, NY 11372 | 1169/49 | Vacant IHOP | Listing | | 16,567 | 30,001 - 50,000 / day | 69,931 Offer | $180,000 | $10.86 | LL was in contract for $280k, but deal fell through due to financing. Broker has new offers from $180k - $220k/annum NNN. LL is planning to demolish bldg. Corner site at traffic light. Two curb cuts. Access |
| | | | | | | | | Offer | $220,000 | $13.28 | |

6

MCD000712

## APPRAISAL PROBLEM

We have been requested to estimate the to determine the Fair Market Rental Value (FMV) payable at the commencement of the first five-year renewal term for the demised ground lease Premises at 840 Atlantic Avenue, Brooklyn, New York, as of approximately April 1, 2019. We are specifically tasked with determining the FMV of the subject land as unimproved based on highest and best use, and in consideration of a 5-year renewal term and other provisions of the lease. We have therefore searched for comparable ground leases involving similar commercial sites for comparison to the subject property utilizing the Sales Comparison Approach as dictated by the lease. We did not undertake a residual analysis as there is a plethora of available comparable data.

## INTENDED USE AND INTENDED USER

The purpose of this appraisal is to estimate the FMV of the subject property per the terms of the lease. The intended use is for an appraisal proceeding involving the lease renewal.

The intended users are the client and appraisers. Our estimate has been based upon a personal inspection of the property, considering all factors which bear on or affect value of the subject property being appraised.

## DEFINITION OF MARKET VALUE

The definition of market value taken from the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Institute is as follows:

> *"Market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not effected by undue stimulus. Implicit in this definition are the consummation of a sale as of a specific date and the passing of title from seller to buyer under conditions whereby:*
>
> 1. Buyer and seller are typically motivated;
> 2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
> 3. Adequate marketing efforts are made, and a reasonable time allowed for exposure in the open market;
> 4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto;
> 5. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."


APPRAISERS AND PLANNERS INC

MCD000713

## DEFINITION OF MARKET RENT

The definition of Market Rent as published in *The Dictionary of Real Estate, Sixth Edition (2015)* by the Appraisal Institute is as follows:

"The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs)."

## EXPOSURE TIME

The definition of Exposure Time as published in *The Dictionary of Real Estate, Sixth Edition (2015)* by the Appraisal Institute is as follows:

> "1. The time a property remains on the market.
>
> 2. The estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.
>
> *Comment:* Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. (USPAP, 2016-2017 ed.)"

On the basis of our discussions with brokers knowledgeable in the subject property's market, we conclude that an appropriate exposure time needed to lease the subject property would be from 6 to 9 months.

## **DATE OF VALUE AND PROPERTY INSPECTION**

The date of value is April 1, 2019. Sharon Locatell and Ellen Benjamin inspected the subject property and environs on various dates including April 8, 2019 and June 3, 2019.



## SCOPE OF WORK

In the preparation of this report, we:

1. Conducted a physical inspection of the Subject Property and its surrounding environs;

2. Analyzed the ground lease in-place and specifically studied the Option Rent Addendum which states the terms of the renewal;

3. Studied existing economic and commercial/retail conditions for the larger market area, other comparable market areas, as well as the Subject's specific Atlantic Avenue corridor;

4. Undertook confirmation of trends and lease data via conversations with multiple brokers who specialize in leasing within the Subject's market area and comparable market areas;

5. Analyzed the actual lease data, and listing(s) available which were uncovered for comparable premises located within comparable areas to the Subject's specific market; and

6. Estimated a Fair Market Rental value (FMV) per the terms of the lease as of April 1, 2019, setting forth our analyses and conclusions of the market value of the Subject Premises.


APPRAISERS AND PLANNERS INC

MCD000715

# ADDENDA – INDIVIDUAL LEASES

APPRAISERS AND PLANNERS INC.

MCD000716



| | Subject | |
|---|---|---|
| Tenant | **McDonald's** | |
| Address | 840 Atlantic Avenue, sec Vanderbilt Avenue, Prospect Heights, Brooklyn, NY 11238 | |
| BBL | 1122/1, 68, 71 | |

**SUBJECT PHOTO**

**LEASE DATA**

| Lease Term | 5-Yr Renewal |
|---|---|
| Site Size (Sq Ft) | 29,000 |
| Traffic Count Range | 30,001 - 50,000 / day |
| Zoning | Split M1-1 R6B |
| Population | 53,089 |

**ZONING / TAX MAP**

**COMMENTS**

Corner site, "U" shaped w/ five curb cuts. Access from three sides. 30 parking spaces.

11

APPRAISERS AND PLANNERS INC

MCD000717

## 1

| | |
|---|---|
| Tenant | Wendy's |
| Address | 219-44 Hillside Avenue, southerly corner of Braddock Ave, Queens Village, NY 11427 |
| BBL | 10680/6 |

### PHOTO



### LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | 5/1/2019 | Rent / Annum | $250,000 |
| Lease Term | unknown | Rent / SF | $9.91 |
| Site Size (Sq Ft) | 25,226 | | |
| Zoning | R2, C1-2 | | |
| Traffic Count Range | 15,001 - 30,000 / day | | |
| Population | 24,799 | | |

### ZONING / TAX MAP

12

APPRAISERS AND PLANNERS INC

MCD000718



APPRAISERS AND PLANNERS INC

MCD000719