3

| | |
|---|---|
| Tenant | McDonald's |
| Address | 2154 Hylan Boulevard, eastern block front btw Midland & Zwicky Aves, Staten Island, NY 10306 |
| BBL | 3691/11, 1 |

**PHOTO**



**LEASE DATA**

| | | | |
|---|---|---|---|
| Lease Date | 5/10/2018 | Rent / Annum | $380,000 |
| Lease Term | 20-yr Amended/ Expansion | Rent / SF | $10.13 |
| Site Size (Sq Ft) | 37,501 | | |
| Zoning | R3-2, C2-1 | | |
| Traffic Count Range | 50,001 - 100,000 / day | | |
| Population | 56,306 | | |

**ZONING / TAX MAP**

14

APPRAISERS AND PLANNERS INC

MCD000720

## 4

| | |
|---|---|
| Tenant | **McDonald's** |
| Address | 1600 Bruckner Boulevard, sec Morrison Ave, thru to Story, Ave, Soundview, Bronx, NY 10473 |
| BBL | 3653/50 |

### PHOTO



### LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | 10/31/2017 | Rent / Annum | $219,000 |
| Lease Term | 20 | Rent / SF | $19.91 |
| Site Size (Sq Ft) | 11,000 | | |
| Zoning | C4-2 | | |
| Traffic Count Range | 15,001 - 30,000 / day | | |
| Population | 62,058 | | |

### ZONING / TAX MAP

15

APPRAISERS AND PLANNERS INC

MCD000721

**5**

| | |
|---|---|
| Tenant | McDonald's |
| Address | 7602 Flatlands Avenue, southern block front btw E77th St & Paerdegat Ave, Canarsie, Brooklyn, NY 11236 |
| BBL | 8013/1 |

### PHOTO



### LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | 6/4/2017 | Rent / Annum | $234,000 |
| Lease Term | 20 | Rent / SF | $13.00 |
| Site Size (Sq Ft) | 18,000 | | |
| Zoning | R5D, C2-3 | | |
| Traffic Count Range | 15,001 - 30,000 / day | | |
| Population | 97,695 | | |

### ZONING / TAX MAP

16

APPRAISERS AND PLANNERS INC

MCD000722

**6**

| | |
|---|---|
| Tenant | Burger King |
| Address | 194-14 Linden Boulevard, sec 195th St. St Albans, Queens, NY 11412 |
| BBL | 12610/15 |

### PHOTO



### LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | 3/1/2017 | Rent / Annum | $144,232 |
| Lease Term | 20 | Rent / SF | $13.38 |
| Site Size (Sq Ft) | 10,778 | | |
| Zoning | R5B, C2-3 | | |
| Traffic Count Range | 6,001 - 15,000 / day | | |
| Population | 36,548 | | |

### ZONING / TAX MAP

17

APPRAISERS AND PLANNERS INC

MCD000723

**7**

| | |
|---|---|
| Tenant | Burger King |
| Address | 68-01 Northern Boulevard, northern block front btw 68th & 69th Sts, Woodside, Queens, NY 11377 |
| BBL | 1164/45 |

**PHOTO**



**LEASE DATA**

| | | | |
|---|---|---|---|
| Lease Date | 7/1/2016 | Rent / Annum | $290,000 |
| Lease Term | 5-Yr Renewal | Rent / SF | $13.79 |
| Site Size (Sq Ft) | 21,025 | | |
| Zoning | R4, C1-2 | | |
| Traffic Count Range | 15,001 - 30,000 / day | | |
| Population | 93,955 | | |

**ZONING / TAX MAP**

18

APPRAISERS AND PLANNERS INC

MCD000724

**8**

| | |
|---|---|
| Tenant | TD Bank |
| Address | 957 Marcy Avenue, nec Fulton St, Bedford Stuyvesant, Brooklyn, NY 11216 |
| BBL | 1854/1 |

PHOTO



LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | Bank opened 2015 | Rent / Annum | $230,000 |
| Lease Term | unknown | Rent / SF | $32.60 |
| Site Size (Sq Ft) | 7,056 | | |
| Zoning | R7D, C2-4 | | |
| Traffic Count Range | up to 6,000 / day | | |
| Population | 59,347 | | |

ZONING / TAX MAP

19

APPRAISERS AND PLANNERS INC

MCD000725

### 9

| | | | |
|---|---|---|---|
| Tenant | McDonald's | | |
| Address | 1656 Utica Avenue, btw Aves H & I, Flatlands, Brooklyn, NY 11234 | | |
| BBL | 7753/58 | | |

**PHOTO**



**LEASE DATA**

| | | | |
|---|---|---|---|
| Lease Date | 2015 amendment | Rent / Annum | $297,000 |
| Lease Term | 15 | Rent / SF | $11.00 |
| Site Size (Sq Ft) | 27,000 | | |
| Zoning | C8-1, R4, C1-2 | | |
| Traffic Count Range | 15,001 - 30,000 / day | | |
| Population | 90,056 | | |

**ZONING / TAX MAP**

20

APPRAISERS AND PLANNERS INC

MCD000726

**10**

| | |
|---|---|
| Tenant | **TD Bank** |
| Address | 1715 Bedford Avenue, nec Sullivan Pl, Crown Heights, Brooklyn, NY 11225 |
| BBL | 1304/1 |

**PHOTO**



**LEASE DATA**

| | | | |
|---|---|---|---|
| Lease Date | Bank opened 2014 | Rent / Annum | $300,000 |
| Lease Term | unknown | Rent / SF | $16.22 |
| Site Size (Sq Ft) | 18,494 | | |
| Zoning | R6, C2-3 | | |
| Traffic Count Range | 6,001 - 15,000 / day | | |
| Population | 61,125 | | |

**ZONING / TAX MAP**

21

APPRAISERS AND PLANNERS INC

MCD000727

## 11

| | |
|---|---|
| Tenant | McDonald's |
| Address | 968 4th Avenue, swc 37th St, Sunset Park, Brooklyn, NY 11232 |
| BBL | 700/32 |

### PHOTO



### LEASE DATA

| | | | |
|---|---|---|---|
| Lease Date | 4/1/147 | Rent / Annum | $287,496 |
| Lease Term | 20 plus options | Rent / SF | $20.00 |
| Site Size (Sq Ft) | 14,375 | | |
| Zoning | M1-2D | | |
| Traffic Count Range | 30,001 - 50,000 / day | | |
| Population | 32,329 | | |

### ZONING / TAX MAP

AP
APPRAISERS
AND PLANNERS INC



APPRAISERS AND PLANNERS INC

MCD000729

## CERTIFICATION

1. I, the undersigned appraiser, certify that, to the best of our knowledge and belief:

2. The statements of fact contained in this report are true and correct;

3. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, unbiased professional analyses, opinions and conclusions;

4. Sharon Locatell inspected the subject property.

5. I have no present interest in the subject property described in this report. I have no personal bias with respect to the parties involved; the projected values, or any information contained within the report.

6. Compensation is not contingent on any action or event resulting from the analyses, opinions or conclusions in, or the use of, this report;

7. That this appraisal was not based on a requested minimum valuation, a specific valuation or the approval of a loan;

8. Analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Conduct of the Appraisal Institute;

9. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives;

10. As of the date of this report, Sharon Locatell, MAI, Certified General Appraiser has completed the requirements under the continuing education program of the Appraisal Institute. Ellen Benjamin is a Practicing Affiliate of the Appraisal Institute who, as of the date of this report, has completed the continuing education program for Practicing Affiliates of the Appraisal Institute.

11. Sharon Locatell has performed no services, as an appraiser or in any other capacity, regarding the subject property within the three-year period immediately preceding this assignment; and

12. Ellen Benjamin provided significant assistance in preparing this report.

Respectfully Submitted,

*[signature: Sharon Locatell]*

Sharon Locatell, MAI, CRE, MRICS
President
NY # 46000007350


APPRAISERS AND PLANNERS INC

## UNDERLYING ASSUMPTIONS AND CONTINGENT CONDITIONS

For the purpose of this appraisal, except as otherwise stated in the appraisal report, it is assumed:

1. That the legal description is correct.
2. That the title to the property is legally sufficient.
3. That there are no encumbrances or defects of title.
4. That the property is free and clear of all liens.
5. That the property will be efficiently managed and properly maintained.
6. That there are no structural conditions which are not apparent.
7. That there are no sub-surface soil conditions which would cause extraordinary development costs.

The appraisal is made subject to the following contingent conditions:

1. That no liability is assumed because of inaccuracies or errors in information furnished by others.
2. That no liability is assumed as a result of matters of legal character affecting the property, such as title defects, encroachments, liens, overlapping boundaries, party wall agreements, and easements.
3. Unless otherwise stated in this report, the existence of hazardous material, which may or may not be present on the property, was not observed by the appraiser, and the appraiser has no knowledge of the existence of such materials on or in the property. The appraiser, however, is not qualified to detect such substances. The presence of substances such as asbestos, urea-formaldehyde foam insulation or other potentially hazardous materials may affect the value of the property. Except as otherwise stated in the appraisal report, the value indication is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired.
4. This appraisal is to be used in whole and not in part. The appraisal is invalid if so used.
5. That no survey, structural or sub-surface soil investigation was made of the property by the appraiser.
6. The appraiser herein by reason of this appraisal is not required to give testimony in court with reference to the subject property unless otherwise previously arranged.
7. Possession of this report, or a copy thereof, does not carry with it the right of publication, nor may it be used for any purpose by anyone but the applicant without the previous written consent of the appraiser.

25


APPRAISERS AND PLANNERS INC

MCD000731

8. Present worth of the purchasing power of the dollar.

9. This appraisal was made for the purpose stated and should not be used for any unrelated purpose.

10. Each finding, prediction, assumption or conclusion contained in the appraisal report is the appraiser's personal opinion and is not an assurance that an event will or will not occur. Except as otherwise stated in the appraisal report, we assume that there are no conditions relating to the real estate, sub-soil or structures located on the real estate which would affect the appraiser's analyses, opinions or conclusions with respect to the real estate that are not apparent.

11. Neither all nor any part of the contents of the appraisal report (especially the conclusions as to value, the identity of the appraiser, references to the Appraisal Institute or references to the MAI or SRA designations) shall be disseminated to the public through advertising media, public relations media, news media, sales media or other public means of communication without the prior written consent and approval of the appraiser.

12. Appraisers and Planners, Inc. has not made a specific compliance survey and analysis of the property to determine whether or not it is in conformity with the various detailed requirements of the Americans with Disabilities Act (ADA, effective January 16, 1992). It is possible that a compliance survey of the property and a detailed analysis of the ADA requirements may reveal that the property is not in compliance with one or more requirements. If so, this fact might have a negative effect upon the value of the property. Appraisers and Planners, Inc. is not an ADA expert and has no direct evidence relating to this issue. This report does not reflect possible non-compliance with the ADA or its potential negative effect on the concluded value herein.



MCD000732

## SHARON LOCATELL, MAI, CRE, MRICS - PRESIDENT
## APPRAISERS & PLANNERS, INC.

Sharon Locatell is President of Appraisers & Planners, Inc. headquartered in New York City. She is the former Executive Director of Brown Harris Stevens Appraisal & Consulting, LLC, where she headed the division for 18 years. Appraisers & Planners is a general appraisal and consulting business. Ms. Locatell has nearly 30 years of experience in real estate valuation and consulting with a diversified background in terms of property type, and services offered. She is actively involved in market value appraisals, consulting assignments, arbitration proceedings, purchase price allocation studies, estate work, litigation support and expert witness testimony, and investment advisory consultation.

Sharon Locatell has acted as real estate appraiser and/or consultant to Rudin Management Company, Cord Meyer Development LLC, Jack Resnick & Sons, Inc., The LeFrak Organization Inc., The Shubert Organization, Richemont, New York Racing Association, Inc., Titan Capital, Emerald Creek Capital, Piaget, Roman Catholic Archdiocese of New York, Yeshiva University, Lord & Taylor, Wien & Malkin, Consolidated Edison, Friedman LLP, Rockefeller Center, GAP Inc., General Accident, as well as other institutions, corporations and individuals. Her valuations have also included Rockefeller Center and the MesseTurm in Frankfurt, Germany, one of Europe's tallest office buildings.

Sharon Locatell has testified as an expert witness in Federal District Court on numerous occasions, and in various local and state courts. She is also active as an arbitrator.

Ms. Locatell has experience in both consultation and valuation of all types of properties including commercial, residential, retail, industrial, vacant land, as well as lease analysis, and feasibility studies.

### EDUCATION

Gettysburg College  
Gettysburg, Pennsylvania  
Bachelor of Arts (BA)  
(1984-1988)

University of Florida  
Graduate School of Business Administration  
Masters Degree (MA)  
Real Estate and Urban Analysis  
(1988-1990)

### PROFESSIONAL AFFILIATIONS

Member of Appraisal Institute **MAI**  
2015 President of the New York Metropolitan Chapter  
Member - Counselors of Real Estate - **CRE**  
Member – Royal Institution of Chartered Surveyors – **MRICS**  
Member - Real Estate Board of New York  
New York State Certified General Real Estate Appraiser #46000007350  
New Jersey State Certified General Real Estate Appraiser #42RG00196800  
Connecticut State Certified General Real Estate Appraiser #RCG0001066


APPRAISERS AND PLANNERS INC

MCD000733