UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MCDONALD'S CORPORATION,

                      Plaintiff,              19 Civ. 06471 (DLI) (SLT)

       v.

VANDERBILT ATLANTIC
HOLDINGS LLC,

                      Defendant.
-------------------------------------------------------X

# INDEX OF MOTION PAPERS SUBMITTED TO THE COURT IN CONNECTION WITH DEFENDANT VANDERBILT ATLANTIC HOLDINGS LLC'S MOTION FOR SUMMARY JUDGMENT
[Dkt Nos. 66, 67, 68, 69]

| Binder No. | Binder Tab | Defendant's Moving Papers |
|---|---|---|
| 1 of 4 | 1 | Defendant's Notice of Motion for Summary Judgment, dated July 29, 2022 |
| 1 of 4 | 2 | Statement Pursuant to FRCP 56 and Local Rule 56.1 in Support of Motion for Summary Judgment, dated July 29, 2022 |
| 1 of 4 | 3 | Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated July 29, 2022 |
| 1 of 4 | 4 | Declaration of Pinchus "Sam" Rottenberg, dated July 28, 2022 |
| 1 of 4 | 5 | Declaration of Thomas J. Tener, dated July 26, 2022 |
| 2 of 4 | 6 | Declaration of Howard S. Koh dated July 29, 2022 |

| Binder No. | Binder Tab | Plaintiff's Opposition Papers |
|---|---|---|
| 3 of 4 | 7 | Plaintiff McDonald's Corporation's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, dated August 26, 2022 |
| 3 of 4 | 8 | Plaintiff McDonald's Corporation's Response to Defendant's Rule 56.1(a) Statement and Statement of Additional Material Facts in Dispute Pursuant to Rule 56.1(b), dated August 26, 2022 |
| 3 of 4 | 9 | Declaration of Sharon Locatell, MAI, CRE, MRICS, dated June 8, 2022 |
| 3 of 4 | 10 | Declaration of Brendan M. Walsh in Opposition to Defendant's Motion for Summary Judgment, dated August 26, 2022 |

| Binder No. | Binder Tab | Defendant's Reply Papers |
|---|---|---|
| 4 of 4 | 11 | Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated September 8, 2022 |
| 4 of 4 | 12 | Reply Declaration of Pinchus "Sam" Rottenberg, dated September 6, 2022 |
| 4 of 4 | 13 | Declaration of Stephen B. Meister, dated September 8, 2022 |