

Denise Alvarez
Partner
370 Lexington Avenue, Suite 505
New York, NY 10017
Direct: 201.270.4946
Fax: 201.488.5556
dalvarez@pashmanstein.com

January 7, 2025

**<u>Via ECF</u>**
Judge Dora L. Irizarry
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *McDonald's Corporation v. Vanderbilt Atlantic Holdings, LLC*
      Case No: 19-cv-6471-DLI-ST

Dear Judge Irizarry:

The parties submit this letter in accordance with the Court's November 15, 2024 minute entry.

First, on December 11, 2024, the parties met and conferred about the possibility of agreeing to either (1) participate in the EDNY mediation program, or (2) engage the third appraiser and have the three appraisers work collaboratively to try to reach agreement on the fair market rental value for the property. Unfortunately, the parties were unable to reach agreement on either issue and, therefore, request that the trial proceed as scheduled on February 3-6 and February 10-11, 2025.

Second, at and after the meet and confer, the parties resolved some of their evidentiary disputes. However, certain issues remain outstanding and the parties will submit a revised Joint Pre-Trial Order for Your Honor's consideration.

We look forward to discussing these matters further with Your Honor on January 15.

Respectfully submitted,

Denise Alvarez
Brendan M. Walsh
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
*Counsel for Plaintiff McDonald's Corporation*

Joshua D. Bernstein
Benjamin R. Joelson
Tara Raghavan
AKERMAN, LLP
1251 Avenue of the Americas, 37th Floor


New York, NY 10020
*Counsel for Defendant Vanderbilt Atlantic Holdings, LLC*