

**Denise Alvarez**
Partner
370 Lexington Avenue
Suite 505
New York, NY 10017
Fax: 201.488.5556
dalvarez@pashmanstein.com

February 11, 2025

**VIA ECF**
Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *McDonald's Corp. v. Vanderbilt Atlantic Holdings LLC*, No. 19-cv-6471

Dear Judge Irizarry:

Counsel for Plaintiff McDonald's Corporation and Counsel for Defendant Vanderbilt Atlantic Holdings, LLC jointly submit this letter in response to the Court's text Order of yesterday's date regarding the parties' failure to file motions *in limine* by February 5, 2025.

In accordance with the bundle rule set forth in Section IV.F.1 of Your Honor's Individual Motion Practice and Rules for Civil Cases, Plaintiff served its motion *in limine* on Defendant Vanderbilt Atlantic Holdings, LLC by the Court-ordered deadline of February 5, 2025. Please see the attached email and cover letter serving the motion papers on Vanderbilt's counsel on February 5, 2025. Plaintiff did not file the motion on that date because the Court's January 15, 2025 Order did not direct that the motions *in limine* be filed by February 5 and Plaintiff understood the bundle rule to prohibit its filing "until the motion has been briefed fully." However, in accordance with Your Honor's text Order of yesterday's date, Plaintiff will file its motion with the Court today.

Additionally, to clarify, Defendant will not be filing a motion *in limine* to exclude Plaintiff's exhibits 114, 115 and 116, which were Vanderbilt's answer with counterclaims, amended answer with counterclaims, and Second Circuit brief, respectively. The parties agreed to execute additional stipulations of fact, quoting certain portions of those pleadings and the brief. The additional stipulations obviate the need for McDonald's to enter the pleadings into evidence and McDonald's will not be seeking to use those documents at trial and will remove them from its exhibit list. Accordingly, Vanderbilt no longer needs to file a motion *in limine*. Counsel for the parties jointly informed the Court of this agreement in its February 4, 2025 letter, which enclosed a copy of the stipulation (ECF 108).

We apologize for any confusion on this issue and respectfully request that the briefing deadlines remain as those set forth in the January 15 Order, with opposition papers due on February 26, 2025 and reply papers due on March 19, 2025.

We thank the Court for its time and consideration.

Respectfully submitted,

| | |
|---|---|
| */s/ Denise Alvarez* | */s/ Benjamin R. Joelson* |
| Denise Alvarez | Joshua D. Bernstein |
| Brendan M. Walsh | Benjamin R. Joelson |
| PASHMAN STEIN WALDER HAYDEN, P.C. | Tara Raghavan |
| Court Plaza South | Kathleen Prystowsky |
| 21 Main Street, Suite 200 | AKERMAN, LLP |
| Hackensack, NJ 07601 | 1251 Avenue of the Americas, 37th Floor |
| *Counsel for Plaintiff McDonald's Corporation* | New York, NY 10020 |
| | *Counsel for Defendant Vanderbilt Atlantic Holdings, LLC* |

Encl.

|  |  |
|---|---|
| **From:** | Denise Alvarez |
| **To:** | joshua.bernstein@akerman.com; benjamin.joelson@akerman.com; kathleen.prystowsky@akerman.com; tara.raghavan@akerman.com; elizabeth.puccio-williams@akerman.com |
| **Cc:** | Brendan M. Walsh |
| **Subject:** | McDonald"s Corp. v. Vanderbilt Atlantic Holdings, Case No. 1:19-cv-06471 |
| **Date:** | Wednesday, February 5, 2025 5:25:00 PM |
| **Attachments:** | 2025.02.05 Letter Encl. Motion in Limine to Preclude Emails.pdf  2025.02.05 NOM to Preclude Emails.pdf  2025.02.05 MOL to Preclude Hearsay Emails.pdf  2025.02.05 Alvarez Declaration in Support of Motion in Limine with Exhs. 1-6.pdf  image001.png |

Counsel:

Please see the attached motion *in limine*. In accordance with Judge Irizarry's bundling rule, we will file the moving, opposition and reply papers together on the reply deadline.

Regards,
Denise

**Denise Alvarez**
Partner
Pashman Stein Walder Hayden, P.C.

201.270.4946 Direct
dalvarez@pashmanstein.com

Court Plaza South, 21 Main Street, Suite 200, Hackensack, NJ 07601

201.488.8200 | 201.488.5556 Fax | **pashmanstein.com**




Denise Alvarez
Partner
370 Lexington Avenue
Suite 505
New York, NY 10017
Fax: 201.488.5556
dalvarez@pashmanstein.com

February 5, 2025

<u>**VIA EMAIL**</u>
Joshua D. Bernstein, Esq.
Benjamin R. Joelson, Esq.
Kathleen M. Prystowsky, Esq.
Tara L. Raghavan, Esq.
Elizabeth Puccio-Williams, Esq.
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

        *Re: McDonald's Corp. v. Vanderbilt Atlantic Holdings LLC*, No. 1:19-cv-6471

Dear Counsel:

As you know, this firm represents Plaintiff McDonald's Corporation in the above-referenced matter. Pursuant to the Court-ordered briefing schedule entered on January 15, 2025, McDonald's hereby serves the following documents on Defendant Vanderbilt Atlantic Holdings LLC in support of its motion *in limine* to preclude the admission of certain emails into evidence

1. Notice of Motion *in Limine* to Preclude the Admission of Certain Emails into Evidence, dated February 5, 2025;

2. Memorandum of Law in Support of Motion *in Limine* to Preclude the Admission of Certain Emails into Evidence, dated February 5, 2025;

3. Declaration of Denise Alvarez in Support of Motion *in Limine* to Preclude the Admission of Certain Emails into Evidence, dated February 5, 2025, with accompanying exhibits.

        Sincerely,

        /s/ Denise Alvarez