UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MCDONALD'S CORPORATION, | : | No. 1:19-cv-06471-DLI-ST |
| | : | |
| | : | **NOTICE OF MOTION *IN LIMINE* TO** |
| Plaintiff, | : | **PRECLUDE THE ADMISSION OF** |
| | : | **CERTAIN EMAILS INTO EVIDENCE** |
| v. | : | |
| | : | Oral Argument Requested |
| VANDERBILT ATLANTIC HOLDINGS | : | |
| LLC, | : | Date of Service: February 5, 2025 |
| | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Denise Alvarez, dated February 5, 2025, and the exhibits attached thereto, and all other papers and proceedings in this matter, Plaintiff McDonald's Corporation, by and through its undersigned counsel, Pashman Stein Walder Hayden, P.C., will move before the Honorable Dora L. Irizarry, United States District Judge for the Eastern District of New York, on a date and time to be determined by the Court, for an order precluding the admission of Exhibits KK, AAA, BBB, and OOO identified in the Amended Proposed Joint Civil Pretrial Order, dated January 3, 2025 [ECF No. 106], and any further relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court-ordered briefing schedule, opposition papers must be served upon the undersigned on or before February 26, 2025, and reply papers must be served on or before March 19, 2025.

Dated: February 5, 2025               **PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Denise Alvarez*
Denise Alvarez, Esq.
Brendan M. Walsh, Esq.
The Woolworth Building
233 Broadway, Suite 820
New York, NY 10279
(201) 488-8200
bwalsh@pashmanstein.com
dalvarez@pashmanstein.com

*Attorneys for Plaintiff McDonald's Corporation*