

Joshua D. Bernstein

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6452
T: 212 880 3800
F: 212 880 8965

January 26, 2026

**VIA ECF**
Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *McDonald's Corp. v. Vanderbilt Atlantic Holdings LLC*, No. 19-cv-06471-DLI-ST

Dear Judge Irizarry:

      Counsel for Plaintiff McDonald's Corporation and Counsel for Defendant Vanderbilt Atlantic Holdings LLC jointly submit this letter to request Court approval to bring laptops, cell phones and other electronic material (e.g. iPads, monitors, HDMI switchers, etc.) into the Courthouse during our trial in the above-referenced matter, starting February 9, 2026, through the end of trial, for the following individuals:

1. Denise Alvarez (Plaintiff's Attorney)
2. Brendan M. Walsh (Plaintiff's Attorney)
3. Stacy Howard (Plaintiff's in-house Attorney)
4. Wendy Newkirk (Plaintiff's in-house Attorney)
5. Joshua Bernstein (Defendant's Attorney)
6. Benjamin Joelson (Defendant's Attorney)
7. Kathleen Prystowsky (Defendant's Attorney)
8. Tara Raghavan (Defendant's Attorney)
9. Alexandra Getsos (Defendant's Attorney)
10. William Craddock (Consultant, Defendant)

      We thank you for your consideration of this request.

Respectfully submitted,

*/s/ Denise Alvarez*                     */s/ Benjamin R. Joelson*
Denise Alvarez                               Joshua D. Bernstein
Brendan M. Walsh                  Benjamin R. Joelson

| PASHMAN STEIN WALDER HAYDEN, P.C.<br>Court Plaza South<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br><br>*Counsel for Plaintiff McDonald's Corporation* | Kathleen M. Prystowsky<br>Tara L. Raghavan<br>Alexandra N. Getsos<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, NY 10020<br><br>*Counsel for Defendant Vanderbilt Atlantic Holdings LLC* |
|---|---|