

Benjamin R. Joelson

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 880 3815
T: 212 880 3800
F: 212 880 8965
benjamin.joelson@akerman.com

February 3, 2026

**VIA ECF**

Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *McDonald's Corp. v. Vanderbilt Atlantic Holdings LLC*, No. 19-cv-06471-DLI-ST

Dear Judge Irizarry:

  Counsel for Defendant Vanderbilt Atlantic Holdings LLC submits this letter in furtherance of the parties' joint letter request for access to electronic devices during the upcoming trial in this matter and in response to the Court's request for clarification regarding Defendant's use of a trial consultant.

  Defendant has retained William Craddock of TrustTech Legal, LLC to assist counsel with technology issues and the presentation of exhibits during trial. Mr. Craddock will effectively act as a "hot seater," managing the display of exhibits during direct and cross-examination. While exhibits will be available to witnesses in exhibit binders provided by counsel, Defendant also intends to avail itself of the technological capabilities of the courtroom and present evidence electronically for ease of reference and viewing.

  Defendant's counsel has retained TrustTech Legal, LLC in many other trials over the past five years and finds that Mr. Craddock's services help avoid unnecessary delays and minimize interruptions, allowing counsel to focus on questioning the witness rather than on technical matters.

  For the court's reference, Mr. Craddock's LinkedIn page is annexed to this letter. Additionally, the website information for TrustTech Legal, LLC is available here: https://trusttechlegal.com/. We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ *Benjamin R. Joelson*
Joshua D. Bernstein
Benjamin R. Joelson
Kathleen M. Prystowsky
Tara L. Raghavan
Alexandra N. Getsos
AKERMAN, LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020

*Counsel for Defendant Vanderbilt Atlantic Holdings LLC*

 



Trust. Verified.



# Bill Craddock

Principal Trial Consultant at TrustTech Legal

Greater Philadelphia

315 followers · 314 connections

 TrustTech Legal, LLC

 Rochester Institute of Technology

Join to view profile

## Activity



I recently received the LinkedIn message below from a former…

Liked by Bill Craddock



Jammin' at JAMS! (Or, the calm before the storm) Although th…

Liked by Bill Craddock



Alan Feldman introduces Ezra Wohlgelernter, Chancellor of the…

Liked by Bill Craddock

Join now to see all activity

## Experience



**Principal Trial Consultant**
TrustTech Legal, LLC
2011 - Present · 15 years
Greater Philadelphia



**Technology Specialist**
Trial Technologies Inc.
Mar 2006 - Jan 2011 · 4 years 11 months
Philadelphia, Pennsylvania, United States

Hot Seat Presentation and Trial Consulting for top law firms in the Philadelphia region.
• Served as a Certified Trial Director Trainer for in-house staff and client law firms.
• Co-presented CLE Seminars on Advanced Discovery tools and Courtroom Technology.

## Education


**Rochester Institute of Technology**
Bachelor's Degree · Imaging Arts & Sciences
2000 - 2004

## Volunteer Experience


**Board of Directors**
Urban Dance & Educational Foundation (UDEF)
Dec 2013 - Present · 12 years 3 months
Arts and Culture
https://www.myudef.org/

The Urban Dance & Educational Foundation (UDEF) is a not-for-profit corporation organized for charitable and educational purposes, with a volunteer board comprised of professional breakers, event organizers and independents from the business and legal professions.

The Pro Breaking Tour was the first major initiative of UDEF, with events throughout the U.S., Canada and parts of Europe.

UDEF also supports dozens of charitable events and workshops in…

Show more

## Licenses & Certifications


**Certified InData Trial Director 6 Trainer**
inData Corporation