UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MCDONALD'S CORPORATION,

               Plaintiff,                             1:19-cv-06471-DLI-ST

                  v.                                **PROPOSED ORDER**
                                                       **AUTHORIZING INDIVIDUALS TO**
VANDERBILT ATLANTIC HOLDINGS        **BRING ELECTRONIC DEVICES**
LLC,

               Defendant.
-------------------------------------------------------x

It is hereby **ORDERED** that the following individuals are authorized to bring personal electronic devices and/or general purpose computing devices and equipment (collectively, the "Devices") including, but not limited to, the items listed below into the Courthouse for use during trial in the matter captioned above.

| Attorney / Consultant | Device(s) |
|---|---|
| Denise Alvarez (Plaintiff's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Brendan M. Walsh (Plaintiff's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Stacy Howard (Plaintiff's in-house attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Wendy Newkirk (Plaintiff's in-house attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Joshua D. Bernstein (Defendant's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Benjamin R. Joelson (Defendant's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Kathleen M. Prystowsky (Defendant's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Tara L. Raghavan (Defendant's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| Alexandra N. Getsos (Defendant's attorney) | Personal Electronic Device; General Purpose Computing Devices; |
| William (Bill) Craddock (Defendant's trial technology consultant) | Personal Electronic Device; General Purpose Computing Devices; iPads; Monitors; Cables; Power Strips; Adapters; |

**IT IS FURTHER ORDERED** that this authorization applies from **February 9th through February 18th, 2026** for the above-named persons.

**IT IS FURTHER ORDERED** that the attorneys and individuals identified in this Order must present a copy of this Order upon entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its environs constitutes a certification by the person that he or she will comply in all respects with the restrictions and obligations set forth in Administrative Order No. 2025-02.

Date: _____

                                          _____
                                          UNITED STATES DISTRICT JUDGE