## CIVIL CAUSE FOR BENCH TRIAL

Date:                          February 9, 2026

Time in court:            4:42

Presiding judge:        Dora L. Irizarry, U.S. District Judge

Docket number:         19-CV-6471 (DLI)

Caption:                     *McDonald's Corporation v. Vanderbilt Atlantic Holdings LLC.*

Appearing on behalf of Plaintiff:        Denise Alvarez

                                                          Brendan Walsh

Appearing on behalf of Defendant:    Joshua Bernstein

                                                          Benjamin Joelson

                                                          Kathleen Prystowsky

                                                          Tara Raghavan

                                                           Alexandra Getsos

                                                          William "Bill"Craddock (technology consultant)

Courtroom Deputy:    Christy Carosella

Court Reporter:         Annette Montalvo

***

Court directs counsel to provide the Court with lists of witnesses in the order they are expected to be called. Bench trial begins. Evidence entered. Plaintiff called witness: Carol DeMarco.

Bench trial continued to <u>February 10, 2026 at 10:00 AM</u> in courtroom 4 A South.