February 24, 2026

**VIA ECF**
Hon. Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *McDonald's Corp. v. Vanderbilt Atlantic Holdings LLC*, No. 19-cv-6471
    Joint Letter Regarding Rescheduled Trial Dates

Dear Judge Irizarry:

Counsel for Plaintiff McDonald's Corporation and counsel for Defendant Vanderbilt Atlantic Holdings LLC jointly submit this letter to provide proposed dates for the continuation of the bench trial, as directed by the Court's Text Order dated February 24, 2026. The parties understand that Your Honor does not hold trial on Fridays. Accordingly, the dates below exclude Fridays.

The parties, counsel, and remaining witnesses are available for trial on March 9, 10, 11, 12 (until 4 p.m. – least preferred date), 16, and 17, 2026. The parties estimate that three additional trial days will be sufficient, but, to ensure the trial can be completed within the rescheduled dates, we request that the Court schedule trial for four of these days. Unfortunately, the remainder of March is unavailable due to religious holidays and various other immovable conflicts.

We thank the Court for its attention to this matter and look forward to finishing the trial as soon as possible.

Respectfully submitted,

| | |
|---|---|
| */s/ Denise Alvarez* | */s/ Joshua D. Bernstein* |
| Denise Alvarez | Joshua D. Bernstein |
| Brendan M. Walsh | Benjamin R. Joelson |
| PASHMAN STEIN WALDER HAYDEN, P.C. | Tara Raghavan |
| Court Plaza South | Kathleen Prystowsky |
| 21 Main Street, Suite 200 | AKERMAN, LLP |
| Hackensack, NJ 07601 | 1251 Avenue of the Americas, 37th Floor |
| *Counsel for Plaintiff McDonald's Corporation* | New York, NY 10020 |
| | *Counsel for Defendant Vanderbilt Atlantic Holdings, LLC* |